# EXHIBIT 1

# USPS.COM Postal Explorer

The Postal Service is reminding customers that metallic mercury and devices containing metallic mercury are always prohibited in the mail stream. This includes antique items such as thermometers, barometers, blood pressure monitors and similar devices.

## Price and SKU File Archive

| Date | Price Files | | USPS SKU Files - New Format (USPS SKU Files Format) | | USPS SKU Files - Legacy Format | | SKU Delta Report |
|---|---|---|---|---|---|---|---|
| Jul 14, 2024 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | EXCEL |
| **Jan 21, 2024** | **EXCEL** | CSV | EXCEL | Pipe-Delimited | | | EXCEL |
| Jul 09, 2023 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | EXCEL |
| Jan 22, 2023 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | EXCEL |
| Oct 02, 2022 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | |
| Jul 10, 2022 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | EXCEL |
| Jan 09, 2022 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | EXCEL |
| Oct 03, 2021 | EXCEL | CSV | EXCEL | Pipe-Delimited | EXCEL | Pipe-Delimited | |
| Aug 29, 2021 | EXCEL | CSV | EXCEL | Pipe-Delimited | EXCEL | Pipe-Delimited | EXCEL |
| May 23, 2021 | EXCEL | CSV | EXCEL | Pipe-Delimited | EXCEL | Pipe-Delimited | EXCEL |
| Jan 24, 2021 | EXCEL | CSV | EXCEL | Pipe-Delimited | EXCEL | Pipe-Delimited | EXCEL |

| Date | Price Files | | USPS SKU Files - New Format (USPS SKU Files Format) | | USPS SKU Files - Legacy Format | | SKU Delta Report |
|---|---|---|---|---|---|---|---|
| Oct 18, 2020 | EXCEL | CSV | EXCEL | Pipe-Delimited | EXCEL | Pipe-Delimited | EXCEL |
| Jan 26, 2020 | EXCEL | CSV | EXCEL | Pipe-Delimited | EXCEL | Pipe-Delimited | EXCEL |
| Jun 23, 2019 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | |
| Jan 27, 2019 | EXCEL | CSV | EXCEL | Pipe-Delimited | | | |
| Jan 21, 2018 | EXCEL | CSV | | | | | |
| Sep 03, 2017 | EXCEL | | | | | | |
| Jan 22, 2017 | EXCEL | CSV | | | | | |

| First-Class Mail and EDDM - Retail | | | | Final | | | 12/14/2023 |
|---|---|---|---|---|---|---|---|
| **First-Class Mail** | | | | | | | |
| LETTERS | | FLATS | | | | | |
| Weight Not Over (ounces) | | Weight Not Over (ounces) | | | | | |
| 1 | 0.68 | 1 | 1.39 | | | | |
| 2 | 0.92 | 2 | 1.63 | | | | |
| 3 | 1.16 | 3 | 1.87 | | | | |
| 3.5 | 1.40 | - | - | | | | |
| | | 4 | 2.11 | | | | |
| LETTERS - Metered | | 5 | 2.35 | | | | |
| 1 | 0.64 | 6 | 2.59 | | | | |
| 2 | 0.88 | 7 | 2.83 | | | | |
| 3 | 1.12 | 8 | 3.07 | | | | |
| 3.5 | 1.36 | 9 | 3.31 | | | | |
| | | 10 | 3.55 | | | | |
| | | 11 | 3.79 | | | | |
| | | 12 | 4.03 | | | | |
| | | 13 | 4.27 | | | | |
| Postcard | 0.53 | | | | | | |
| Single-Piece Additional Ounce Rate | | | Letter | | | | 0.24 |
| | | | Flats | | | | 0.24 |
| Nonmachinable Surcharge (Letters Only) | | | | | | | 0.44 |
| EDDM - Retail (USPS Marketing Mail Saturation Flats accepted at Retail) | | | | | | | 0.203 |
| Semipostal Stamp | | | | | | | 0.85 |

| Domestic Extra Services | | | | Final | | 12/14/2023 |
|---|---|---|---|---|---|---|
| **Certificate of Mailing** | | | | | | |
| | Basic | | | | 2.00 | |
| | Firm Book Mailing | | | | 0.58 | |
| | Duplicate Copy | | | | 2.00 | |
| | | | | | | |
| | **Bulk:** First 1,000 pcs | | | | 11.10 | |
| | Each add'l. 1,000 pcs | | | | 1.45 | |
| | Duplicate Copy | | | | 2.00 | |
| | | | | | | |
| **Certified Mail** | | | | | 4.40 | |
| | Restricted Delivery | | | | 11.65 | |
| | Adult Signature Required | | | | 11.65 | |
| | Adult Signature Restricted Delivery | | | | 11.65 | |
| | | | | | | |
| **Collect on Delivery** | | | | | | |
| | 0.01 to 50.00 | | | | 10.80 | |
| | 50.01 to 100.00 | | | | 13.40 | |
| | 100.01 to 200.00 | | | | 16.40 | |
| | 200.01 to 300.00 | | | | 19.40 | |
| | 300.01 to 400.00 | | | | 22.40 | |
| | 400.01 to 500.00 | | | | 25.40 | |
| | 500.01 to 600.00 | | | | 28.40 | |
| | 600.01 to 700.00 | | | | 31.40 | |
| | 700.01 to 800.00 | | | | 34.40 | |
| | 800.01 to 900.00 | | | | 37.40 | |
| | 900.01 to 1,000.00 | | | | 40.40 | |
| | COD Restricted Delivery | | | | 6.90 | |
| | | | | | | |
| **Insurance** | | | | | | |
| | Regular, amount of coverage | | | | | |
| | 0.01 - 50.00 | | | | 2.75 | |
| | 50.01 - 100.00 | | | | 3.50 | |
| | 100.01 - 200.00 | | | | 4.60 | |
| | 200.01 - 300.00 | | | | 6.05 | |
| | 300.01 - 400.00 | | | | 7.60 | |
| | 400.01 - 500.00 | | | | 9.15 | |
| | 500.01 - 600.00 | | | | 12.25 | |
| | Per each additional $100.00 or fraction thereof | | | | 1.90 | |
| | Insurance Restricted Delivery | | | | 6.90 | |

| Registered Mail | | | | | |
|---|---|---|---|---|---|
| | 0.00 | | | 16.80 | |
| | 0.01 - 100.00 | | | 17.55 | |
| | 100.01 - 500.00 | | | 20.20 | |
| | 500.01 - 1000.00 | | | 22.55 | |
| | 1000.01 - 2000.00 | | | 24.90 | |
| | 2000.01 - 3000.00 | | | 27.25 | |
| | 3000.01 - 4000.00 | | | 29.60 | |
| | 4000.01 - 5000.00 | | | 31.95 | |
| | 5000.01 - 50,000.00 | | | 31.95 plus 2.35 for each 1000.00 or fraction thereof | |
| | Greater than $50,000 | | | 137.70 | |
| | Registered Mail COD | | | 7.75 | |
| | Registered Mail Restricted Delivery | | | 6.90 | |
| | | | | | |
| **Return Receipt** | | | | | |
| | Requested at time of Mailing | | | | |
| | | Retail | | 3.65 | |
| | | Electronic | | 2.32 | |
| | | | | | |
| | | | | | |
| **Signature Confirmation Services** | | | | | |
| | USPS Ground Advantage - Retail | | Retail | 4.15 | |
| | | | Electronic | 3.50 | |
| | USPS Ground Advantage - Commercial | | Electronic | 3.50 | |
| | Package Services | | Retail | 4.15 | |
| | | | Electronic | 3.50 | |
| | Parcel Select | | Electronic | 3.50 | |
| | Priority Mail | | Retail | 4.15 | |
| | | | Electornic | 3.50 | |
| | | | | | |
| | Signature Confirmation Restricted Del. | | Retail | 11.05 | |
| | Signature Confirmation Restricted Del. | | Electronic | 10.40 | |

| | | | | | |
|---|---|---|---|---|---|
| | Adult Signature Required | | | 9.35 | |
| | Adult Signature Restricted Delivery | | | 9.65 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **USPS Tracking** | | | | | |
| | USPS Marketing Mail parcels (electronic) | | | 0.29 | |