## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DERRICK LEE CARDELLO-SMITH, | |
| Plaintiff, | Case No. 2:24-cv-12647 |
| v. | Hon. Judith E. Levy |
| SEAN COMBS, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I caused to be served a copy of Defendant's Motion to Dismiss and Brief in Support of Motion to Dismiss (ECF No. 2) which was filed using the Court's electronic filing system, upon the Plaintiff Derrick Lee Cardello-Smith via FedEx overnight delivery at the following address:

Derrick Lee Cardello-Smith
267009
Earnest C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

**FINK BRESSACK**

By:  /s/ *David H. Fink*
David H. Fink (P28235)
Nathan J. Fink (P75185)
David A. Bergh (P83696)
Calder A.L. Burgam (P87203)
*Attorneys for Defendant*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

2

Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com
cburgam@finkbressack.com

**SHER TREMONTE**

Erica A. Wolff (application for admission forthcoming)
*Counsel for Defendant*
90 Broad St., 23rd Floor
New York, NY 10004
Tel.: (212) 202-2600
ewolff@shertremonte.com

2