UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derrick Lee Cardello–Smith,

                Plaintiff(s),

v.                                        Case No. 5:24–cv–12647–JEL–KGA
                                           Hon. Judith E. Levy

Sean Combs,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion to Dismiss – #2
        Motion to Remand – #4

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/W. Barkholz
                                                  Case Manager

Dated:   October 21, 2024