

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH #267009,
   Plaintiff,

Vs
                                             Case No 24-12647

SEAN COMBS
                                     HON. JUDITH LEVY
                                     HON. KIMBERLY ALTMAN

   Defendant,
_____/

### FOUR-HUNDRED MILLION DOLLARS IN DAMAGES SOUGHT BY PLAINTIFF

I hereby provide notice to this Court that I am seeking, a total of FOUR HUNDRED MILLION DOLLARS in damages to be entered in Favor of the Plaintiff against the Defendant Sean Combs for Monetary, Punitive, Compensatory Damages.

Thank you for your time.

Respectfully Yours,

*[signature]*
                                                        10-10-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444



FILED
OCT 17 2024
CLERK'S OFFICE
DETROIT

2

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-10-24

GRAND RAPIDS MI 493

11 OCT 2024 PM 1 L

Office of the Clerk
United States District Court
theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

482226-279426