3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs

SEAN COMBS,
   Defendant,

FILED OCT 21 2024 CLERK'S OFFICE DETROIT

Case No 24-12467

HON. JUDITH LEVY
HON. KIMBERLY ALTMAN

PLAINTIFFS REQUEST FOR ORAL ARGUMENTS ON
THE PENDING MOTIONS IN THIS CASE AND REQUEST FOR APPEARANCE
BY PLAINTIFF TO BE DONE REMOTELY/ZOOM/POLYCON APPEARANCES

   Now comes the Plaintiff, Derrick Lee Cardello-Smith, in the above cause and hereby moves this Court to ALLOW THE PLAINTIFF TO APPEAR REMOTELY IN THE ABOVE CASE AND TO APPEAR VIA ZOOM/POLYCOM for all pending motions in this Court and the Plaintiff states that this Court can conduct these hearings by way of Zoom/Remotre Appearance for the following grounds:
1. The Issues Contained within the Motions are Constitutional and Important to the Record and this Plaintiffs Rights and Seeking Justice.
2. The Defendants have shown that they can appear remotely and defend their clients rights as they did so in the Trial Court for Lenawee County.
3. There is no risk to the administration of justice nor the Defendants rights.
4. The Court will be able to more effectively handle the Appearance of the Plaintiff without Plaintiff having to be transported to the Court for said hearings in this matter and it will remove any unnecessary costs to the court to bring this Plaintiff to the Court for said hearings.
5. Plaintiff Believes that due to the Complexities of the Issues and the actions of the Defendant through his Lawyers and the were actions that were deceptive, and false where they interfered with this Plaintiffs Ability to have motions timely filed in the Trial Court leading them and giving them the chance to get the case transferred to this Court when in fact, the Defendant was entitled to having the default judgment reinstated but was deprived of that opportunity by the lawyers actions in working with the MDOC and Clerks at the Trial Court to delay the Justice to which this Plaintiff was entitled but deprived of due to the manipulating of the Courts by David Fink and the MDOC officers helping him.
6. The Court must allow this Plaintiff to appear for the Arguments as to why this Court Does Not Have Jurisdiction to hear this matter and this case.
7. The District Court does not have jurisdiction because the defendants had a total of 30 days from the date of service and

1-

they were served on JULY 6, 2024 rendering the Latest that the Defendants could remove this Case as being AUGUST 3, 2024 and not OCTOBER 9, 2024 as they Have presented to this Court by their lies and false presentations of the facts on the Notice of Removal, and with that being said, this Court should allow this Plaintiff to Appear Remotely.

### RELIEF SOUGHT

Wherefore, Plaintiff prays this Court will allow the Plaintiff to Appear remotely and have the motions pending to Be heard VIA Zoom and to have it done at a schedule this court allows and grants.

Thank you.

10-14-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444



US POSTAGE
ZIP 49444 $ 002.04
OCT 15 2024

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-14-24

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226