STATE OF MICHIGAN
IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY

DERRICK LEE CARDELLO-SMITH #267009,
   Plaintiff,

Vs                                             Case No 24-7362-NO

SEAN COMBS                                     HON. DANNA MARIE ANZALONE
   Defendant,
_____/

F I L E D
OCT 2 1 2024
CLERK'S OFFICE
DETROIT

NOTICE OF OBJECTION TO REMOVAL TO FEDERAL COURT


Please take notice that the Plaintiff Derrick Lee Cardello-Smith
hereby serves this objection of Defendants Notice of Removal from
the 39th Circuit Court to the Federal Court and states the
following factors.


1. The Defendant by and through his counsel have attempted and
are attempting to cover up their lies to this court regarding the
subject of Service.
2. This attempt to get the case removed from the 39th Circuit
Court is to avoid their clients responsibility and actions
against this Plaintiff to circumvent the rights that this
plaintiff has in this court.
3. The Plaintiff filed a legitimate action in this court where
this court has subject-matter and personal-matter jurisdiction
and where the court exercised its jurisdiction and decided the
case and now that a witness has come forward attesting to what
has happened, the defendants have no tried to get the case
removed to the federal court.
4. The defendants have no reason or grounds to get this case
removed to the federal court except that they have worked with
the MDOC and the State Attorney General to avoid justice that
this Plaintiff is entitled to in this matter.
5. The Defendants are trying to escape justice and have done so
illegally and it should not be allowed to be done and this case
should remain in the Jurisdiction of the 39Th Circuit Court
because this Plaintiff is entitled to this justice.


RELIEF SOUGHT

Where, plaintiff prays this court will grant the Plaintiffs
Objection to the Case being Removed from the 39th Circuit Court
and remain in the 39th Circuit Court.

Thank you.

Mr. Derrick Lee Cardello-Smith                         1-9-24
#267009
2500 S. Sheridan Drive
Muskegon, MI 49444

## BRIEF IN SUPPORT

Factors to Transfer Case Back to the Lenawee County Circuit Court.

1. The Defendant by and through his counsel have attempted and are attempting to cover up their lies to this court regarding the subject of Service.

2. This attempt to get the case removed from the 39th Circuit Court is to avoid their clients responsibility and actions against this Plaintiff to circumvent the rights that this plaintiff has in this court.

3. The Plaintiff filed a legitimate action in this court where this court has subject-matter and personal-matter jurisdiction and where the court exercised its jurisdiction and decided the case and now that a witness has come forward attesting to what has happened, the defendants have no tried to get the case removed to the federal court.

4. The defendants have no reason or grounds to get this case removed to the federal court except that they have worked with the MDOC and the State Attorney General to avoid justice that this Plaintiff is entitled to in this matter.

5. The Defendants are trying to escape justice and have done so illegally and it should not be allowed to be done and this case should remain in the Jurisdiction of the 39Th Circuit Court because this Plaintiff is entitled to this justice.

## RELIEF SOUGHT

Wherefore, plaintiff prays this court will grant the Plaintiffs MOTION And Objection to the Case being Removed from the 39th Circuit Court and remain in the 39th Circuit Court.

Thank you,

Mr. Derrick Lee Cardello-Smith
#267009
2500 S. Sheridan Drive
Muskegon, MI 49444

1-9-24

2

US POSTAGE
ZIP 49444 $ 002.04
02 4P
0000386111 OCT 15 2024

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-14-24

Office of the Clerk
United States District Court
Theodore Lewin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226