UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs

Case No 24-12467

SEAN COMBS,
   Defendant,

HON. JUDITH LEVY
HON. KIMBERLY ALTMAN

_____/

## PLAINTIFFS SUBMISSION OF RAPE KIT EVIDENCE RESULTS IDENTIFYING DEFENDANT SEAN COMBS AS THE CONTRIBUTOR OF THE SEMEN TAKEN FROM PLAINTIFFS PERSON AND BODY AND FULL REPORT DETAILING DEFENDANT COMBS AS SUSPECT

Now comes the Plaintiff, Derrick Lee Cardello-Smith in the above cause and herelly sullmits the FORENSIC LAB REPORT IDENTIFYING DEFENDANT SEAN COMBS AS THE CONTRIBUTOR OF THE SEMEN TAKEN FROM THIS PLAINTIFFS BODY AND PERSON FROM THE SEXUAL ASSAULT RAPE KIT OF JUNE, 1997 AND TESTED IN APRIL 2024 BY WAYNE COUNTY PROSECUTOR KYM WORTHY.

Please place the report on the record and seal said record and result from the Public Access until Trial or Resolution of the Case has been conducted.

Thank you for your time in this matter.                    10-9-24

Derrick Lee Cardello-Smith
#267009
Plaintiff in Pro Per
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

FILED
OCT 2 1 2024
CLERK'S OFFICE
DETROIT



US POSTAGE — WHITNEY BOWES
ZIP 49444 $ 002.04
02 4W
0000386111 OCT 15 2024

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-14-24

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Case 5:24-cv-12647-JEL-KGA   ECF No. 10, PageID.623   Filed 10/21/24   Page 2 of 2