UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
　　Plaintiff

Vs

SEAN COMBS,
　　Defendant,

Case No 24-12467

HON. JUDITH LEVY
HON. KIMBERLY ALTMAN

FILED
OCT 21 2024
CLERK'S OFFICE
DETROIT

PLAINTIFFS SUBMISSION OF AFFIDAVIT OF AARON ROGERS
EYEWITNESS TO THE RAPE OF THE PLAINTIFF BY THE DEFENDANT
SEAN COMBS IN 1997 AND WITNESS TO THE
MULTIPLE PERSONS AGREEMENT SIGNED BY PLAINTIFF AND THE
WAYNE COUNTY PROSECUTOR KYM WORTHY IN 1997

　　Plaintiff, Derrick Lee Cardello-Smith, hereby submits the Enclosed Affidavit of AARON ROGERS who was a witness to the Sexual Assault of the Plaintiff by Defendant Sean Combs in 1997 and the Signing of the Agreement of Silence in 1997 signed by KYM WORTHY AND DERRICK LEE CARDELLO-SMITH and I submit to this Court that the Affidavit is a TRUE, REAL AND ACCURATE DOCUMENT OF THE WITNESS AARON ROGERS and it should be placed on the record because it is true and real and happened and I ask that it is allowed on the Court record because it is true and accurate.

Thank you for your time in this matter.

_[signature]_

10-12-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

STATE OF MICHIGAN
IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY

DERRICK LEE CARDELLO-SMITh #267009,
    Plaintiff,

Vs                                                       Case No 24-7362-NO

                                                Honorable Anna Marie Anzalone

SEAN COMBS,
    Defendant,
_____/

AFFIDAVIT OF WITNESS AARON ROGERS
SEEING, HEARING, VIEWING THE EVENTS OF AND AS
TO SEAN COMBS SEXUAL ASSAULT OF PLAINTIFF IN 1997 AND
SIGNING OF AGREEMENT BETWEEN WAYNE COUNTY PROSECUTOR KYM WORTHY,
SEAN COMBS OF BAD BOY RECORDS, DETROIT POLICE OFFICER PATRICK JACKMAN,
ROBERT FICANO, WARREN EVANS, WAYNE COUNTY OFFICIALS,
GEORGE PRESTON, DOROTHY DUNN, BUSINESS OWNERS AND NOTARIZED AND VERIFIED
AFFIDAVIT OF MR. ARRON ROGERS TO MULTIPLE FELONIES AND COVER-UP

   My name is Aaron Rogers and I am making this statement with the events described herein as that they are true, real, accurate, happened and occurred and this Affidavit is made Freely, voluntarily, and is not done with any other purpose accept to have the truth heard and known.

   1. That in June, 1997, while In the company of Sean Combs, also known as Bad Boys Record Owner, and his crew, I attended a Sex Party and Get Together.
   2. Mr. Combs, and Mr. Cardello-Smith and 20 other people had invited me to join them for said party and get together, by starting in the Bus.
   3. This Bus had so many different wonderful things on it, TVS, VCR, GUNS, DRUGS, EVERYTHING A MAN OR WOMAN WOULD NEED.
   4. Derrick was serving drinks to everyone...I had met him and Diddy at the Fishbones Rythym kitchen and Cafe Place in Detroit on Monroe....
   5. We parked at a Hotel in Adrian, Michigan where there was a sign that said, "HOLI-DAYS INN, COMING SOON." "NEW OWNERSHIP", We all went into room 21 as that Mr. Combs had rented and taken over 6 rooms for the whole crew. Derrick has started performing oral sex on a woman and she wanted her pussy eaten and he was eating it, I was still young so I did not know what it was, but I know she liked it and she said that "he knew what he was doing! She started Cumming and He Seemed to care about her getting pleasure because he was happy to be there...Mr. Combs was wondering why all the women were starting to go over to Derrick....They had an argument, and Derrick Hit Mr. Combs in his throat and Combs fell down....Derrick was then restrained by his Guards....Sean said, it's okay, let him go...
   6. I observed Mr. Combs Offer Mr. Smith a Drink, it was Jim Beam I believe, and then Smith Passed out.

7. I then saw Mr. Combs-Slide Mr. smiths Pants off, after taking his Boots off, and I thought that that was kind of strange......Then, i saw Mr. Combs, slide Oil out of a bag that he had onto Mr. smiths Butt Cheeks and all the while, he was stroking his own Dick and then he took his dick and Placed it at the Top of Mr. Smiths Cheeks.  At which time, Mr. Smith started to awaken and then Mr. Combs grabbed a Needle and Injected Something directly into Mr. Smiths arm and and punch Mr. Smith and knocking him out even further....He then took a Gun, it was a 38 silver and hit Mr. Smith in the head with it, and then, Mr. Combs took His Seriously Erect Dick out and He then Plunged it deep into Mr. Smiths Butt.....I could hear Mr. Smith Moan horribly and Combs Put the Gun to his neck and then was holding it telling Derrick... "If you move, or scream, I will pull the trigger".... I was frozen in fear and shock at what I was seeing... The Clock said 8:40 and it went on for 2 hours... I had never seen anything like this... Derrick then came too and was bleeding from his Anus and I was going to call the Police, but there was already an officer present with 2 women....It said Adrian in it!

8. Derrick then got up scared and looking around and Combs the4n said, "I got that anyway and take that take that! Derrick was just shocked and got up and ran, he fell because he could not even walk, there was so much Blood coming out of his Ass, and then, he grabbed his Boots and Pants and Ran out of the Room.

9. Then, Derrick was out of my sight for a little while...Mr. combs then stayed there and asked the women if they wanted him to eat them out and they said, no, and they were just as shocked by Mr. Combs, because he had Just Raped a Man and it was nothing to him, but, he had apparently done it before to them and other men as well, so What was the difference?

10. We left and then we went to a Place in Detroit because Mr. Combs said that he has to "Meet with some Law Enforcement and Government Folks in Detroit, at the Police Crime Lab....I stayed with them because I was still thinking about him just having raped a man and it was something I had never seen in my 17 years on earth...ever, it was pretty bad...

11. Then, there was a Terrible Woman who showed up when we got there and it was someone I remember from just a few years earlier on TV that had Charged 2 Police Officers with Killing Malice Green with their flashlights and I knew it was Kym Worthy, she was the Wayne County Prosecutor, everyone Knows Ms. Worthy, she is a dangerous tough woman.... She was talking to Mr. Combs and There was some other people their named Evans, Ficano and Jackson too, a whole lot of people....

12. Then, out of nowhere, comes a Z-28 Speeding and it damn near hit me and It stopped...a Man got out and it was Derrick, he was scared and yelling and bleeding all down his legs and he has some metal in his hands and he hit 2 of the crew body guards in their knees and then grabbed Mr. Combs, and threw the pipe down and hit him so fast in his Throat that Combs fell too the ground and Then The woman Worthy came up to Derrick and she said something like..."He you, whoever you are, you had better not mess up my investment and if you do, I will take one of these rape kits and put you in prison for rape!" Derrick then looked at her and said, this Mother

Fucker Raped me! "She said, So what, he does it all the time, where do you think I get the Women from? He then said, you just want to lock men up for things they do not do, and she said, I sentence them now too, Just Try me...! Derrick then said, Your Horrible, she said, So! Then Some Officers from Adrian and Lenawee and Detroit all calmed things down and Derrick, Her, Mr. Combs and some other guys that look famous all went to the Hood of his car and he was writing up something, and they all signed it... Then, him and Kym signed a separate document! It was all pretty bad... Then Derrick was taken to the Hospital in an Ambulance... I went with him because I felt I should....

13. I did not see anything about Derrick anymore until he was in prison with me and we both got charged with Rape cases by that same woman, Kym Worthy in 2019... It was pretty bad because she had lied about her knowledge of the Rape Kits because she knew about them in 1997 and lied and said she discovered them in 2009 or 2010.. But she is a horrible person and Derrick was raped, repeatedly by Sean Combs...

I am coming forth now to tell the truth because what happened was horrible and just plain wrong.

14. I also remember Kym and Sean Saying that they would 'Kill derricks Family if he said anything and Derrick Wanted his family safe and also, Sean told him that he would be able to get 49% of his entire empire for the money he gave him now..

15. Kym Worthy had specifically told Police Officer Patrick Jackman to "Go to the Hospital and get the Rape Kit on Mr. Smith because it will in fact, have Sean combs Semen in it and hold it and make sure that you seal it up and give it to me... I will Hold it... Mr. Jackman then said, are you sure, because we can just keep it in the warehouse and that will be okay, just put it with the rest! Kym said, no, this one is special to me and I have a feeling about it, beside, they will not search my Chambers, and I will have the power to handle any plea deals with Smith... So go and get it and then bring his nut juice back to me, okay... Patrick Jackman told Jerry Redlin from Adrian PD that he will take it from here and Redlin said, Okay...I am cool with that...

16. Sean Combs had told him that he was facing bankruptcy because of Death Row Records damn near wiping him out with their success so he was looking in every City for Money and the word spread through the Undergrounds, and Derrick was paying him for his investment and properties and things like that!


I am telling the truth and have nothing to gain from lying, that Man was raped by Sean Combs and He had a Signed Agreement between SEAN COMBS, KYM WORTHY, AND OTHER PEOPLE, and I saw all these events take place and transpire in this matter and I promise you it happened.

I can verify it and I will testify to it in open court.... Judge Anzalone, You have a Man in front of you that was raped by Sean Combs and it was covered up by the Wayne County Prosecutor and it must get cleared up because it was wrong and it is something that I knew about for years, but I

could not do anything until I saw that they arrested Mr. Combs and I will testify to it Completely in your court if you want too!

I can tell you this much, I am not a Liar and Derrick Lee Cardello-Smith was Framed for Multiple Rapes by Kym Worthy, the Wayne County Prosecutor and He was Raped, and Assaulted by Sean Combs, and I will testify to it because it happened, it is true and it is real and that is a fact, no matter what the other people say, I was 17 and I saw this happen, and I have nothing to gain by coming out and saying these things, I truly do not and it is because they are true that I am saying it.

### VERIFICATION AND DECLARATION OF AFFIDAVIT AND CONTENTS

I swear and declare to this Court that the Details of this Affidavit are in fact True, Real and Factual and that they happened and they are completely True and real and that I know it because I witnessed it, I saw it, I observed it and I know that it happened and that I have personal knowledge, experience with these events because I was there and they happened and are real and true and I will speak to these events as that they happened and are real and true and I swear to it before a Notary Public in the State of Michigan in the County of Muskegon, and will do it in any court or area or press as that it is real, just call upon me and I will attest to them, and I ask for no deal and have been offered nothing, I was only scared because of Sean Combs and his reach...he is locked up now, so I am not scared anymore..

_[signature]_ 360900

Mr. Aaron Rogers
#360900
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

September 23, 2024

_[signature]_ B Jones 9-23-24
Notary Pulic-Muskegon County

I am a Notary Public in Muskegon, Michigan and Mr. Aaron Roger appeared before me voluntarily and swears to the events described within this document that they are his own words and his own statements and that they are true and i notarize his presence and Signature to these events described herein on this 23rd Day of September, 2024.

B JONES
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 2-14-2026
Acting in the County of Muskegon

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

10-10-24
10-14-24

Office of the Clerk
US District Court
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith vs. Sean Combs
    Case No 5:24-cv-12467

Dear Clerk

Enclosed for filing in the above cause documents that I am asking are placed on the court Docket.

I am a prisoner and have to use the US Mail for these filings and I ask you to please process them accordingly and notify me when they have been docketed.

Thank you for your time.

Derrick Lee Cardello-Smith

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH #267009,
 Plaintiff,

Vs                                                    Case No 24-12647

SEAN COMBS                                            HON. JUDITH LEVY
                                                      HON. KIMBERLY ALTMAN
 Defendant,
_____/

PROOF OF SERVICE

I swear and declare that I mailed one copy of this motion to the Defendants at their address of record by US Mail on ~~10-10-24~~ 10-14-24 and doing so in Muskegon, MI 49444.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444



US POSTAGE
ZIP 49444 $ 002.04
02 4W
0000386111 OCT 15 2024

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional facility
2500 S. Sheriden Drive
Muskegon, MI 49444

Mailed on 10-14-24

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226