

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

POOR QUALITY ORIGINAL

Vs

Case No 24-12467

SEAN COMBS,
   Defendant,

HON. JUDITH LEVY
HON. KIMBERLY ALTMAN

_____/

## PLAINTIFFS MOTION TO TRANSFER CASE BACK TO THE JURISDICTION OF THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY

   Now comes the Plaintiff, Derrick Lee Cardello-Smith in the above cause and Hereby moves this Court to enter an order to TRANSFER THIS CASE BACK TO THE JURISDICTION OF THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY and submits the following BRIEF IN SUPPORT.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

FILED
OCT 21 2024
CLERK'S OFFICE
DETROIT

1.

## BRIEF IN SUPPORT

Factors to Transfer Case Back to the Lenawee County Circuit Court.

1. The Defendant by and through his counsel have attempted and are attempting to cover up their lies to this court regarding the subject of Service.
2. This attempt to get the case removed from the 39th Circuit Court is to avoid their clients responsibility and actions against this Plaintiff to circumvent the rights that this plaintiff has in this court.
3. The Plaintiff filed a legitimate action in this court where this court has subject-matter and personal-matter jurisdiction and where the court exercised its jurisdiction and decided the case and now that a witness has come forward attesting to what has happened, the defendants have no tried to get the case removed to the federal court.
4. The defendants have no reason or grounds to get this case removed to the federal court except that they have worked with the MDOC and the State Attorney General to avoid justice that this Plaintiff is entitled to in this matter.
5. The Defendants are trying to escape justice and have done so illegally and it should not be allowed to be done and this case should remain in the Jurisdiction of the 39Th Circuit Court because this Plaintiff is entitled to this justice.

## RELIEF SOUGHT

Wherefore, plaintiff prays this court will grant the Plaintiffs MOTION And Objection to the Case being Removed from the 39th Circuit Court and remain in the 39th Circuit Court.

Thank you.

*[signature]*

Mr. Derrick Lee Cardello-Smith
#267009
2500 S. Sheridan Drive
Muskegon, MI 49444

1-9-24

2,1



US POSTAGE $002.04
ZIP 49444
OCT 15 2024

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-14-24