UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs

                                            Case No 24-12467

SEAN COMBS,                              HON. JUDITH LEVY
   Defendant,                        HON. KIMBERLY ALTMAN
_____/

PLAINTIFFS MOTION TO SECURE THE SEXUAL ASSAULT KIT RESULTS
FROM TESTS REPORT ORDERED BY WAYNE COUNTY PROSECUTOR KYM WORTHY
ON APRIL 5, 2024 AND SUBMITTED IN 39TH CIRCUIT COURT

Plaintiff Cardello-Smith hereby moves this Court to secure the Sexual assault Kit identified in the Trial Court showing that Sean Combs was the Contributor of the Semen in the Sexual Assault Case and that it was Wayne County Proseuctor Kym worthy who conducted the Sexual assault kit being done on April 5, 2024 in and its results were submitted to this Plaintiff in the Trial Court under Rules of Discovery and it as a result the Kit and Its Results should be secured in this Court and on the recorll to protect the Integrity of it as a whole.

Thank you for your time in this matter.

Respectfully Yours,

Mr. Derrick Lee Cardello-SMith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

1--9-24



FILED
OCT 2 1 2024
CLERK'S OFFICE
DETROIT

i.



US POSTAGE — PITNEY BOWES
ZIP 49444 $ 002.04
02 4W
0000386111 OCT 15 2024

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-14-24

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226