3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH #267009,
   Plaintiff,

Vs

SEAN COMBS

   Defendant,
_____/

Case No 24-12647

HON. JUDITH LEVY
HON. KIMBERLY ALTMAN

### FOUR-HUNDRED MILLION DOLLARS IN DAMAGES SOUGHT BY PLAINTIFF

I hereby provide notice to this Court that I am seeking, a total of FOUR HUNDRED MILLION DOLLARS in damages to be entered in Favor of the Plaintiff against the Defendant Sean Combs for Monetary, Punitive, Compensatory Damages.

Thank you for your time.

Respectfully Yours,

/s/ Derrick Lee Cardello-Smith

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

10-10-24



FILED
OCT 22 2024
CLERK'S OFFICE
DETROIT

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

10-10-24

Office of the Clerk
US District Court
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith vs. Sean Combs
    Case No 5:24-cv-12467

Dear Clerk

Enclosed for filing in the above cause documents that I am asking are placed on the court Docket.

I am a prisoner and have to use the US Mail for these filings and I ask you to please process them accordingly and notify me when they have been docketed.

Thank you for your time,

Derrick Lee Cardello-Smith

**From:**

Name: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-11-24

**Postmark:** GRAND RAPIDS MI 493
15 OCT 2024 PM 6 L

**To:**

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226