

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs

SEAN COMBS,
   Defendant,

F I L E D

OCT 24 2024

CLERK'S OFFICE
DETROIT

Case No 24-12467

HON. JUDITH LEVY
HON. KIMBERLY ALTMAN

PLAINTIFFS SUBMISSION OF AFFIDAVIT OF DELPHONSO WILSON
EYEWITNESS TO THE
MULTIPLE PERSONS AGREEMENT SIGNED BY PLAINTIFF AND THE
WAYNE COUNTY PROSECUTOR KYM WORTHY IN 1997

   Plaintiff, Derrick Lee Cardello-Smith hereby submits the Enclosed Affidavit
of DELPHONSO WILSON who was a witness to the Sexual Assault of the Plaintiff
by Defendant Sean Combs in 1997 and the Signing of the Agreement of Silence
in 1997 signed by KYM WORTHY AND DERRICK LEE CARDELLO-SMITH and I submit to
this Court that the Affidavit is a TRUE, REAL AND ACCURATE DOCUMENT OF THE
WITNESS DELPHONSO WILSON and it should be placed on the record because it is
true and real and happened and I ask that it is allowed on the Court record
because it is true and accurate.

Thank you for your time in this matter.

10-12-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

STATE OF MICHIGAN)
                 )ss
COUNTY OF MUSKEGON)

### AFFIDAVIT OF DEPHONSO WILSON #267992

My name is Dephonso Wilson and I state that at the age of 17. I was picked up at my place in Bay City, Michigan for the 5th time by Detroit Police Officers and taken to different hotels in Detroit. MI for the purpose of engaging in Sex with other women 17 and 18.

What was good about it was that I met alot of people, like Sean Combs, and I was at several meetings with Mr. Combs and a Judge out of Detroit who was known as Kym Worthy-She was the lady who took down those 2 white cops for killing Malic Green with flashlights. Anyway, at one meeting in June 1997, I was at a meeting with Derrick and Kym and some other people but Sean Combs was there too and Derrick gave some money, which was over $100,000.00 dollars to Kym Worthy and she gave it to Sean Combs, and they signed a Big Agreement on the hood of Derrick's Car--Derrick had just got done hitting Sean Combs with a tire iron after he had taken out 2 of his Body Guards--he was mad--He was yelling some stuff about, "You Just raped me asshole" and I am going to Kill you Sean!--

Then Kym Worthy had said that she would "Put some rapes on Derrick if Derrick Messed up her investment in Combs! And that she would Kill Derrick's Family! Derrick then had to calm down and Then he went to the Hospital.

I was scared about all this because this is a Sean Combs and he had a lot of power, Bad Boy Records.. So I stayed Quiet, then I saw Combs Got Arrested and I also saw that Derrick had sued him and so, I am coming forward now because Kym Worthy covered up a Rape and Took Money from Derrick and gave it to Sean Combs--
I will testify to these facts if you want me to because they happened and That woman covered it up and kept it all quiet.
I also heard her say to the Other Police to Get the Rape Kit and Bring it back to her.

### VERIFICATION

i will swear to these events because they happened and are real and true and I experienced them and saw them with my own eyes.

_____  10/14/24                              October 14, 2024
Mr. Dephonso Wilson #267992
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

_____  10-14-2024
NOTARY PUBLIC

                    B JONES
            Notary Public, State of Michigan
                  County of Muskegon
            My Commission Expires 2-14-2026
            Acting in the County of Muskegon

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-9-24

GRAND RAPIDS MI  493

18 OCT 2024  PM 2  L



Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-279426