STATE OF MICHIGAN)
                 )ss
COUNTY OF MUSKEGON)

### AFFIDAVIT OF DEPHONSO WILSON #267992

My name is Dephonso Wilson and I state that at the age of 17, I was picked up at my place in Bey City, Michigan for the 5th time by Detroit Police Officers and taken to different hotels in Detroit, MI for the purpose of engaging in Sex with other women 17 and 18.

What was good about it was that I met alot of people, like Sean Combs, and I was at several meetings with Mr. Combs and a Judge out of Detroit who was known as Kym Worthy-She was the lady who took down those 2 white cops for killing Malic Green with flashlights. Anyway, at one meeting in June 1997, I was at a meeting with Derrick and Kym and some other people but Sean Combs was there too and Derrick gave some money, which was over $100,000.00 dollars to Kym Worthy and she gave it to Sean Combs, and they signed a Big Agreement on the hood of Derrick's Car--Derrick had just got done hitting Sean Combs with a tire iron after he had taken out 2 of his Body Guards--he was mad--He was yelling some stuff about, "You just raped me asshole" and I am going to Kill you Sean!--

Then Kym Worthy had said that she would "Put some rapes on Derrick if Derrick Messed up her investment in Combs! And that she would Kill Derrick's Family! Derrick then had to calm down and Then he went to the Hospital.

I was scared about all this because this is a Sean Combs and he had a lot of power, Bad Boy Records.. So I stayed Quiet, then I saw Combs Got Arrested and I also saw that Derrick had sued him and so, I am coming forward now because Kym Worthy covered up a Rape and Took Money from Derrick and gave it to Sean Combs--
I will testify to these facts if you want me to because they happened and That woman covered it up and kept it all quiet.
I also heard her say to the Other Police to Get the Rape Kit and Bring it back to her.

### VERIFICATION

i will swear to these events because they happened and are real and true and I experienced them and saw them with my own eyes.

_[signature]_ 10/14/24                                            October 14, 2024
Mr. Dephonso Wilson #267992
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

_[signature]_ B Jones 10-14-2024
NOTARY PUBLIC

B JONES
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 2-14-2026
Acting in the County of Muskegon

FILED
OCT 24 2024
CLERK'S OFFICE
DETROIT


police

On 9-13-96 myself - 2 Fellow officers and 2-LAPD officers Participated in the Execution of Lesane Parish Crook (AKA) Tupac Imari Shakur We targeted Marion Suge Knight and his Passenger Lesane Parish Crooks - this was to conceal and Assure our cooperation for Sean Combs, Kim Worthy (Judge) and other investors in Bad Boy record label - to conceal the sexual assult of Derrick Lee Cardello Smith (11-01-72) misoc #267009 ~~By Sean Combs-Mr. Smith having just being touched~~ Earlier for rapes He did not do. By women who are assicned to Sean Combs and other officials Here in Detroit - My full report is that Mr. Crooks was executed on orders of Sean Combs who wanted Mr. Crooks Dead and KIM WORTHL instructed myself and others to cooperate with Mr. Combs and conduct our orders to show - loyalty to Sean Herself - and the organization in our city - I aided with the Conspiracy to execute Tupac Shakur over 2 years ago - I make this report freely Because Smith has been framed By my department and Judge Worthy

Patrick Jackman D.P.D
9-19-98
September 19-98

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-9-24

GRAND RAPIDS MI   493

21 OCT 2024  PM 1  L



Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-279426

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019



RECEIVED