STATE OF MICHIGAN
IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY

DERRICK LEE CARDELLO-SMITH #267009,
   Plaintiff,

Vs                                                    Case No 24-7362-NO

Vs                                                    Honrable Anna Marie Anzalone
SEAN COMBS, et al
   Defendant,
_____/

**DEFENDANT AND PLAINTIFFS ACCEPTANCE OF PLAINTIFFS OFFER
TO SETTLE THE PERSONAL INJURY CLAIMS RAISED IN THE ORIGINAL
LAWSUIT IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY**

Please be advised that the Defendant Sean Combs has made a final offer in this case and Plaintiff hereby accepts the defendants Final offer in this case as detailed in the Settlement agreed upon between Defendant Sean Combs and Plaintiff Derrick Lee Cardello-Smith and both parties and persons agree to the resolution of the case for the PERSONAL INJURY CLAIMS OF THE SEXUAL ASSAULT ONLY AND THIS DOES NOT INCLUDE THE CONTRACTUAL MULTIPLE PERSONS AGREEMENT TO SILENCE AND BREACH OF CONTRACT CLAIMS THAT REMAIN UNRESOLVED AND SUBJECT TO LITIGATION BY THE PLAINTIFF AND DEFENDANT.

Plaintiff hereby agrees to the resolution of the case and is allowed to continue the specific appellate rights and litigation for Reinstating the Original Judgment entered by the Court on September 9, 2024 and continue any other procedural areas of interest in this case.

Thank you.

_[signature]_                                         10-17-24

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

FILED
OCT 25 2024
CLERK'S OFFICE
DETROIT

POOR QUALITY ORIGINAL

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

October 21, 2024

Office of the Clerk
US District Court
Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Bldg
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v. Sean Combs
Case No 24-12467

Dear Clerk:

Enclosed for filing in the above cause the following documents for placement on the assigned Judges Case Record.

Thank you for your time in this matter.

Derrick Lee Smith

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Case No 24-1619-GC
mailed on 10-21-24

71-A District Court Judges
Office of the Clerk
US District Court
231 W. Lafayette Blvd
rDetroit, MI 48226