# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DERRICK LEE CARDELLO-SMITH, | |
| Plaintiff, | Case No. 5:24-cv-12647 |
| v. | Hon. Judith E. Levy |
| SEAN COMBS, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I caused to be served a copy of Defendant's Response in Opposition to Plaintiff's Motions to Remand [ECF Nos. 4, 12] (ECF No. 20) which was filed using the Court's electronic filing system, upon the Plaintiff Derrick Lee Cardello-Smith via FedEx overnight delivery at the following address:

Derrick Lee Cardello-Smith
267009
Earnest C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

**FINK BRESSACK**

By: /s/ *David H. Fink*
David H. Fink (P28235)
Nathan J. Fink (P75185)
David A. Bergh (P83696)
Calder A.L. Burgam (P87203)
*Attorneys for Defendant*

38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com
cburgam@finkbressack.com


**SHER TREMONTE**

Erica A. Wolff (application for admission forthcoming)
*Counsel for Defendant*
90 Broad St., 23rd Floor
New York, NY 10004
Tel.: (212) 202-2600
ewolff@shertremonte.com

2