UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derrick Lee Cardello–Smith,

                Plaintiff(s),

v.                                         Case No. 5:24–cv–12647–JEL–KGA
                                                 Hon. Judith E. Levy

Sean Combs,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion – #8
    Motion to Remand – #12
    Motion – #13
    Motion for Extension of Time to File Response/Reply – #16

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/W. Barkholz
                                                                 Case Manager

Dated:  November 4, 2024