UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs

SEAN COMBS,
   Defendant,
_____/

Case No 24-12647
Honorable Judith Levy

FILED
NOV 05 2024
CLERK'S OFFICE
DETROIT

NOTICE OF REMOVAL TO THE
MICHIGAN COURT OF APPEALS AS
THE ORIGINAL COURT OF JURISDICTION

Please be advised that this case has been removed to the Michigan Court of Appeals in Case No 327888 and that this removal is based on the following factors.

1. The Original Appeal was filed on October 3, 2024.
2. The Plaintiff is a prisoner who has the right of the Prison MailBox Rule Allowing for the Document and Papers to be considered Filed on the date they are submitted to Prison Officials.
3. The Date it was submitted to Prison officials was October 3, 2024, as proven by the Certified Mail Receipt and the Case being listed in the State Court of Appeals, as that it was delivered and given to prison officials for mailing On October 3, 2024 and therefore, the Case is Required to be in the Courtroom of the Michigan Court of Appeals.

4. the Defendants did not Move for Their Notice of Removal Until October 7, 2024 and October 8, 2024, clearly 5 days too late and as such, they are illegally assigned to the Federal Court.

5. The Exhibits attached show that this case was in the Michigan Court of Appeals and is Considered Filed by MDOC Officials and Court Case laws of the United States Court of Appeals for the Sixth Circuit which this District Court is bound by recognizing that documents are considered filed when they are given to Prison Officials, as has been done in this case at bar.

Therefore, the Clerks Office is Bound by the Requirements of Transferring this Case to the Michigan Court of Appeals.

Thank you.

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

October 17, 2024.

CAR-100
4835-1100
10/08

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 10-3-24

| Prisoner Number: | Prisoner's Last Name: | Institution: | Lock Number: |
|---|---|---|---|
| 267009 | Smith | LRF | C-60B |

Pay To: U.S. Postal Service

Cost/Amount: $

Address:

Reason/Description: (If to relative, identify relationship) Certified Fee
Case 24-7362-NO      Return Fee

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Court of Appeals - Smith-v-Combs Application for Leave to Appeal 27 Pages - To Court of Appeals 3020 W. Grand Blvd Detroit, MI 48202 0000011878 8912 | | | | | | 2.59 4.85 4.10 | $ |

DEDUCTED OCT 03 2024

Sub-Total $
Delivery Costs $
Tax (if applicable) $ 11.54

Prisoner's Signature  10-3-24  Date
R.B. Jones  10-3-24
R.U.M. or Authorized Agent  Date

| Code | Actual Expense | Batch Number |
|---|---|---|

Distribution: White-Business Office; Canary-Vendor; Pink-Property

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 2.59
Certified Fee 4.85
Return Receipt Fee (Endorsement Required) 4.10
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 11.54

Postmark Here OCT 03 2024

DEDUCTED

Sent To: Clerk - Court of Appeals
Street, Apt. No.; or PO Box No. 3020 W. Grand Blvd - Suite 14-300
City, State, ZIP+4 Detroit, MI 48202-6020

PS Form 3800, August 2006       See Reverse for Instructions

Jerome W. Zimmer Jr.
Chief Clerk



# Michigan Court of Appeals
## Office of the Clerk
### Lansing Office

October 17, 2024

CARDELLO-SMITH DERRICK LEE #267009
EC BROOKS CORRECTIONAL FAC
2500 S SHERIDAN DRIVE
MUSKEGON, MI 49444

Re: **DERRICK LEE CARDELLO-SMITH V SEAN COMBS**
Court of Appeals No. 372888
Lower Court No. 24-007362-NO

Dear Sir or Madam:

This office has received your filing in the above matter. Within 21 days of the date of this letter, please forward the following items, which I am requesting either because they are required by the court rules or because they will help verify this Court's jurisdiction of the case.

- the entry fee of $375 or a motion to waive fees
- a copy of the judgment or order appealed from under MCR 7.204(C)(1) or MCR 7.205(B)(2)
- a copy of the register of actions (lower court docket entries), MCR 7.204(C)(5) & 205(B)(2)
- a copy of your prisoner account statement for the last 12 months
- proof of service on opposing counsel

Unless the above is filed within 21 days of the date of this letter, your case may be dismissed for failure to pursue the case in conformity with the rules or for lack of jurisdiction. See MCR 7.203(F); MCR 7.216(A)(10). This is the only notice that will be sent to you. If you have any questions concerning this matter, please call this office.

Sincerely,
Office of the Clerk

/MWOLCOTT
CC:  DAVID H FINK

DETROIT OFFICE
CADILLAC PLACE
3020 W. GRAND BLVD. SUITE 14-300
DETROIT, MICHIGAN 48202-6020
(313) 972-5678

TROY OFFICE
COLUMBIA CENTER
201 W. BIG BEAVER RD. SUITE 800
TROY, MICHIGAN 48084-4127
(248) 524-8700

GRAND RAPIDS OFFICE
STATE OF MICHIGAN OFFICE BUILDING
350 OTTAWA, N.W.
GRAND RAPIDS, MICHIGAN 49503-2349
(616) 456-1167

LANSING OFFICE
925 W. OTTAWA ST.
P.O. BOX 30022
LANSING, MICHIGAN 48909-7522
(517) 373-0786

COURT OF APPEALS WEB SITE ~ https://www.courts.michigan.gov/courts/court-of-appeals/

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

October 30, 2024

**Office of the Clerk**
US District Court-Eastern
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith vs Sean Combs.
    Case no 24-112647

Dear Clerk:

I am hereby providing this Court with Notice that this Case has been Removed to the Michigan Court of Appeals as the Court of Original Jurisdiction based on the Fact that the Original Appeal was filed and timely filed in the Michigan Court of Appeals on October 3, 2024 and under the MailBox Rule.

AS such, this clerks office did not have Jurisdiction to File it in this Court to Consider the Defendants Notice of Removal and the matter should be sent to the Michigan Court of Appeals as the Correct Court of Jurisdiction.

Please process this Removal and Assignment of the Entire Court Record to the Court of Appeals.

Thank you for your time in this matter.

Mr. Denver Goree, JR

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-28-24
Case No 24-12647

RECEIVED

© USPS 2019

GRAND RAPIDS MI 493
1 NOV 2024 PM 2 L

48226-27758

Office of the Clerk
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT


FSC MIX Envelope FSC C137131

USA ★ FOREVER ★