U.S. District Court
Eastern District of Michigan

Derrick Lee Cardello Smith 267009
Plaintiff

vs.                        Case No. 2:24 12647
                           Honorable Judith Levy

Sean Combs,
Defendant

Plaintiff's submission of Material Witness to Sexual Assault of Plaintiff as notarized statement confirms

Plaintiff submits the enclosed affadavit of George Preston, Civilian and Material Witness to Plaintiff's Claims of being Sexual assaulted by defendant Sean Combs as well as the Cover-up by Wayne County officials. For placement on the record.

Thank-you (1.)                11-11-24

Derrick Lee Cardello Smith 267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Mi. 49444

(2.)

State of Michigan
County of St. Clair

Affidavit of George Preston

FILED
NOV 14 2024
CLERK'S OFFICE
DETROIT

I George Preston was present during the following events in June 1997.

(1.) The sexual assault of Derrick Lee Cardello Smith by musical, recording artist, businessman, and investment seeker Sean Combs aka P.didd

(2.) This was a brutal sexual assault by Mr. Combs upon a knocked out Derrick Lee Cardello Smith.

(3.) Mr. Combs used a syringe and injected a knock-out symptom into the back/neck area of Cardello Smith and pistol whipped him while annally raping him with his penis.

(4.) This took place at a hotel in Adrian Michigan. There was a sign that said either a Holiday Inn or Days Inn Coming soon

(1.)

cont

(4.) to the hotel where this happened

(5.) I had given Mr. Combs money into Bad Boy Records. I have reciepts and contracts signed and notarized by Mr. Combs, Judge Kym Worthy of Detroit, she is now a Prosecutor of Wayne County, and Cordello Smit

(6.) I was scared and shocked because I had never seen a man or anyone raped before, but I knew enough to keep my mouth shut.

(7.) Later on that ~~evening~~ morning after that event I went to a scheduled meeting with Combs, Worthy, Warren Evans, a police officer ~~with~~ named Patrick Jackman, and other local government officials from Detroit that were "investors" into Bad Boy Records.

(2)

(8.) A car came screeching up to us into the Detroit Police Crime Lab and a man came out like a raging animal and had a tire iron in his hand. He smashed the knees of 2 of Mr. Combs bodyguards, punched Mr. Combs in the face 4 times, knocked him to the ground and then was going to bring the tire iron into Mr. Combs face but Kym Worthy yelled to him, "You better not mess up my investment!".

(9.) I was moved away 20 minutes later, we all signed a hand written agreement where Cardello Smith's investment of $150,000.00 would stay with Bad Boy Records and Combs would stop any orders to kill Smith's family, Cardello Smith would face rape charges instead of Combs going down for multiple rapes.

(3)

(10.) Cardello Smith then went to the hospital, I went my way.

### Verification

These events happened, I will testify in court, they are true, under the penalty of perjury.

George Preston
7541 Yale Rd
Avoca Mi. 48006
(810) 689-3285

11/8/24

(4.)

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of __Michigan__

County of __Saint Clair__ } ss.

On this the __8th__ day of __November__, __2024__, before me,
           Day          Month          Year

__Sarah L. Armstrong__, the undersigned Notary Public,
Name of Notary Public

personally appeared __George Preston__,
Name(s) of Signer(s)

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_[Signature]_
Signature of Notary Public

---
SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of __Saint Clair__
---

__EXP 03/03/2029__

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

Place Notary Seal/Stamp Above

─── **OPTIONAL** ───

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Character Statement Derrick LeeCardello Smith__
Document Date: __NONE__     Number of Pages: __4__
Signer(s) Other Than Named Above: __NONE__

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

(5,)

Derrick Lee Cardello Smith
#267009
E.C. Brooks Correctional Fac.
2500 S. Sheridan Drive
Muskegon Mi. 49444

11-11-24
Clerk of the Court
U.S. District Court
Theodore Levin
U.S. Courthouse
231 W. Lafayette Blvd.
Detroit Mi. 48226

FILED
CLERK'S OFFICE
NOV 14 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

Re: Derrick Lee Cardello Smith vs.
Sean Combs
Case No: 2:24 CV 12647

Dear Clerk
Enclosed is one copy of the Plaintiff's submission of sworn affedavit of New key Witness George Preston for filing in the above case.
Proof of Service
I swear on 11-11-24 I mailed 2 copy (back page)

of this affidavit to attorney David Fink at his address of record by U.S. Mail. Thank you for your time

Desciah Lee Cordellar Smith

**PRIORITY MAIL EXPRESS** — USPS Priority Mail Express Flat Rate Envelope label

U.S. POSTAGE PAID PME $32.00

From:
Derrick Lee Cardello-Smith #267009
Earnest C. Brooks Correctional
2500 S. Sheridan Drive
Muskegon, MI. 49444

To:
Clerk of the Court
U.S. District Court
Theodore Levin U.S. Courthouse
231 Lafayette Blvd
Detroit MI. 48226

Tracking: EI 978 482 305 US