UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs

SEAN COMBS,
   Defendant,
_____/

Case No 2;24-12647
Hon. Judith E. Levy

## NOTICE OF REMOVAL FROM THE US DISTRICT COURT TO THE MICHIGAN COURT OF APPEALS CASE NO 372888 BASED ON IT BEING THE COURT OF ORIGINAL JURISDICTION DUE TO PRISONER MAILBOX FILING RULE GRANTING JURISDICTION TO THE COURT OF APPEALS

Plaintiff, Derrick Lee Cardello-Smith hereby states to this Court that the case is Removed to The Michigan Court of Appeals under MCr 7.205 Granting full jurisdiction to the Michigan Court of Appeals first and this Jurisdiction is proven and in support of this Action, the Plaintiff states the following Facts:

1. In Michigan, at the State and Federal Level, Documents are Considered Filed when they are "Placed in the Hands of Prison Officials for Mailing.
2. MCR 7.203-05 States that the Court has Jurisdiction over that of a (1) A final judgment or final order of the circuit court.
3. The Mailbox Rule is very clearly detailed and confirms this Right to have documents be considered Filed and recognized by the State of Michigan as 'Soon as its submitted to the hands of Michigan Prison Officials."
4. Plaintiff submitted the Appeal to the Michigan Prison Officials on the date of OCTOBER 3, 2024, (See Certified Mail Receipt" verifying the date and time it was submitted for processing with the Green and White Receipt showing that it was turned over to the Prison Officials on October 3, 2024, and Signed by MDOC Prison staff Jones.
5. The Documents were the Appeal to the Michigan Court of Appeals-27 pages 3020 W. Grand Blvd-Detroit, MI 48202 on appeal from the Trial Court Order Setting Aside the Default Judgment on September 18, 2024.
6. the receipt is very clear and it Clearly details that this was sent and verified and has a Tracking Number verifying it.

7. The Defendants did not move for Removal to the Federal Court until October 7, 2024, 5 days after the Plaintiff filed his Appeal to the Michigan Court of Appeal, as Exhibit # 1 shows. Thereby giving full authority to the Michigan Court of Appeals. See Exhibit # 2 Letter from the Court of Appeals.

8. As such, the Plaintiff states that the Court of Original jurisdiction Rests Solely with the Michigan Court of Appeals and Not the United States District Court-The Defendants have themselves failed to notify this Court of said jurisdiction and instead have manipulated not only the trial court, but this Court as well.

Closing Argument--With the Prison MailBox Rule confirming it was filed on October 3, 2024 and 4 days before the Defendants Dramatic Move to Avoid their Clients Responsibility and Escape Judgment on a Rightfully Imposed

1.

Default Judgment being entered in the Trial Court, and with the Michigan Court of Appeals MCR 7.203-7.205 obtaining Jurisdiction automatically, the US District Court cannot impose its jurisdiction over that of a Court of Appeals and State Law unless All State remedies have been exhausted, Which the Defendants have not done yet, thereby removing any jurisdiction from this Court requiring it be removed to the Michigan Court of Appeals, as the Plaintiff is asking to be done.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this Court will Remove the Case to the Michigan Court of Appeals, and not grant anything in the Defendants Favor as that the Federal Court is without Jurisdiction as the Mailbox Rule Confers, and grant any further relief this Court deem necessary and appropriate.

## CERTIFICATE OF SERVICE

I swear that I mailed one copy of this Pleading to the Defendants on October 24, 2024 by first class mail to DAVID FINK-38500 Woodward Avenue-Suite 350-Bloomfield Hills, MI 48304.

Thank you.

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2400 S. Sheridan Drive
Muskegon, MI 49444

2,

CAR-100
4835-1100
10/08

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION/CATALOG ORDER FORM**

Prisoners write clearly-illegible/incomplete forms will not be processed.

Date: 10-3-24

Prisoner Number: 267009
Prisoner's Last Name: Smith
Institution: LRF
Lock Number: C-60B

Pay To: U.S. Postal Service
Cost/Amount

Address:
$

Reason/Description: (If to relative, identify relationship) Certified Fee
Case 24-7362-NO   Return Fee

**COMPLETE THIS PORTION FOR CATALOG ORDERS ONLY**

| Page No. | Description of Item | Unit | Catalog Number | Color | Size | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| | Court of Appeals - Smith-v-Combs Application for Leave to Appeal 27 Pages - To Court of Appeals 3020 W. Grand Blvd Detroit, MI 48202 | | | | | DEDUCTED OCT 03 2024 | 2.59 4.85 4.10 | $ |
| | Tracking # 7011 2000 0011 8788 8912 | | | | | | | |

DEDUCTED OCT 03 2024

Sub-Total $
Delivery Costs $
Tax (if applicable) $ 11.54

Prisoner's Signature   10-3-24  Date
R.U.M. or Authorized Agent: R B Jones   10-3-24  Date

| Code | Actual Expense | Batch Number |
|---|---|---|

Distribution: White-Business Office; Canary-Vendor; Pink-Property

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 2.59
Certified Fee 4.85
Return Receipt Fee (Endorsement Required) 4.10
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 11.54

Postmark Here OCT 03 2024

7011 2000 0011 8788 8912

Sent To: Clerk - Court of Appeals
Street, Apt. No.; or PO Box No.: 3020 W. Grand Blvd - Suite 14-300
City, State, ZIP+4: Detroit, MI 48202-6020

PS Form 3800, August 2006   See Reverse for Instructions

DEDUCTED

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

November 4, 2024

**Office of the Clerk**
United States District Court
Eastern District of Michigan
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Re: DERRICK LEE CARDELLO-SMITH, vs SEAN COMBS,
 Case No 2:24-12647

Dear Clerk:

Enclosed for filing in the above cause, the following documents:

NOTICE OF REMOVAL TO THE COURT OF APPEALS FOR THE STATE OF MICHIGAN.

This is the Fifth Copy Mailed to this Court and it is now sent by certified mail.

Thank you for your time in this matter, I hope to hear from you soon.

Derrick Lee Cardello-Smith



Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 11-4-24

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

U.S. MARSHALS

48226-279426