POOR QUALITY ORIGINAL

United States District Court
Eastern District of Michigan

FILED
NOV 21 2024
CLERK'S OFFICE
DETROIT

Derrick Lee Cardello Smith
plaintiff

v.

Sean Combs
defendant

Case No. 2:24-CV-12647
Hon. Judith Levy

Plaintiff's submission of Affidavit verifying threats upon George Preston and family members by defendant Sean Combs if plaintiff persued rape claims by defendant Sean Combs between Jan. 1998-2025

Plaintiff submits the enclosed affidavit for the court docket.

Proof of Service

I mailed one copy of this pleading to the defendants attorney of record by U.S. Mail on 11-18-24

Thank-you
Derrick Lee Cardello Smith
267009-2500 S. Sheridan Drive
Muskegon MI 49444

(1)

State of Michigan          Affidavit of George
County of St. Clair              Preston

I George Preston have had my life, my families lives threatened by Sean Combs and other individuals working with and for Mr. Sean Combs where guns were placed at my head between 1998 - 2023 that if Derrick Lee Cordella Smith pursued filed or mentioned anything about Sean Combs raping Derrick in 1997 or our cash investments into Bad Boy Records, we would be killed and Derrick's family members would be killed. Derrick saved our lives.

_[signature]_  11/18/24

(2)

Derrick Lee Cardello Smith #267009
E.C. Brooks Correctional
2500 S. Sheridan Drive
Muskegon Mi. 49444

Clerk-U.S. District Court
231 W. Lafayette Blvd.
Detroit Mi. 48226
Re: ~~Cardello-Smith~~
Re: Derrick Lee Cardello Smith v. Sean Combs
2:24-CV-12647

Dear Clerk,
Enclosed is the Affidavit of George Preston attesting to threats upon his life if plaintiff ever persued the rape claims against Sean Combs, please place this on the court docket.

Derrick Lee Cardello Smith
11-16-24

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of _Michigan_
County of _St. Clair_ } ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~
7. _____

Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me this __18th__ day of __November, 2024__, by
Day        Month        Year

__George T. Preston__
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

[Notary Seal:]
JEANNE M DIXON
Notary Public - State of Michigan
County of St Clair
My Commission Expires Aug 26, 2029
Acting in the County of St. Clair

__Jeanne M Dixon__ (signature)
Signature of Notary Public

Place Notary Seal/Stamp Above        Any Other Required Information
(Residence, Expiration Date, etc.)

---- **OPTIONAL** ----

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Affidavit Character Reference__
Document Date: __N/A__         Number of Pages: __4__
Signer(s) Other Than Named Above: __N/A__

©2020 National Notary Association

M2010-02 (09/22)
Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MS, MT, NC, ND, NH, NJ, OK, OR, WA, WV, WI, WY)

Jerrick Lee Cardello-Smith 267009
2500 S. Sheridan Drive
Muskegon MI. 49444

Clerk - US District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit MI. 48226
Case No. 2:24-12647

Mailed on 11-18-24