UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**F I L E D**

NOV 22 2024

CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009,
    Plaintiff,

SEAN COMBS,
   Defendant,
_____/

Case No 2:24-cv-12647
Hon. Judith Levy

PLAINTIFF CLARIFICATION TO THE COURT AS
TO DISCOVERY OF THE RAPE KIT TEST RESULTS
BEING PROVIDED TO PLAINTIFF BY THE
OFFICE OF THE WAYNE COUNTY PROSECUTOR
KYM L. WORTHY AND PLACED IN POSSESSION OF THE MDOC
PRIOR TO REQUEST FOR SUBMISSION TO THIS COURT FOR EVIDENCE REASONS

    Now comes the Plaintiff, Derrick Lee Cardello-Smith in the above cause and hereby provides this Statement to the Court that the Plaintiff Was in Fact provided with the Rape Kit test Results from the Following Government Officials in Wayne County.

KYM K. WORTHY
WAYNE COUNTY PROSECUTOR
144 ST. ANTOINE STREET
DETROIT, MI 48226

    2. Plaintiff Was Provided with the RAPE KIT TEST RESULTS AND CONFIRMATION THAT THE RAPkE KIT TEST RESULTS WERE IN THE POSSESSION OF THE MDOC as that they were provided to the MDOC by the Wayne County Prosecutor Kym Worthy.

    3. Plaintiff is a a Prisoner and Cannot Personally Possess the Kit, but the Plaintiffs Custodians were entrusted with it in the Interest of Allowing it to be sent to the Court for the Case At Bar.

    4. Plaintiff never claims it was done THROUGH LENAWEE COUNTY CIRCUIT COURT DISCOVERY as the Defendants Attorneys Have Falsely Lied and Told this Court and in fact, it was Not even done that way, it was done by The Wayne County Prosecutor Letting me know that it has been tested and Since I am my Own Attorney and Have No Attorney of Record, it is very clear that I could not possibly be given it any other way except from Kym worthy, and it is in hands of Law Enforcement and Corrections Officials and I am asking that it is allowed to be placed in the Custody and care of the Court.

    The Defendants have lied to this Court and their lie should not be allowed to Stand and I Completely Reject Their Lie wholeheartedly reject their lie about Civil Discovery when it was done through DISCOVERY UNDER CRIMINAL COURT RULES.

Please allow this Clarification to be place don the Court record.

\

Thank you for your time.                                                    11-18-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

2.

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

11-18-24

Clerk of the Court
U.S. District Court
Theodore Levin US. Courthouse
231 W.Lafayette Blvd
Detroit, MI 48226

  Re: Derrick Lee Cardello-Smith v. Sean Combs
  Case NO 2:24-cv-12647

Dear Clerk:

Enclosed for filing in the above cause, documents to be placed on the record.

Thank you for your time.

Derrick Lee Cardello-Smith

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
     Plaintiff,

                                         Case No 2:24-cv-12647
SEAN COMBS,                              Hon. Judith Levy
     Defendant,
_____/

PROOF OF SERVICE

I swear that i mailed these documents to the defendants attorney of record by US
Mail on 11-18-24 and all contents with postage paid in full to the Address of
record.

Thank you.

                                                              11-18-24
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

GRAND RAPIDS MI 493

16 NOV 2024 PM 6 L

Clerk of the Court
US District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

48226-279426

NAME:    Mr. Derrick Lee Cardello-Smith
Number:  #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
         Muskegon, MI 49444

Mailed on 11-11-24