UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
NOV 22 2024
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009,
    Plaintiff,

SEAN COMBS,
    Defendant,
_____/

Case No 2:24-cv-12647
Hon. Judith Levy

NOTICE OF PLAINTIFF DIRECTING THE MICHIGAN
DEPARTMENT OF CORRECTIONS AND THE MICHIGAN
STATE POLICE TO TRANSPORT THE RAPE
TEST KIT IDENTIFYING THE DEFENDANT
SEAN COMBS (P.DIDD) AS THE SUSPECT AND CONTRIBUTOR OF
SEMEN AND FECAL MATTER TAKEN FROM THE PLAINTIFFS
RECTUM AND BODY IN JUNE 1997

    Plaintiff hereby has moved the Office of the Michigan Department of Corrections E.C. Brooks Correctional Facility and the Michigan State Police Department to Transport and Secure Delivery of the SEXUAL AASSAUL RAPE TEST KIT RESULTS from the MDOC to the FEDERAL COURTS EVIDENCE TEAM AS MATERIAL EVIDENCE IN THIS CASE and Plaintiff states the following Grounds:

1. Plaintiff Was Provided the Sexual assault kit Test Results from Kym Worthy, Wayne County Prosecutor in 2024.
 2. Plaintiff authorized the MDOC and Other Law Enforcement officials of the Michigan Department of Corrections to Release the Rape Kit Test Results to the Office of the Clerk of the United States District Court for the Eastern District of Michigan-231 W. Lafayette Blvd-Detroit, MI 48226 for the Case at bar.

4. Plaintiff has directed the Staff at the ERNEST C. BROOKS CORRECTIONAL FACILITY-2500 S. SHERIDAN DRIVE-MUSKEGON, MI 49444 to release these documents, results and Rape Kit Itself to said Court.

5. Plaintiff was given These Results by Kym. L. Worthy, the Wayne County Prosecutor who held the results from June 1997 until April 5, 2024 when Sean Combs Homes were Searched by Homeland Security and she knew that the Criminal activity She participated in by holding this Sexual assault Rape Kit was decades was up and it was time to do so.

    Plaintiff now requests that this is placed on the record.

Thank you for your time.                                    11-18-24

/s/ Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Derric

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

11-18-24

Clerk of the Court
U.S. District Court
Theodore Levin US. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v. Sean Combs
Case NO 2:24-cv-12647

Dear Clerk:

Enclosed for filing in the above cause, documents to be placed on the record.

Thank you for your time.

Derrick Lee Cardello-Smith

Proof of Service
I Mailed one Copy of This Pleading To THE Attorney for Defendant on Record on 11-18-24.

D. Lee C. Smith

NOV 18 2024
9:43 AM

RECEIVED

NAME: Macomb County Clerk
Macomb County Circuit Court
Number: 16th Circuit
Address: 40 North Main Street
Address: Mt. Clemens, MI 48043

Mailed on 11-17-24
Case No 2:24-cv-12647

© USPS 2019

GRAND RAPIDS MI 493
16 NOV 2024 PM 6 L

Office of the Clerk
United States District Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC° C137131

USA ★ FOREVER

