UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs                                  Case3 no 2:24-cv-12647

SEAN COMBS,                       hon. Judith Levy
   Defendant,
_____/

## NOTICE OF SUBMISSION OF MATERIAL WITNESS
## GENE DEAL TO THE ACTIVITIES OF SEAN COMBS AGAINST PLAINTIFF

  Now comes the Plaintiff Derrick Lee Cardello-Smith and hereby submits this Intent to Introduce Material witness GENE DEAL to the Case to offer testimony as to the events of the Defendant Sean Combs against the Plaintiff, Derrick Lee Cardello-Smith.

Thank you for your time.

/s/ Derrick Lee Cardello-Smith

Mr. Derrick Lee Cardello-Smith
#267009
Plaintiff in Pro Per
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

November 20, 2024

FILED
CLERK'S OFFICE
NOV 27 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,#267009,
   Plaintiff,

Vs                                                          Case3 no 2:24-cv-12647

SEAN COMBS,                                                 hon. Judith Levy
   Defendant,
_____/

PROOF OF SERVICE

I swear and declare that on 11-20-24, I mailed one copy of the enclosed pleadings to the Defendants Attorney of Record, David Fink the documents listed by First class US mail in Muskegon, MI 49444

                                                                                     11-20-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon,MI 49444

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

November 20, 2024

Office of the Clerk
United States District Court
Eastern District of Michigan
theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith vs Sean Combs
Case No 2:24-cv-12647

Dear Clerk:

Enclosed for filing in the above cause, find the following documents for filing in the above cause.

1. MOTION TO NOTICE OF SUBMISSION OF MATERIAL WITNESS GENE DEAL TO THE ACTIVITIES OF SEAN COMBS AGAINST PLAINTIFF
2. PROOF OF SERVICE

Please place this matter on the Courts Docket and record.

Thank you.

Derrick Lee Cardello-Smith

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 10-30-24
Mailed On 11-20-24

GRAND RAPIDS MI 493
23 NOV 2024 PM 4 L

48226-277758

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

