UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERn DIVISIOn

FILED
DEC -6 2024
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs

Case no 2:24-cv-12647

SEAn COMBS,
   Defendant,
_____/

Hon. Judith Levy

### NOTICE OF PLAINTIFFS SUBMISSION OF MATERIAL WITNESSES JENNIFER LYNN LOPEZ a/k/a/"(J-LO)"a/k/a "Jenny From The Block" KIRK BURROWS, FORMER EMPLOYEE OF DEFENDANT COMBS IN 1997, AND DERRICK PALMER, NEW YORK POLICE OFFICER AWARE OF DEFENDANTS CRIMINAL ACTIVITY WILL BE CALLED AS MATERIAL WITNESSES AND EXPERTS TO SEAN COMBS VIEWING, POSSESSION, AND DISTRIBUTION OF HIS SEXUAL ASSAULT UPON THE PLAINTIFF IN 1997 AND THE ORDERS OF DEFENDANT SEAN COMBS FORCING JENNIFER LOPEZ TO REMAIN SILENT ABOUT THE VIDEO TAPED SEXUAL ASSAULT OF PLAINTIFF BY DEFENDANT

   Please take notice that Plaintiff, Derrick Lee Cardello-Smith hereby places the Court and Defendants Attorney on Notice that the Plaintiff is submitting the Material witness of JENNIFER LYNN LOPEZ, J-LO), JENNY FROM THE BLOCK as a material witness to the Following events and will call Jennifer Lopez as a Witness to the Events described herein to testify in this matter--

   Between the Time Period of January 1, 1999 through December 31, 2021, She was Forced to View, Watch, Hear, see, and observe the Defendants Sexual Assault of this Plaintiff by

1.

Defendant Sean Combs in the 1997 Incident Described and outlined within the Complaint now before this Court."

Plaintiff states that the Material witness JENNIFER LYNN LOPEZ also known as J-LO and JENNY FROM THE BLOCK was engaged in a relationship with the Defendant Sean Combs during 1999 and 2001, and that the Sexual Assault of the Plaintiff was recorded, distributed and held by the Defendant at his New York Residence and Recording Studio and During the Relationship with Jennifer Lopez, She was made privy to this Video that was taken by Sean Combs and his Employee Kirk Burrows, and that during the time of the rape by defendant upon this plaintiff, Mr. Kirk burrows, was in full attendance of the Drugging, Beating and Sexual Assault of the Plaintiff by Defendant Combs and that she (J-LO) has known this Video Existed and was in existence and took no action to make it known to anyone in law enforcement and that she was even questioned by New York Police Detective DERRICK PARKER about this matter and that the report will show that he answers to this Tape was and still remains, as resounding YES, to its existence, and Plaintiff even further states that the Persons named as Material Witnesses to the rape of this Plaintiff by defendant, the keeping of the Video of the Rape of this Plaintiff by defendant, the witness Jennifer Lynn Lopez being forced to remain quiet about this type detailing the horrible rape of this Plaintiff by the Defendant, and doing so under pressure and her own victimization by Defendant Sean Combs.

Plaintiff intends to call Mr. Kirk Burrows as a witness in this matter because not only was he in attendance with then Plaintiff was Drugged, Beaten and Raped by defendant Sean Combs, he actually recorded the assault and kept the Footage of the Rape by the Defendant upon this Plaintiff.

Plaintiff will call Officer Derrick Palmer as that he is familiar with the Questioning or the Witness Jennifer Lopez and his own referral of this matter to the Detroit Police and Adrian Police Department, and their failure to follow up on

this matter, and his own history of the criminal patterns of the Defendant Sean Combs and Jennifer Lopez being a Victim of Mr. Combs as well.

   Plaintiff fully intends to and will call these members of the Community as that they are material witnesses to the actions of the Defendant and his Continuing Patter of behavior and other acts committed upon this Plaintiff,and Plaintiff Intends to call these named individuals to this Court for Testimony on these matters and others related to this Sexual Assault by the Defendant upon the Plaintiff,and submits it to this Court.

Please let the record reflect this Intent and notify the Plaintiff the Court has processed it.

Thank you for your time in this matter.

*[signature]*

Mr. Derrick Lee Cardello-Smith                                12-2-24
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

3.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24

Office of the Clerk
United States District Court
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v Sean Combs
Case No 2:24-12647

Dear Clerk:

Enclosed for filing in the above cause the following documents:

1. PLAINTIFFS SUBMISSION OF MATERIAL WITNESSES JENNIFER LYNN LOPEZ, DERRICK PALMER, and KIRK BURROWS in the above cause.
2. PROOF OF SERVICE AT BOTTOM OF PAGE

PROOF OF SERVICE

Service has been made upon the defendants attorney of record by US mail on 12-2-24 at their address.

_Derrick Lee_

Derrick Lee Cardello-Smith
#267009

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-2-2

GRAND RAPIDS MI 493
2 DEC 2024 PM 6 L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019

RECEIVED
DEC 02 2024
7:51 AM