UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

DEC - 6 2024

CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,#267009,
     Plaintiff,

Vs

Case no 2:24-cv-12647

SEAN COMBS,
     Defendant,
_____/

Hon. Judith Levy

PLAINTIFFS OFFER OF PROOF THAT 2 DETROIT
POLICE OFFICERS WORKED WITH L.A. PD OFFICERS
AND DUANE KEEFE DAVIS TO EXECUTE
TUPAC SHAKUR AND AFFIDAVIT OF PLAINTIFF
ATTESTING TO ITS AUTHENTICITY AND FACTS WITHIN

   Please take notice that the Plaintiff Cardello-Smith hereby introduces the
Police Report from Officer Patrick Jackman verifying that he and another
Detroit Police Officer, connected with 2 Los Angeles Police Officers to
Participate in the Death of Tupac Shakur and that it was done on Orders of
Defendant Sean Combs and Kym Worthy through a Multi-State Connection and
Conspiracy.

   I ask that this is placed on the record and it is considered during all
the proceedings in this case.

Thank you for your time.

_____
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24



**police**

On 9-13-96 myself - 2 fellow officers and 2-LAPD officers Participated in the Exection of Lesane Parish Crook (AKA) Tupac Imari shakur We targeted Marion Suge Knight and his Passenger LeSane Parish Crooks - this was to conceal and Assure our cooperation for Sean Combs, Kim Worthy (Judge) and other investors in Bad Boy record label - to conceal the sexual assult of Derrick Lee Cardello Smith (11-01-72) mdoc#267009 ~~By Sean Combs - Mr. Smith having Just being tovicted~~ Earlier for rases He did not do - By women who are assicned to Sean Combs and other officials Here in Detroit - My full report is that Mr. Crooks Was executed on orders of Sean Combs who wanted Mr. Crooks Dead and KLM Worthe instructed myself and others to coorperate with Mr. Combs and conduct our orders to show - loyalty to Sean Herself - and the organization in our city - I aided with the Conspiracy to execute tupac Shakur over 2 years ago - I make this report freely Because Smith has been framed By my department and Judge Worthy

Patrick Jackman D.P.D
9-19-98
September 19-98

2.

State of Michigan)
                 )ss
County of Muskegon)


### SWORN AFFIDAVIT OF DERRICK LEE CARDELLO-SMITH AS TO DETROIT POLICE DEPARTMENT REPORT IDENTIFYING 2 DETROIT POLICE OFFICERS, AND 2 LOS ANGELES POLICE OFFICERS WORKING WITH DUANE KEEFE DAVIS TO EXECUTE TUPAC SHAKUR ON ORDERS OF THE DEFENDANT SEAN COMBS AND KYM L. WORTHY (P38875)


Plaintiff, hereby submits the Detroit Police Department Report of Sgt. Patrick Jackman who provided this Report to the Plaintiff through Freedom of Information Act Requests and Personal Interests at what happened with the Plaintiff and Defendant and how he kept it all quiet because he was under orders too and it involved danger people in this matter, resulting in the Cover-Up of this Plaintiffs Sexual Assault by Defendant Sean Combs and his ordering the Detroit PD, LAPD,, Kym Worthy, Duane Keefe Davis to Execute Tupac Shakur and all to prove Loyalty to him and his organization.

It completely shows that Defendant Sean Combs, working with Los Angeles, Detroit Officials worked to Kill Tupac Shakur and also wanted to kill Marion Suge Knight who lived by the grace of God.

The Defendant had a role, a serious role in the Murder of Tupac and This Detroit Police Report verifies it.

I stand by this Report and its contents and I stand by the Authenticity of it.


### VERIFICATION


I will attest to these words, actions, events and truth detailed in the Police Report and Its authenticity and I will do so under the penalty of Perjury.

Mr. Derrick Lee Cardello-Smith                                    12-2-24
#267009
E.C. Brooks Correctional Facility
S. Sheridan Drive
Muskgeon, MI 49444


B. Jones
12-2-2024


B JONES
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 2-14-2026
Acting in the County of Muskegon

3.



GRAND RAPIDS MI 493

3 DEC 2024  PM 2  L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-300831

NAME:   Derrick Lee Cardello-Smith
Number:  #267009
Address:  E.C. Brooks Correctional Facility
Address:  2500 S. Sheridan Drive
          Muskegon, MI 49444

Mailed on 12-2-24
Case No. 2:24-12647

U.S. MARSHALS