UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,



Vs

Case no 2:24-cv-12647

SEAN COMBS,
   Defendant,
_____/

Hon. Judith Levy

PROOF OF SERVICE

   I swear and declare that on 12-2-24, I mailed one copy of this pleading to the Defendants Attorney of Record and did so by US Mail at his address of record and by placing it in the hands of the Prison officials for delivery to defendants.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24

FILED
CLERK'S OFFICE

DEC 0 9 2024

U.S DISTRICT COURT
EASTERN MICHIGAN

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-2-2
Case No 2:24-cv-12647

Office of the Clerk
United States District Court
Thiedore Levin US Courthouse Room 309
231 W. Lafayette Blvd
Detroit, MI 48226

7011 2000 0001 1878 9056

CERTIFIED MAIL

US POSTAGE - PITNEY BOWES
ZIP 49444
02 4W
0000386111 DEC 02 2024
$013.56⁰