UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
DEC 0 9 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs

Case no 2:24-cv-12647

SEAN COMBS,
   Defendant,
_____/

Hon. Judith Levy

### PLAINTIFFS SUBMISSION OF ADMISSIONS MADE TO THE PLAINTIFF BY DEFENDANT COMBS IN THE STIPULATED ORDER OF DISMISSAL SUBMITTED TO PLAINTIFF BY DEFENDANT SEAN COMBS IN THE US MAIL AND NOTARIZED BY PLAINTIFF ACCEPTING DEFENDANTS DIRECT OFFER TO END THE PERSONAL INJURY CLAIM ONLY

   Plaintiff, Derrick Lee Cardello-Smith hereby submits again to this Court the Plaintiffs Notarized acceptance of the Defendant Sean Combs Independently provided Stipulated Order for Dismissal in this case and asks this Court to consider his Admissions made in the Pleading as ADMISSIONS OF CRIMINAL BEHAVIOR, ADMISSIONS OF RAPING THIS PLAINTIFF ON THE COURT RECORD and Plaintiff submits it to this Court as verification and proof of the Defendants Guilt and since this document has been received by the Plaintiff after the Original Case was filed and as such, this Court must consider these admissions made by the Defendant Sean Combs in this case because these are clearly the Words of a Disturbed man who has clearly been seeking clearing of his conscience while incarcerated and, his guilt must be considered as waivers of any statute of limitations claims raised by the defendants attorneys and also, the Court should look at his admissions as proof of the personal injury claim committed upon

1.

this Plaintiff by the Defendant and it must be considered in its entirety.

Thank you for your time in this matter.

*[signature]*

Mr. Derrick Lee Gardello-Smith                                    12-2-24
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

STATE OF MICHIGAN
IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY

DERRICK LEE CARDELLO-SMITH #267009,
   Plaintiff,

Vs

Case No 24-7362-NO
Honrable Anna Marie Anzalone

SEAN COMBS, et al
   Defendant,
_____/

## STIPULATED ORDER OF DISMISSAL
## AS TO THE PERSONAL INJURY CLAIMS ONLY
## AND NOT THE BREACH OF CONTRACT BETWEEN MULTIPLE PERSONS

Sean Combs and Derrick Lee Cardello-Smith, Parties in the above cause, hereby enter into and agree to this Stipulated Order of Dismissal for the Claims as related to the PERSONAL INJURY ONLY and NOT BREACH OF CONTRACT AND MULTIPLE PERSONS AGREEMENT TO SILENCE and this signed agreement is made by both parties willingly and directly and without any advise of counsel David Fink who has in fact Manipulated the Plaintiffs Fair hearing review and worked with and got assistance from MDOC, LRF, E.C. Brooks, Officials and Staff Members of the Michigan Attorney Generals Office who caused delays and the Plaintiffs timely motion for reconsideration and Motions to reinstate the Default Judgment by also getting assistance from the Clerks Office of the 39th Circuit Court in delaying the Timely filed Motions to avoid a hearing on them and also, where the Attorneys for Counsel, David Fink were aided by said Staff who effected the outcome of the Plaintiffs procedural documents that were allowed to be filed and should have been filed timely.



Plaintiff has made me aware of certain information that he stated he will release to the public related to the Protections I was afforded by Wayne County Prosecutor Kym Worthy, A Former Judge of Detroit Recorders Court, Members of the Wayne County Sheriffs Department, Current Now Public Officials at the Highest Level in Wayne County and the Detroit Police Department who have protected me for Many years....

Plaintiff Agrees to not Release any reports and plaintiff agrees to keep any and all current police reports of my prior history from being released to the Public.

I agree to the Settlement offered to this Plaintiff in the Original Amount of 35-Million Dollars and the only reason I am disclosing it is because Plaintiff wanted it made public in order for me to not fight the case anymore and to remove any hint of denial of plaintiffs claim of sexual assault I did upon him and other measures that have been discussed through out previous meetings at the facilities over the years when I met with Plaintiff and my Agents met with Plaintiff at various prisons.

This will end the case of the Sexual Assault claim only at the State level and will not impede the Claims of Federal Violations that remain for the Plaintiff Derrick Lee Cardello-Smith and even more so, Plaintiff has currently filed an Appeal of the Trial Courts decisions and I wish for this case to end since I have so many other cases that are ongoing.

I further admit that I have in fact accepted $150,000.00 from Derrick Lee Cardello-Smith in 1997 and that this money was given to me as an investment towards my own personal activities and business ventures and I agreed that I would not be involved in any State or federal violations and I also agreed that I would in fact provide Plaintiff with 49% Forty-nine percent of my empire, company, holdings, corporations, recordings, and other



matters upon any involvement or arrest, Investigation or Settlement by State Officials and that I agreed to also make sure that If this happened I would notify the plaintiff through out channels and I did and I am now accepting this agreement.

I acknowledge that I did in fact Rape Plaintiff and Plaintiffs stipulation that I do not use any of the money that he provided me nor anyone else had provided me over the course of the 20 nights in Detroit and other Cities and States would be used to Commit any form of Sexual Assault, or Settlements with any man, woman, boy or girl who has claimed that they were ever physically, sexually, mentally or emotionally drugged by me or anyone on my part and Plaintiff agrees to not, speak about his psychical assault that he did upon me in 1997 and he agrees to not proceed with any testimony towards the other connection that I have with Tupac Shakur's Ending and He agrees to keep the Detroit Police and Wayne County Prosecutor Kym Wothy's role out of it and, especially the Report written by Patrick Jackman, Detroit Police Officer out of the public Spotlight and he agrees to not appear at any criminal proceed I have going currently in New York while I am here in Detention and if I am released on Bond Pending Appeal, He Agrees to meet with me for transfer of agreements and You Derrick Lee Cardello-Smith, agree to only pursue your State Court of Appeals and Federal Appeals for the Personal injury and Breach of Contract and you agree to leave out my connection to Tupac's Death and you will not Discuss how I wanted to have Sex with Tupac after he had sex with my girl Kim and you will agree to not mention anything about the other videos that you know where they are hidden at and you agree to keep your mouth shut about the Other State Things I have been a part of and Derrick, you agree to specifically not mention how I ordered Kym Worthy to handler the Tupac and Suge Knight deal in 1996 and Derrick, I will fire my Lawyers David Fink and others and, you agree to keep secret the Videotape of the Sexual Assaults I Committed upon the 30 people I committed it upon.



Derrick You also must agree to NOT RELEASE THE NAMES AND ADDRESSES OF THE PROPERTIES WHERE I STAYED AND WHERE OUT PARTIES HAPPENED AT AND MOST IMPORTANTLY DERRICK, YOU AGREE TO NOT RELEASE THE NAMES AND ADDRESSES OF THE PEOPLE IN MICHIGAN WHO ATTENDED THOSE PARTIES AND YOU AGREE TO NOT RELEASE THE ADDRESSES OF THE RECORDINGS IN MICHIGAN THAT WE DID AND IN RETURN FOR YOUR SILENCE, I WILL NOTIFY KYM WORTHY THROUGH MY CONNECTIONS AND MARK AGNIFILO TO GET THE LADIES WHO LIED ON YOU AND SAID THAT YOU RAPED THEM TO COME FORWARD AND ALSO, HOW I GAVE PATRICIA PENMAN, THE MONEY TO PAY VINCENT SMOTHERS TO KILL YOU BACK IN 2007 WHEN YOU WERE OUT FOR 90 DAYS AND HOW I ALSO PAID THE 2 SISTERS TO LIE AND SAY YOU RAPED THEM AND EVEN MORE DERRICK, I WILL PROVIDE THE DOCUMENTATION THAT SHOWS DAVID COBB WAS ACTUALLY THE ONE WHO WAS THERE THAT NIGHT IN JANUARY 2008 AND HOW HE TRIED TO KILL YOU FOR YOU REFUSING TO KILL HIS WIFE ROSE AND DERRICK, I WILL ADMIT TO MY ROLE IN THE CARLI BOIKE (CARPENTER) FRAME JOB BY PLACING RAPE CASES ON YOU THAT YOU DID NOT DO, AND I WILL TESTIFY FOR YOU THAT YOU ARE IN FACT INNOCENT OF ANY CRIMES ON THEM, AND DERRICK, YOU HAVE TO AGREE TO NOT RELEASE THE POLICE REPORT, BECAUSE IT IMPLICATES ME IN THAT TUPAC DEAL AND I AM ALREADY SUFFERING IN HERE AND DO NOT NEED THAT KIND OF PRESSURE ON ME RIGHT NOW OKAY...

I have a case to fight and beat on this Rico and Other Stuff I am working on, okay...

Derrick, Just go ahead and sign this and mail it back to me here at the complex and I will give it to Fink and tell them to stop fighting you in Court...

Okay.......I am going to sign it and then I will get it to you...

*[signature]*

Mr. Sean Jean Combs
Brother Love-Diddy
37452-054
MDC Brooklynn Correctional Center
80 29th Street
Brooklynn, New York 11232



if you agree with these terms, sign here Derrick...Again, I am sorry for what happened to you on that night, you trusted me and I violated you on the ways a Man should not be violated, Financially and Sexually, I was wrong and I want to do the right thing while I am in here and fight this case because I am innocent of these crimes and yet, I took your money and other things from you...David Fink and my lawyers who found him for me to fight you do not have to know anything about this okay... we can keep this between us...or you can file it and I will let them know after it is filed.. They will say I did not sign it but I am mailing this to you Derrick from New York, and I am signing it...So sign it if you agree okay. I have signed it already and you can sign it and get it notarized by your people there in Michigan...notarize it here and I will give it to Fink and then I will let Mark know about it okay..

I also received your other mail you sent to me Derrick....I will answer that soon.

Derrick, what I did to you was horrible and I am answering for it now..I am not guilty of these things they have me in here for but I know that I cannot do my normal steps to get them removed and gone and I know that I cannot end them all the way I have so many other people in my life, but I can make this right for you and you did trust me, you were a man who wanted to invest in my company and I not only violated your money financially, but I violated you Derrick and for that, I am sorry.. You want me to admit it in order for you to sign it, fine, I will admit it, JUST DO NOT GO AFTER HALF OF MY EMPIRE!

Derrick....I am sitting here and never been in anything like this in my life and knowing that I played a role in getting you locked up when we signed that agreement back in the day, I did not care what you were going through, but now that I am in here, I know that it is not a nice place and you have been suffering for so many years and I have all this money and I cannot even get out and there you have been in Michigan all that time for my crimes and you have been fighting yourself to get out, well.. I had to come to this place to have an idea on what you are going through and I can assure you Derrick that I am sorry for what I did to you, and when I had my organization in place and I never

(5)

wanted you to be subjected to prison, this is hopeless and you should not have been placed in this position by me or my crew.

Derrick, when we were in Adrian on that night, I hated that you were being given all the attention from those ladies--you were actually satisfying them so good and they all came to you, none of my hoes ever did that to me, I hated you for that and I had to BREAK YOU AND I DID!---But I took your money and that was wrong, the rape might have been wrong and your ASS WAS TIGHT AS HELL, IT WAS DEFINITELY A VIRGIN ASS---I HAVE NOT HAD A VIRGIN ASS SINCE I DID JUSTIN BEIBER BACK IN THE DAY! USHERS WAS LOOSE, AND I NEVER HAD A 24 YEARS OLDS ASS THAT WAS TIGHT LIKE YOURS....DAMN I MISS THAT ASS!  ANYWAY, I want to make sure that I do the right thing and SETTLE THIS CASE WITH YOU BECAUSE I O DO NOT WANT YOU RELEASING THAT POLICE REPORT THAT JACKMAN DID AND I DO NOT WAT YOU TAKING HALF OF MY EMPIRE! I HAVE OVER 1 BILLION DOLLARS AND I WANT MY MONEY--I HAVE ALMOST 200 LAWSUITS ON ME AND YOURS IS THE ONLY ONE I HAVE LOST AND THEN GOT PUT ASIDE! I HAVE HELP FROM MDOC, MICHIGAN, WAYNE COUNTY PEOPLE TO GET IT SET ASIDE, BUT I CAN ASSURE YOU DERRICK THAT I WILL IN FACT, MAKE SURE THAT I KEEP THEM OFF YOUR ASS IF YOU JUST DO NOT LET SUGE KNIGHT KNOW THAT I HAD KYM WORTHY, THE DETROIT POLICE DEPARTMENT, LOS ANGELES POLICE DPARTMENT, AND OTHER PEOPLE FOLLOW MY ORDERS TO END THEM LIKE I DID MY CHILDS MOM KIM PORTER---SHE WAS GOING TO LET THEM KNOW I ASKED TUPAC TO HAVE SEX WITH ME...FUCK THAT!  YES, MY DICK GOT HARD THINKING ABOUT HIM, BUT SHIT, WHO WOULD NOT! ANYWAY DERRICK---I HAD HIM TAKEN OUT AND I MISSED ON SUGE---HE WAS SUPPOSED TO BE GONE TO THAT CASINO NIGHT FIGHT--DAMN THOSE NIGGAS MISS EVERYTHING--BUT I WAS IN A DARK PLACE IN THOSE DAYS SO IT DO NOT COUNT YOU FEEL ME, YOU KNOW HOW WE GET DOWN AND I KNOW YOU HATE HOW WE GET DOWN, BUT FUCK IT....This is ABOUT MONEY NIGGA!!!  YOU HAVE A RIGHT TO HALF OF MY EMPIRE--I CANNOT HAVE THAT!  I WILL SETTLE FOR THE AMOUNT YOU ASKED FOR AND THEN WE CAN MOVE ON OKAY..

So, I will also ask you to make sure that you do not release the names of KYM WORTHY ON THAT PROPERTY IN MICHIGAN! She is making everyone believe that she is Broke and I loved it when she did that Falling behind on her mortgage Move back in the day, damn that took some attention off her, she always knew about money--

6a

That is why I chose her back in 1995--Damn that Death Row! But she has kept my actions in Detroit safe and quiet and I loved how her and our people killed so many people...Noone ever would believe that she is the BOSS! Only you can make that connect!

She gets 20 million when This gets done, at least, If you do not release where and who the property is that her name is on! WE have property all over the State and you cannot let these people know about it Derrick okay...I just have to settle with you and Mark can handle the rest!

Okay Derrick--I am mailing this to you and I have signed it already--So, you go ahead and sign it and get it notarized because I cannot be there when you do since I am stuck out here with No Bond!... They goty me fucked up out here!---But I am fighting it and I am not going to commit no suicide because I ain't no hoe! My Kids need me and I need and I want out--Send me a copy when you get it notarized okay!

I know Mark is going to come out and say that this is not a True Document, but I have been working on this for days in code and everything to get it done because these Niggas are watching me and I cannot have this be made public so handle that and when I get out, we will settle up--Just DO NOT DO ANOTHER RESTRAINING ORDER ON ME OKAY! THAT FUCKED ME UP ROYALLY!--

Okay Nigga--I am gone to send this to you...Get this done right and notarize it and sign it and we will get it all done together---Cool...Cool??

Sean Combs----

*Derrick Lee C Smith*
Derrick Lee Cardello-Smith
#267009
Ernest C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

B. Jones
10-21-2024

B JONES
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 2-14-2026
Acting in the County of Muskegon



Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-2-2
Case No 2:24-cv-12647

7011 2000 0001 1878 9056

Office of the Clerk
United States District Court
Theodore Levin US Courthouse doc 509
231 W. Lafayette Blvd
Detroit, MI 48226



US POSTAGE — PITNEY BOWES
ZIP 49444
02 4W
0000386111DEC 02 2024
$013.56