UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



DERRICK LEE CARDELLO-SMITH,#267009,

   Plaintiff,

Vs                                                    Case no 2:24-cv-12647

SEAN COMBS,                                           Hon. Judith Levy

   Defendant,

_____/

### PLAINTIFFS SUBMISSION OF AFFIDAVIT OF JOSEPH AMBROSE ATTESTING TO THREATS MAD UPON PLAINTIFF BY ASSOCIATES EMPLOYED DIRECTLY BY DEFENDANT SEAN COMBS

   Please find enclosed the Affidavit of Joseph Ambrose as to the Direct Threats Made upon the Plaintiff by Agents and Associates acting on Behalf of Sean Combs and Orders of Sean Combs between 1998 through 2024.

   The Acts, Threats and other activities described within the witness statement directly links to Mr. Sean Combs and must be considered by this Court during the entire decision-making process.

Thank you for your time in this matter.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24

FILED
CLERK'S OFFICE

DEC 0 9 2024

U.S DISTRICT COURT
EASTERN MICHIGAN

STATE OF MICHIGAN)
                 )ss
COUNTY OF MUSKEGON)

### AFFIDAVIT OF JOSEPH AMBROSE #185357

I, Joseph Ambrose, do say that during the time of August,1998 through January, 2024, the following acts and following events did occur in my entire time of Knowing Mr. Derrick Lee Cardello-Smith #267009.

1. Different Prisoners in the Prisons we were at and most importantly, at the Muskegon Correctional Facility such as the "Puff Daddy Crew", the "BAD BOY STREET POSSE" the "PUFFY BOYS" the "DIDDY DEATH DONS" the "BLUE KNIGHTS" (Affiliate of the Detroit Police Departments Motorcycle Crew"-The "DETROIT DIDDY BOYS" & that these members of these Organizations did in fact exist and did approach Cardello-Smith in my Presence for many many different years and different times.

2. Michigan Department of Corrections Employees and Staff Members during the time of 1999 through February,1, 2024 had Approached Mr. Cardello-Smith #267009 over the years detailing very specific threats by the Sean Combs, Also known as PUFF DADDY and P. DIDDY and even Civilian Employees and Sub-Contracts of the MDOC, and they did approach Mr. Cardello-Smith relaying different messages and threats against Mr. Cardello-Smith.

3. These threats were heard by me, observed by me and witnessed by me and I say that the following were made against Derrick Lee Cardello-Smith as detailed herein-

a. Derrick, Puff Daddy Said that you had 'better not file a Lawsuit or Report that Rape at that Hotel".

b. Derrick, you had better not talk about the Shit I Injected into your neck."

c. Derrick, Sean Combs said that if you press Any kind of Lawsuit or Action against Me (Sean Combs) then, I will kill you, Your Family, Your Sisters, Your Brothers, your whole damn family and your Friends out there in St. Clair County-George Preston and His Family". You had better not say Shit, and you better keep Quiet."

d. I observed Officers Nalette, Cairnes, Jason Brock, Sablowsky, David Lalonde, Nick Curley, Daniel Miller, Amy Lawrence, Officer Smoker, Officer Sheldon Green, Officer Clark, Officer Sgt. Leon, Officer Caruty, Officer Morrisson, Officer Plichta, Officer Robinson, Officer Goostrey, Officer Neimi, Officer Bridgewater, Officer Brown, Officer Alford, officer King, all came to Mr. Cardello-Smith while in my presence over the years and time

1.

frames of 1997 through 2023 and specifically told him (Cardello-Smith) that if he even so much as thought about making a report or a claim, that he would be killed and his family and friends and their families would be killed....I believed these events to be true and I knew it could happen.

e. These Indivisual members of the Gangs Listed above have in fact and did in fact make these Threats to Cardello-Smith over these many years and there were fights about it with Cardello-Smith was engaged in fighting with these people, these prisoners, these different persons who were and are gang members with alot of power inside and outside and affiliated with Bad boy Records and Sean Combs, and they did in fact make these threats against Cardello-Smith.

f. I also have seen Cardello-Smith make many many efforts to seek protection from the retaliation and they were all foiled & Ignored.
g. Mr. Cardello-Smith has spent his entire sentence detailing me the fears he lived with everyday knowing that if he ever reported the Sexual Assault upon him by Sean Combs, that he would be causing the death of his family and friends and it would be his actions causing their death by Sean Combs and his associates. This man has lived with this Fear everyday I have known him and it has resulted in his entire daily life being destroyed by the fear of knowing that if he reported it or filed on it Sean Combs would kill his family, friends and others and he had the means to do it and he would do it.

h. In March, he saw that Sean Combs' many properties were raided and searched by Homeland Security, and he knew that this meant that Sean Combs would be watched by the Federal Government and that this was his chance to take action and that Sean would not make a move against Derrick now that the Homeland Security was on his Tail, he felt relief and literally cried in my presence and he just shook all over the place at the thought of knowing that he had some way to get this out into the public and to get justice now for having been raped.

i. I have also witnessed firsthand the conversations between many different employees of the MDOC that Derrick and I were at over the years telling him that he "had better stop filing grievances on these issues" or "Puff Daddy" would have him Hurt, or Killed." Derrick even showed me the many different grievances that he filed and the responses and how they were all foiled or how he was pretty much just laughed at....none of them went through actual full process and they were rejected, but there were many attempts made by him to get help for this but he was thwarted every step of the way.

j. I have seen this man deal with this part of his life throughout the entire time we have known each other and it is a tragedy that if he had acted on it, he would have been the reason for his family dying and friends dying, because Sean

Combs has the means in those days to do it, until he was Raided by Homeland Security.

I will testify to these events and experiences as being true and real and happening, because they happened and were experienced and witnessed by me...Just call me to Court and I will testify and also, provide you with the Proof of it, that I have had over the years...

## DECLARATION AND VERIFICATION

I swear and declare under the Penalty of Perjury that these events have happened as described within and that the facts of them are true and real and I experienced these facts, descriptions and events and witnessed them as that they did happen, and I will make swear to it in open court because even though I am a prisoner, I am telling the truth.

11-21-24

Mr. Joseph Ambrose #185357
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

_____
Signature of Notary Public

ALEX JIMERSON
Notary Public, State of Michigan
County of Muskegon
My Commission Expires  4/29
Acting in the County of  Muskegon

3.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Case No 2:24-cv-12647
Mailed on 12-2-2

Office of the Clerk
United States District Court
Theodore Levin US Courthouse Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

7011 2000 0001 1878 9056

CERTIFIED MAIL





US POSTAGE PITNEY BOWES
ZIP 49444
02 4W
0000386711DEC 02 2024
$ 013.56°