UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs

Case No 2:24-cv-12647

SEAN COMBS,
   Defendant,
_____/

hon. Judith Levy

## PLAINTIFFS DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a Jury trial on the Claims of the Personal-Injury (Sexual Assault) committed upon the Plaintiff by defendant Sean Combs and this demand is made pursuant to the Michigan Constitution and this Plaintiffs rights as a citizen of the State of Michigan.

Thank you for your time in this matter.

*Derrick Lee* (signature)     12-2-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

FILED
CLERK'S OFFICE
DEC 0 9 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

1.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-2-2
Case No 2:24-cv-12647

Office of the Clerk
United States District Court
Thiedore Levin US Courthouse Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

7011 2000 0001 1878 9056



US POSTAGE — PITNEY BOWES
ZIP 49444
02 4W
0000386111DEC 02 2024
$013.56°