UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs

SEAN COMBS,
   Defendant,
_____/

**FILED**
**CLERK'S OFFICE**
**DEC 0 9 2024**
**U.S DISTRICT COURT**
**EASTERN MICHIGAN**

Case no 2:24-cv-12647

hon. Judith Levy

### PLAINTIFFS VERIFICATION AND PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT SEAN COMBS AT HIS MICHIGAN RESIDENCE AND TO HIS AGENT VERIFYING THE DEFENDANTS LAWYERS DAVID FINK AND ASSOCIATES ARE LYING AND HAVE LIED TO THIS COURT ABOUT SERVICE

   Please be advised that Plaintiff is submitting to this Court the Affidavit of Kathryn Preston verifying that the Defendants Lawyers David Fink and Associates are lying to this court about service of the Summons and Complaint at Defendant Sean Combs Michigan residence for the and he has accepted the Reservice of the Summons and Complaint on the dates of November 2, 2024 and it was also accepted by Mr. Combs on November 2, 2024 and the Affidavit also shows that Mr. combs in fact maintained a residence in the State of Michigan as well as the Defendant and George Preston are Co-Land Owners in Michigan and have been for many years and Mr. David Fink met with Kathryn Preston at a meeting on November 4, 2024 as indicated and proven by the Affidavits and sworn to and it is clearly a disputed of events that have taken place.

   Mr. Fink has lied to this Court and Committed Perjury before this Court and has in fact met with kathryn Preston on the dates listed within the Affidavit and further, the Plaintiffs Provides Proof of Service and Acceptance of the Summons and Complaint on the dates listed within and was actually given NOTICE OF THE LAWSUIT IN APRIL 2024 and lied to the State and Federal Court on many instances, and as such, his lies should be grounds for termination and disbarment proceedings.

   This "Lawyer" David Fink and his Teams at his Law Office and Other Lawyers have all Suborned His Lies for Perjury where he knew that he has accepted Notice of the Lawsuit in April 2024 and Mr. Fink himself has met with Kathryn Preston in this matter.

   Mr. David Fink is a Liar, Manipulator and has Committed FRAUDS UPON THE TRIAL COURT AND THIS COURT WHEN HE SAID THAT SERVICE WAS NOT MADE UPON THE DEFENDANT AND IT HAS BEEN MADE and his lies have continued and it should not be allowed to continue, and this Affidavit Verifies it, and it is submitted to this Court, because Mr. FDink is an Absolute Liar and should be ashamed of himself for that and many reasons, most importantly, his

lies about service and his lies about the Defendants Residence here in Michigan.

The Witness Affidavit verifies that Defendant Combs has a Michigan Residence and has had one for years, and that he complaint has been served here in Michigan.

The Receipts also show it and this court should allow further proceedings on this matter.

Thank you for your time in this matter.

*[signature]*
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24

2.

State of Michigan                                            11-25-24
County of St. Clair

Affidavit of Kathryn L. Preston
Resident & Agent of Sean Combs

I, Kathryn L. Preston accepted service of a summons & complaint on November 2, 2024 in the case of Derrick Lee Cardello Smith vs. Sean Combs Case # 24-7362-NO, 24-7632-NO and Case # 2024-CV-12647 and all related documents while acting as agent for resident & business partner Sean Combs, George Preston, Derrick Lee Cardello Smith, and myself as we are all investors and landowners in the Combs-Preston estate where Sean Combs conducted business for many years and present day at the address of 7541 Yale Rd Avoca Mi. 48006. This lawsuit was recieved by me and then provided to Sean Combs

3.

attorney David Fink at a meeting on 11-4-2024 thereby completing service requirements from my work address of 7541 Yale Rd Avoca Mi. 48006.

Verification I will attest to these events, and words based on my experience, knowledge, and belief because they are true, real, and under the penalty of perjury.

*Kathryn L. Preston*
Kathryn Preston
596 St. James Street
Marysville Mi. 48040

4.

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of Michigan

County of Saint Clair  } ss.

On this the 25th day of November, 2024, before me, Sarah L. Armstrong, the undersigned Notary Public,

personally appeared Kathryn Preston,

Name(s) of Signer(s)

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of Saint Clair

_____
Signature of Notary Public

EXP 03/03/2029

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

Place Notary Seal/Stamp Above

― **OPTIONAL** ―

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: Affidavit of Kathryn Preston resident $agent of Sean Combs

Document Date: 11-25-2024      Number of Pages: 2

Signer(s) Other Than Named Above: NONE

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

5.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.88 |
| Certified Fee | 4.40 |
| Return Receipt Fee (Endorsement Required) | 3.65 |
| Restricted Delivery Fee (Endorsement Required) | 11.65 |
| Total Postage & Fees | $ 21.58 |

Postmark Here — DEDUCTED APR 1 2024

Sent To: Sean Combs and George Preston for Sean Combs
Street, Apt. No.; or PO Box No.: 7541 Yale Road
City, State, ZIP+4: Avoca, MI 48006

PS Form 3800, August 2006 — See Reverse for Instructions

---

7013 0600 0000 2986 4994

2. Article Number (Transfer from service label)
9590 9402 7768 2152 1818 08

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sean Combs & George Preston for Sean Combs
7541 Yale Road Avoca, MI 48006
Notice of Lawsuit

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____ ☒ Agent ☐ Addressee
B. Received by (Printed Name): George Preston
C. Date of Delivery: 4-15-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE ✓

| | |
|---|---|
| Postage | $ 3.15 |
| Certified Fee | 4.85 |
| Return Receipt Fee (Endorsement Required) | 4.10 |
| Restricted Delivery Fee (Endorsement Required) | 11.65 |
| Total Postage & Fees | $ 23.75 |

Postmark Here — DEDUCTED OCT 24 2024

Sent To: Kathryn Preston for Sean Combs
Street, Apt. No.; or PO Box No.: 596 St. James Street
City, State, ZIP+4: Marysville, MI 48040

PS Form 3800, August 2006 — See Reverse for Instructions

7011 2000 0001 1878 9049

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kathryn Preston For Sean Combs - Agent For Sean Combs - 596 St. James Marysville, MI 48040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____ ☒ Agent ☐ Addressee
B. Received by (Printed Name): Kathy Preston
C. Date of Delivery: 11-02-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

9590 9402 7768 2152 1817 30

2. Article Number (Transfer from service label)
7011 2000 0001 1878 9049

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Return Receipt Requested

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

6.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-2-2
Case No 2:24-cv-12647

Office of the Clerk
United States District Court
Thiedore Levin US Courthouse Room 564
231 W. Lafayette Blvd
Detroit, MI 48226


