UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



DERRICK LEE CARDELLO-SMITH,#267009,
    Plaintiff,

Vs

FILED
CLERK'S OFFICE

Case no 2:24-cv-12647

DEC 0 9 2024

SEAN COMBS,
    Defendant,

U.S DISTRICT COURT
EASTERN MICHIGAN

Hon. Judith Levy

_____/

PLAINTIFFS SUBMISSION OF INVESTIGATORS REPORT DETAILING
KYM WORTHY (FORMER JUDGE AND CURRENTS WAYNE COUNTY PROSECUTOR
AND DETROIT POLICE DEPARTMENT SERGEANT DAVID COBB
AND WAYNE COUNTY DETECTIVE PATRICIA PENMAN'S JOINT HIRING
OF HITMAN VINCENT SMOTHERS TO KILL THE PLAINTIFF AS PROOF OF
DEFENDANTS EFFORTS TAKEN TO COVER-UP THE DEFENDANTS
RAPE UPON THE PLAINTIFF BY DEFENDANT SEAN COMBS

    Plaintiff Derrick Lee Cardello-Smith, hereby presents this office with a
4 page report from Respected and Well-Known Investigator Bill Proctor who
conducted the Investigation This Year and His Conclusions with being
interviewed that Defendants Wayne County Associates Kym Worthy,(Former
Judge and Current Wayne County Prosecutor, David Cobb, Sergeant of the
Detroit Police Department and Patricia Penman, Wayne County Detective all
working to Kill this Plaintiff by the Contract Killer Vincent Smothers Own
admissions, and Plaintiff presents this Investigator Report as proof that
the Associates of the Defendant did in fact work to Kill and Silence this
Plaintiff and cover up the Rape of this Plaintiff by Defendant--Read it for
yourself and you be the Judge.

Please place this matter on the Courts Docket and record as PROOF OF GUILT.

Thank you.

1.

12-2-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

2.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-2-2
Case No 2:24-cv-12647

Office of the Clerk
United States District Court
Thiedore Levin US Courthouse floor 5th
231 W. Lafayette Blvd
Detroit, MI 48226

7011 2000 0001 1878 9056



ZIP 49444
02 4W
0000386111DEC 02 2024

US POSTAGE ~ PITNEY BOWES
$ 013.56°