UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs                                       Case no 2:24-cv-12647

SEAN COMBS,                          Hon. Judith Levy
   Defendant,
_____/

NOTICE OF SUBMISSION OF AFFIDAVIT OF
DEPHONSO WILSON ESTABLISHING THE CONNECTION AND COVER-UP
AND MURDER FOR HIRE OF THIS PLAINTIFF BY
WAYNE COUNTY OFFICIAL KYM WORTHY
TO KILL THIS PLAINTIFF IN 199& TO COVER-UP THE
RAPE OF PLAINTIFF BY THE DEFENDANT SEAN COMBS

  Plaintiff hereby submits the Sworn Notarized Affidavit of Murder for Hire Witness Dephonso Wilson, verifying that he was paid Offered and accepted money by Then Judge Kym Worthy of Detroit Recorders Court in 1997 to kill this Plaintiff back in 1997 and it was done so to cover-up the Sexual Assault of this Plaintiff by Defendant Sean Combs and to "Protect Her and other officials Investments into Bad Boy Records, and how Kym Worthy Hired him from Outside of the Detroit Limits and Paid him money while in Bay City, Michigan.

Please set this matter for the courts consideration and receipt of this pleading.

Thank you for your time.

/s/ Derrick Lee Cardello-Smith
#267009
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24

FILED
CLERK'S OFFICE
DEC 0 6 2024
DISTRICT COURT
EASTERN MICHIGAN

State of Michigan)
                 )ss
County of Muskegon)

### AFFIDAVIT OF DEPHONSO WILSON AS TO THE
### ATTEMPTED MURDER OF DERRICK LEE CARDELLO-SMITH
### BY CURRENT WAYNE COUNTY PROSECUTOR KYM L. WORTHY (P38875)
### & FORMER JUDGE IN 1997 TO HIRE ME TO KILL
### THE SEXUAL ASSAULT VICTIM DERRICK LEE CARDELLO-SMITH #267009
### FOR THE PRICE OF $3,500.00 DOWN-PAYMENT

In June 1997, After witnessing the money exchange between Cardello-Smith, Ms. Worthy, to Sean Combs, Ms. Worthy (who I later discovered was a judge) noticed me looking at the bag of money.

Two days later, I was brought back to Detroit from my home in Bay City and I was taken to Belle Isle, where I then personally was introduced to Kym Worthy.

She stated to me, as we sat in the car that brought me, 'Do you know who I am?", Not being from Detroit, I stated, "No."

She then said, "Good, but know that I can make shit good or bad for you, and you seem like the type who'd like a little good." She said this as she looked directly at me, a Little hesitant and nervous, I said, "Yeah, I could use a little good in my life." She pulled out an envelope, handed it to me saying "This can be yours, if you do one little thing." I said, "What?" I was in need of cash and I must have seemed eager because she said, "Remember that guy you saw me hand that Bag of money?", I said 'Yeah".' If you do me a favor, you'll get this and more, I want you to kill him!"

i said "What?!". "I know who you are, all of you guys that hey bring to have sex with the girls background and I know you can do it. This is $3,500.00, you kill that guy and it's yours..I know you're homeless and living on your friends couch in bay City, I know your Mother and Sisters live in Saginaw..When she mentioned my family, I knew that she was serious and it was meant to let me know she could hurt my family....'But look," she said, take this.' she handed me $500.00 from the envelope."Just think on it and I know you'll come to the right decision." Her face and eyes looked mean..'I'll send for you in a few days and you let me know something good..Remember, good things happen to those who want something good, your my friend right?". I was afraid so I said, "Yeah, we friends." AS I said before, I didn't know who she was, but the guy who brought me there was driving accidentally or on purpose said, where to next Judge?", and said said, as she got out of the car, Take Him Home!."

It was at that moment, I found out she was a judge, though I still did not know her name, then, I became extremely scared and knew a Judge could do anything to me.. I went back to Bay city, then Took the Bus to Saginaw, I told my Mom what Happened and she was scared, but said 'Don't you say shit!" to nobody, I don't want my baby to be found dead, Judges and Cops Can make you Gone! so we can't speak of this of she'll come after us..you have to make your own choices, but I don't want to know what you choose..My Mother knew all this in 1997.

### VERIFICATION

These events and words are true and sworn under the penalty of perjury.

_____          B. Jones          12-2-2024
Mr. Dephonso Wilson #267992                                B JONES
Witness                                                    Notary Public, State of Michigan
2500 S. Sheridan Drive                                     County of Muskegon
Muskegon, MI 49444                                         My Commission Expires 2-14-2026
                                                           Acting in the County of Muskegon



GRAND RAPIDS MI 493
3 DEC 2024 PM 5 L

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, mi 49444

Mailed on 12-2-24
Case No 2:24-cv-12647

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-277758