UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
DEC 06 2024
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009,
    Plaintiff,

Vs

Case no 2:24-cv-12647

SEAN COMBS,
    Defendant,

Hon. Judith Levy

_____/

### NOTICE OF SUBMISSION OF MATERIAL WITNESS'
JUSTIN DREW BIEBER-(MUSIC ARTIST) & VICTIM OF DEFENDANT
SHARON YVONNE STONE, (ACTRESS) AND WITNESS TO VIDEO-TAPE RAPE OF PLAINTIFF BY DEFENDANT
KEVIN SPACEY, (ACTOR) AND VIEWER OF VIDEO-TAPED RAPE OF PLAINTIFF BY DEFENDANT
USHER TERRY RAYMOND, iv (MUSICAL ARTIST) AND VICTIM OF DEFENDANT
MATERIAL WITNESS' TO DEFENDANT COMBS SEXUAL ASSAULTIVE NATURE & RAPE ACTS

    This is the Plaintiffs Notice of Submission of the Above Named Persons to be included and Called as Material witnesses in this Case.
    I intend to Call JUSTIN DREW BIEBERO, SHARON YVONNE STONE, USHER TERRY RAYMOND, IV, KEVIN SPACEY, RODNEY LITTLE ROD JENKINS as material witnesses, victims and other matters to testify at Jury Trial And Deposition as to Defendant Sean Combs Actions in this case as that the witness' can provide individual testimony to acts committed by the Defendant Sean Combs upon themselves and this Plaintiff. As that Usher, Justin Beiber, Rodney Jenkins were and are Victims of Sean Combs and Kevin Spacey and Sharon Stone have known of and viewed the Sexual assault Video that has existed and is in existence since 1997, and can offer testimony to what they viewed and when it was discovered.

    Plaintiff therefore, will call these witnesses to offer such testimony in this matter.

Thank you.

*/s/ Derrick Lee Cardello-Smith*

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-2-24

Derrick Lee Cardello-Smith
#267009
cE.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

c12-2-24

Office of the Clerk
United States District Court
Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

   Re: Derrick Lee Cardello-Smith vs Sean Combs
   Case No 2:24-cv-12647

   Dear Clerk:

   Enclosed for filing in the above cause are documents I wish to have placed on the docket for the case at bar.
   I have served proof of service upon the Defendants Lawyer of Record on the same date of this filing by US Mail.

Thank you.

*(signature)*
Mr. Derrick Lee Cardello-Smith

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, mi 49444

Mailed on 12-2-24
Case No 2:24-cv-12647

GRAND RAPIDS MI 493
3 DEC 2024 PM 5 L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-277758