Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444



12-11-24

Office of the Clerk
US District Court
theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

FILED
CLERK'S OFFICE
DEC 23 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

Re: Derrick Lee Cardello-Smith vs Sean Combs
Case no 2;24-12647

Dear Clerk:
Enclosed for filing in the above cause, the Plaintiffs CONFIRMATION OF THE SEXUAL ASSAULT AND RAPE KIT BEING PICKED UP BY THE UNITED STATES MARSHAL'S SERVICE FROM THE MICHIGAN DEPARTMENT OF CORRECTIONS THROUGH THE WAYNE COUNTY PROSECUTORS OFFICE.

This Kit and its documents all confirm that the Defendant Sean Combs is the Man who Raped this Plaintiff in 1997.

The Documents Confirm that they have been in the MDOC Possession and Plaintiff has authorized these results to be delivered to the US Marshal's Service for Court Verification.

Thank you for your time.

Derrick Lee Cardello-Smith

| MICHIGAN DEPARTMENT OF CORRECTIONS<br>**CONTRABAND REMOVAL RECORD** | | | | 4835-3284<br>CSJ-284 12/01 |
|---|---|---|---|---|
| Date:<br>11-28-24 | Time:<br>09:21am | Staff Member's Name:<br>Nicholas Curley | | Badge No:<br>32051 |
| Prisoner Name:<br>Cardello-Smith, Derrick L | | Prisoner Number:<br>267009 | Lock:<br>C-60B | Facility Ernest C. Brooks<br>Correctional Facility |
| Location Contraband Found: Delivered to Front Office by Wayne County Sheriff's Department from Kym Worthy (P38875) | | | | |

| ITEM | DESCRIPTION AND REASON FOR CONFISCATION (Describe Fully): |
|---|---|
| 1 | Sexual Assault Rape Kit Task Force Identification Samples identifying previously unknown Samples of the |
| 2 | Suspect Known to be the Person and Contributor of said Semen taken from the Rape Kit of the Victim and |
| 3 | Complainant Mr. DERRICK LEE CARDELLO-SMITH, and Suspected Marker and Contributor of Said Markers and |
| 4 | The perpetrator and assailant of said Semen Identifying the Suspect in the Rape is the named person of |
| 5 | MR. SEAN JOHN COMBS—Also to be known as P. DIDDY—also to be known as PUFF DADDY—Also to be known as |
| 6 | BAD BAY RECORDS FOUNDER—. |
| 7 | Prisoner cannot personally possess the Sexual Assault rape kit pursuant to Policy Directive 04.07.112 |
| 8 | and Wayne County Prosecutor Kym Worthy has Conducted the testing through Sorenson Lab and has done |
| 9 | identified the Suspect Sean Combs—Prisoner will determine the Items identified in the Sexual Assault |
| 10 | Kit Disposition within 90 days—Items are as follows— (1) 1997 Sexual Assault Kit-(2) 1 pair of mens |
| 11 | Hanes underwear-(3) I bloodied Shirt-Torn-(4) 1 Buccal Schwab Result (Q-Tip)-(5) 24 Stained Cloths,- |
| 12 | (6) 12 witness statements-(7) Results from Anal Examination)-(8) Results from Bruised Scalp, Spine, & |
| 13 | Neck area-(9)—VCR-Tape Recording Styled Video identified as "Bartender Man Broken by Puffy)-(10) lists |
| 14 | 24 items to cataloged by Adrian Police Department and Detroit Police Department June 1997.-End List |
| 15 | Prisoner Cardello-Smith is the Plaintiff in a Current Civil Action with Suspect Sean John Combs and has |
| 16 | Requested the Facility Transport or Provide the Rape Test Kit Results to the Following Agency/Courts- |
| 17 | LENAWEE COUNTY SHERIFF'S DEPARTMENT-39TH CIRCUIT COURT—UNITED STATES DISTRICT COURT FOR THE EASTERN |
| 18 | DISTRICT OF MICHIGAN—CASE 2:24-cv-12647, DETROIT POLICE DEPARTMENT, THE MICHIGAN STATE POLICE— |
| 19 | Results—ITEMS WILL BE TURNED OVER TO AGENCY OF NAMED RECIPIENT UPON ARRIVAL AT FACILITY |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| XXX SECURED IN    OR    ☐ TURNED OVER TO:<br>Evidence Locker -MDOC | DATE:<br>11-28-24 | TIME: 12:48pm |
|---|---|---|
| FOR   Pickup by Law Enforcement Staff and/or US Marshal's Service | | |
| ☐ HEARING    OR    ☐ INSPECTION | | |
| ☐ RETURNED TO PRISONER AFTER INSPECTION & WITHOUT ACTION TAKEN | DATE | TIME |
| PRISONER - PRINT NAME: Derrick Lee Cardello-Smith | SIGNATURE: Derrick Lee Cardello-Smith | |

DISTRIBUTION:  White - File Copy;    Canary - Prisoner;    Pink - With Contraband;    Goldenrod - Attached to NOI/Misconduct Report

MICHIGAN DEPARTMENT OF CORRECTIONS
**PROPERTY DISPOSITION SHEET**

4835-0209
CAJ-209 06/90

| PRISONER NAME | NUMBER | LOCK |
|---|---|---|
| Derrick Lee Cardello-Smith | 267009 | C-60B |

The above prisoner: (Check one)   [x] Has requested   [ ] Has agreed, in lieu of a hearing

[x] to have the below listed items picked up at the information desk, by the below designated person, on or before the date shown. He further understands, and agrees, that if this property is not picked up by this date, it will be mailed, at his expense, to the person shown below.

[ ] to have the below listed items mailed, at his expense, to the person shown below.

[ ] to turn the below listed items over to the institution for disposal.

[ ] to have a hearing on the below listed items.

The below listed items: (Check one)

[ ] are being sent out at the prisoner's request

[ ] are excess property

[ ] are legal contraband

Sexual Assault Rape Kit Delivered to the Facility on the date Of November 28, 2024 by Wayne County Sheriff's Deputies on the Behalf of Kym L. Worthy, (38875) Wayne County Prosecutor and placed into the Facility evidence locker as Cardello-Smith is prohibited from possessing a Rape Kit or property not allowed in accordance with Policy Directive 04.07.112 and it will be into the custody of the United States Marshal's Service.

| INFORMATION DESK PICKUP | MAILING ADDRESS |
|---|---|
| **DESIGNATED PERSON** Ronald L. Davis, Director U.S. Marshals Service | **NAME** United States Marshals Service |
| **DATE TO BE PICKED UP** AS SOON AS POSSIBLE and COURT ORDERED | **STREET ADDRESS** 231 West Lafayette Blvd Detroit, MI 48226 |
| **DATE PICKED UP** December 11, 2024 | **CITY, STATE, ZIP** |
| **PICKED UP BY (Signature)** Timothy Bauman, Wayne County Prosecutor's Office | **DATE MAILED** |

| PRISONER SIGNATURE *Derrick Lee Cardello-Smith* | NUMBER 267009 | DATE 12-11-24 |
|---|---|---|
| PROPERTY ROOM OFFICER SIGNATURE P. Esther - 41039 | DATE 12-11-2024 | |

DISTRIBUTION:   White – Kept at property room
Canary – Receiver signs and sends back to be matched with white copy in the property room
Pink – Kept by the receiver
Goldenrod – Senders copy

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-11-24

GRAND RAPIDS MI 493
17 DEC 2024 PM 2 L

48226-271839

Clerk of the Court
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226