UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DERRICK LEE CARDELLO-SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEAN COMBS,<br><br>　　　　　Defendant. | Case No. 5:24-cv-12647<br><br>Hon. Judith E. Levy |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I caused to be served a copy of Defendant's Motion for Sanctions (ECF 70) which was filed using the Court's electronic filing system, upon the Plaintiff Derrick Lee Cardello-Smith via USPS first-class mail to the following address:

　　Derrick Lee Cardello-Smith
　　267009
　　Earnest C. Brooks Correctional Facility
　　2500 S. Sheridan Drive
　　Muskegon Heights, MI 49444

　　　　　　　　　　　　　　　　FINK BRESSACK

　　　　　　　　　　　　　　　　By:　/s/ *David H. Fink*
　　　　　　　　　　　　　　　　David H. Fink (P28235)
　　　　　　　　　　　　　　　　Nathan J. Fink (P75185)
　　　　　　　　　　　　　　　　David A. Bergh (P83696)
　　　　　　　　　　　　　　　　Calder A.L. Burgam (P87203)
　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　38500 Woodward Ave., Ste. 350
　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304

Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com
cburgam@finkbressack.com


**SHER TREMONTE**

Erica A. Wolff (application for admission forthcoming)
*Counsel for Defendant*
90 Broad St., 23rd Floor
New York, NY 10004
Tel.: (212) 202-2600
ewolff@shertremonte.com

2