UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
DEC 2 6 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH, #267009,
  Plaintiff,

Vs

SEAN COMBS,
_____/

Case No 24-12647
HONORABLE JUDITH E. LEVY

### NOTICE OF INTENT TO CALL CASSANDRA "CASSIE" VENTURA AS A MATERIAL WITNESS TO DEMONSTRATE DEFENDANT SEAN COMBS PATTER OF RAPE, VIOLENCE, TORTURE, ABUSE INTIMIDATION, AND PRIOR BAD ACTS TESTIMONY FOR TRIAL

   Please be advised that the Plaintiff, Derrick Lee Cardello-Smith, hereby intends to call the Witness CASSANDRA VENTURA, a/k/a/ Cassie, to the stand to testify and offer proof of the Defendant Sean Combs Prior Bad Acts related directly to, RAPE, TORTURE, VIOLENCE, INTIMIDATION, EXTORTION AND OTHER ACTS TESTIMONY as she has FIRST HAND KNOWLEDGE, EXPERIENCE to these acts committed by the Defendant upon her own person, as everyone in the world witnessed and as has been done upon this Plaintiff by the Defendant, in 1997, and as agreed upon in his Settlement with Cassie.

   Plaintiff intends to call this party to the Stand upon a Trial Date being set in this case.

Thank you for your time

/s/ Derrick Lee Cardello-Smith
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-18-24

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

December 17, 2024

Office of the Clerk
United States District Court
231 W. Lafayette Blvd-room 564
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v Sean Combs
Case No 2:24-12647

Dear Clerk:
Enclosed for filing in the above cause, documents for placement on Judge Judith Levy's Desk for review and decision.

thank you for your time.

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-17-24
2:24-cv-12647

GRAND RAPIDS MI 493
19 DEC 2024 PM 1 L

Clerk of the Court
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

48226-271839