UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FILED
DEC 26 2024
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,#267009,
  Plaintiff,

Vs

Case No 24-12647
HONORABLE JUDITH E. LEVY

SEAN COMBS,
_____/

REQUEST FOR COURT TO VIEW THE PHONE INTERVIEW AND
AUDIO OF PHONE CALL FROM PRISON WITH SEAN COMBS' SEX TRAFFICKING
VICTIM CARLI CARPENTER AND DERRICK LEE CARDLELO-SMITH AS
TO HER ROLE IN ADMITTING OF DIDDY, KYM WORTHY AND DETROIT POLICE COVER-UP
IN A PHONE CALL WITH INVESTIGATOR MICHAEL VOLPE ON **OCTOBER 14, 2024**
TO HIDE THE PLAINTIFFS RAPE BY DEFENDANT SEAN COMBS
AND CONSPIRACY TO REMOVE THE PLAINTIFF TO HIDE THE CRIME
<u>BY DEFENDANT SEAN COMBS UPON THE PLAINTIFF</u>

    Please be advised that the Plaintiff Cardello-Smith, hereby provides this Court with Notice of the Plaintiffs Submission of the Audio Recording of a Phone Call from the State Prison Between Sean Combs Sex Trafficking Victim Carli Carpenter admitting to being forced to Cover-Up the Sexual Assault of the Plaintiff by defendant Sean Combs where Wayne County Prosecutor Kym Worthy, Defendant Sean Combs conspired from 1997 through today, to Cover up the Sexual Assault of the Plaintiff by Defendant Sean Combs and admitted that she was a Victim of Sean Combs Herself in 1997 when she was 17 years old and then forced to lie years later and prosecute the Plaintiff in a Criminal Case on orders of the Defendant Sean Combs, and Wayne County Prosecutor Kym Worthy, to falsely claim the Plaintiff Raped her and kept it secret for many many years.,

    The Phone Call can be found by Simply going on to the Public Site,

1

Google and looking at MICHAEL VOLPE INVESTIGATES--CARLI CARPENTER, AND DERRICK LEE CARDELLO-SMITH DISH ON DIDDY, KYM WORTHY AND THE FALSE RAPE CLAIMS and where SHE ADMITS THAT SHE LIED ON BEHALF OF SEAN COMBS TO FRAME THIS PLAINTIFF AND COVER UP THE RAPE OF THIS PLAINTIFF BACK IN 1997 THROUGH THIS VERY DAY--the date of the Recorded Call was October 14, 2024.

Plaintiff will be submitting transcripts of that phone call shortly behind this, but the Plaintiff asks the Court to Consider that Phone Call from Michael Volpe and allow it into the record.

Thank you for your time in this matter.

*signature*   12-15-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2400 S. Sheridan Drive
Muskegon, MI 49444

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-15-24

Clerk of the Court
US District Court
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v. Sean Combs
Case No 2:24-12647

Dear Clerk--
Enclosed for filing is the Plaintiffs NOTICE OF SUBMISSION OF AUDIO RECORDING OF PLAINTIFFS PHONE CALL WITH A SEX TRAFFICKING VICTIM OF SEAN COMBS and proof of service.

Please place this matter for hearing on the courts docket and notify me that it has been docketed.

Thank you for your time.

Derrick Lee Cardello-Smith

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-15-24

Case No 24-12647

Clerk of the Court
US District Court
231 W. Lafayette Blvd- Room 564
Detroit, MI 48226



GRAND RAPIDS MI
17 DEC 2024 PM 2

US POSTAGE - PITNEY BOWES
ZIP 49444 $ 001.50⁰
02 4W
0000386111 DEC 17 2024