UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
DEC 2 7 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH, #267009,
   Plaintiff,

Vs

SEAN COMBS,
_____/

Case No 24-12647
HONORABLE JUDITH E. LEVY

PLAINTIFFS DEMAND FOR FOR RECONSIDERATION OF THE COURTS DECISION
TO DETERMINE ALL MOTIONS WITHOUT ORAL ARGUMENT AND REQUEST FOR
THE COURT TO OPEN THIS CASE
TO THE PUBLIC AND CONDUCT ORAL ARGUMENTS
FOR ALL PROCEEDINGS AND DECISIONS ON
ALL MOTIONS IN THE INTEREST OF PUBLIC SAFETY AND FAIRNESS
AND TO ENSURE THAT THE RAPE CASE IS NOT JUST DISMISSED WITHOUT
THE PUBLIC KNOWING ALL THE FACTS OF THE
DEFENDANT AND OTHERS INVOLVEMENT IN THE COVER-UP OF THE RAPE CASE

   Plaintiff, Derrick Lee Cardello-Smith here enters this Demand that the Entire case and all Motions and Proceedings in this matter are made PUBLIC and ORAL ARGUMENTS are allowed on all motions for this case in the Interest of Public Safety and Ensuring that the Defendants and those Involved in the Cover-up are actually held to account and to ensure the Case is in fact heard properly in an open forum with the Members of the Public Being Able to Review the Claims and Decision-making in this case and in support of this, the Plaintiff submits the following Brief.

Thank you for your time.

_/s/ Derrick Lee Cardello-Smith_
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-16-24

BRIEF IN SUPPORT

This court should Grant this Demand that the Court Conduct Oral arguments and Open the Entire case Proceedings up to the Public in the Interest of Public Safety and the Right to attend Court Hearings and Proceedings that are in the public Interest and makes this demand based on the following Grounds.

1. The Public Interest Demands Access to the Entire Court Hearings on Every Single Motion that is in this Court.

2. The Public Interest and Safety Demands that arguments are heard in this Court Between the Plaintiff (Victim) and Defendant (Rapist) in this Court.

3. The Public has a right to know that this Court is in fact being fair and impartial on every motion that it hears regarding the Original Initiation of the Proceedings by the Defendants Removing This case to the Federal court.

4. The Courts very first ruling it entered in this case was that "It would decide the Motions to Dismiss Without Oral Arguments." This is very telling because Neither Party had filed anything on the Record for Oral arguments and it is not within the Interest of the Public for this Court to decide these matters Without Oral Arguments.

5. The Claims in this Matter deal with Rape by the Defendant Sean Combs and an Extensive Cover-Up of that rape by Known Officials and Associates of the Defendant, located in the City of Detroit and other areas.

6. This matter is not just a simple, matter of A Frivolous Rape Case, this case involves Rape, obstruction of justice, sexual assault kit information that clearly identifies the Defendant Sean Combs by the Witnesses Listed as Kym Worthy and other persons.

6. This case involves Murder for Hire to get the Plaintiff "Out of the Way" and it involves multiple other crimes that have been connected and are connected to the Defendant Sean Combs, as that it is in fact, a major crime to not only rape this Plaintiff but to have his connections and advisors cover it up and violate every State and Federal Law, as the Case record shows.

7. Plaintiff submits to this Court that Witness Affidavits, the Evidence and other factors that are on this court record should be HEARD IN OPEN COURT AND OPEN FORUM and EVERY FACET OF THIS CASE FROM THE DEFENDANTS AND PLAINTIFF SHOULD BE CONSIDERED WITH ORAL ARGUMENTS AVAILABLE TO THE PUBLIC and NOT JUST PRIVATELY WITH THE COURT RENDERING DECISIONS THAT THIS PLAINTIFF HAS NO FORMAL WAY TO ARGUE EXCEPT FROM PRISON IN THE US MAIL, WHILE THE DEFENDANTS HAVE THE LUXURY OF EXTENSIVE HISTORY WITH THIS VERY COURT and have Ruled Favorably in the Defendants Lawyers Favor Many Many Time, WITH ORAL ARGUMENTS BEING HEARD.

8. This Court has taken the approach of NOT CONDUCTING ANY ORAL ARGUMENTS IN THIS CASE AT ALL, and it is a mistake that deprives the Plaintiff of this Case and its Origins---And it deprives the Public of seeing all the details of this case and allows the Defendant to get away with all of his dirt being kept cleen.

9. Plaintiff states that if the Court is required to Truly Conduct the Entire Record, then the Court must consider the fact that the entire Lower Court record has hearings that were conducted WITH ORAL ARGUMENTS, and this Court must allow this Plaintiff to be given the same credit and due process on having the factors contained within ALL PENDING MOTIONS, BY

ORAL ARGUMENTS, and as such, the Plaintiff hereby asks this Court to Grant his Demand for Oral Arguments as Allowed under the Law and in the interest of BOTH PARTIES.

10. This Court has allowed oral arguments before in it where the court granted oral arguments in cases and it should allow Oral Arguments on this case because it is of EQUAL AND EVEN GREATER IMPORTANCE AT THE SAME TIME OF OTHER CASES WHERE THE COURT ALLOWED ORAL ARGUMENTS.

11. Plaintiff states that this Case involves Multiple Layers that took place before, during and after the Rape of this Plaintiff by the Defendant, and this Court should and must allow every single facet of this case to be heard and not just thrown out without the Public Hearing it or Knowing what has happened and transpired completely, dealing with the Power, Corruption and multiple felonies that have taken place in this case and the Public Should be afforded the opportunity to hear these claims, because they are significant to the Public Interest and not Just this Victim of The Defendant, but other victims of the Defendant.

12. Plaintiff therefore, asks this Court to GRANT the Public Interest in the Oral arguments of this entire case and all matters related to the Motions which this court has determined that it will make without oral arguments because it is in the Interest of the Public to Have these arguments conducted publicly, from the Murdering, Rapist Defendant Sean Combs, and his associates.

RELIEF SOUGHT

Wherefore, the Plaintiff prays this Court will Grant Reconsideration and Allow the Plaintiffs DEMAND for Oral Arguments to be conducted on ALL MATTERS IN THIS CASE and allow it to be done immediately, and any other relief this Court deems necessary and appropriate.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-16-24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,#267009,
  Plaintiff,

Vs                                                               Case No 24-12647
                                                  HONORABLE JUDITH E. LEVY

SEAN COMBS,
_____/

PROOF OF SERVICE

   I swear and declare that on 12-16-24, i mailed one copy of the above pleadings to the Defendants at their address of record by first class mail with all postage paid in full.

Thank you.

                                                                         Derrick Lee Cardello-Smith

#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444



GRAND RAPIDS MI 493
20 DEC 2024 PM 3 L

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-19-24

Case No 2:24-cv-12647

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

48226-271839