POOR QUALITY ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
DEC 2 7 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH,
   Plaintiff
Vs
   Defendant,
_____/

Case No 5:24-12647

NOTICE OF SUBMISSION OF
PLAINTIFFS RECEIPT SHOWING $150,000.00 DEPOSIT BY PLAINTIFF INTO BAD BOY RECORD
FOR 49% PERCENT OF BAD BOY RECORDS IN 1997 ONLY TO BE PAID
IF DEFENDANT INVOLVED HIMSELF IN ANY FURTHER
STATE OR FEDERAL CRIMES AFTER RAPING PLAINTIFF

   Plaintiff hereby presents this Offer of Proof to verify and show that the Plaintiff did in fact invest $150,000.00 into bad boy records in 1997 and the terms of the agreement, which have been violated by the Defendant.
   This proof is what the Defendants Lawyer, David Fink and Erika Wolfe (Wolff) have been saying never happened, and in fact, it did happen in 1997 and the agreement shows that the Defendant and their lawyers have lied many many times.

   The Plaintiff has shown without any doubt the claims of this Plaintiff and that The Defendant worked with Now Prosecutor and then Judge Kym Worthy to cover up the crime committed upon this Plaintiff by Defendants and the document verifies that even though it is almost 30 years old, it is still a legally binding document which the Defendant has in fact violated by committing crimes and as such, it must be admitted into the record.

Thank you for your time in this matter.

Respectfully Yours,

*[signature]*
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

December 22, 2024

# Bad Boy Records Label and Company

Recording Studios and Company
Brooklyn, New York, 10019-524

## INVOICE

TO: Mr. Derrick Lee Cardello-Smith (Hospitality)
19246 Hoyt
Detroit, Michigan 48205

January 3, 1997    Transaction No. 97-1090108    Investment Business Service    Detroit, Michigan

| Purpose | Description | Investment | Total Amount |
|---|---|---|---|
| | Personal Investment of Monetary total into the Bad Boy Records Label, Corporation, Holdings, Developments, Artists, Records, Shares, Stocks, Future Projects, Real Estate, Properties, Homes, Contracts, Agents, Production, Film, Music, Art, Any Future Holdings, Items, Singers, Words, All Savings, Holdings, Checking and Financial Conducted in the Name is Sean Combs, In the name of Sean John Combs, attached to, with or a part of any entity, company, partnership, trade, or Ventures that are conducted in any way in the Name of Sean Combs or Bad Boy Records of the Name, Likeness, Image of Bad Boy Records, to Start in the Year of JANUARY 1997 through the Terms of JANUARY 2007, JANUARY 2017 and JANUARY 2027 for 10, 20 and ending of the 30 YEARS TIME, with the Moneys received from Citizen and Private Investor and Waiter/Person of DERRICK LEE CARDELLO-SMITH; of the City of Detroit and Employed at Fishbones in the City of Detroit, State of Michigan shall be allowed to WITHDRAW FROM THIS AGREEMENT AT 10 (TEN)–20(TWENTY) or 30(THIRTY) YEARS TIME and Sean Combs Agrees to Refrain from Any further State or Federal Criminal Behaviors & Derrick Lee Cardello-Smith will be entitled to the total of 49% (Forty-Nine) Percent) of all Holdings Gross, Net, worth of ALL BAD BOY RECORDS LABEL, INC., CORPORATION & HOLDINGS, and Release of Cardello-Smith from Bad Boy LLC | $150,000.00 | $150,000.00 |

Marcus Ashford
Notary Public-State of Michigan
County of Wayne
My Commission Expires on 7/19/1998
Acting in the County of Wayne

Derrick Lee Cardello-Smith 1-3-97
Sean Combs

Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-22-24

Office of the Clerk
United States District Court
Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith vs Sean Combs
Case No 5:24-cv-12647

Dear Clerk:

Enclosed for filing in the above cause the following documents:
1. OFFER OF PROOF #1 "RECEIPT FOR $150,000.00 of Investment into Bad Boy Records by Plaintiff Cardello-Smith into BAD BOY RECORDS Signed and Notarized by Plaintiff Cardello-Smith and Sean Combs with Marcus Ashford witnessing and Notarizing the receipt on January 3, 1997.
2. PROO OF SERVICE.

Please place this matter on the Court record and notify me when you have it docketed.

Thank you for your time in this matter.

*Derrick Lee Cardello-Smith* (signature)
Derrick Lee Cardello-Smith

12-22-24

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-22-24
Case No 5:24-12647

GRAND RAPIDS MI 493
23 DEC 2024 PM 4 L



Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Management Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
DEC 23 2024
6:59 AM