POOR QUALITY ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
DEC 2 7 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs.

   Defendant,
_____/

Case No 5:24-12647
Hon. Judith Levy

NOTICE OF SUBMISSION OF THE
CONTRACT BETWEEN DEFENDANT SEAN COMBS, KYM WORTHY
AND PLAINTIFF CARDELLO-SMITH NOTARIZED IN 1997 VERIFYING THE
PLAINTIFFS CLAIMS AS TRUE IN 1997 AND IN 2024

   Plaintiff, hereby presents this SIGNED AND NOTARIZED DOCUMENT VERIFYING THAT THE PERSONS OF SEAN COMBS, KYM WORTHY AND PLAINTIFF did in fact enter into a contractual agreement 27 years ago and agreeing that the parties will in fact take actions to hide the Rape of this Plaintiff by Defendant Sean Combs and that Judge Kym Worthy, of Detroit, participated in the Cover-Up and that Kym Worthy, Now Wayne County Prosecutor has kept it covered up since 1997 and has lied about all activities in this case and Defendants Involvement in the Rape of this Plaintiff in 1997 and the cover up of the plaintiffs claims since 1997.

   Plaintiff submits this to the Court as proof of this activity having taken place and Plaintiff asks this Court to allow this matter to remain on the docket and notify the plaintiff upon the receipt of these documents.

Respectfully Yours

*[signature]*

12-22-24

# CONTRACTUAL AGREEMENT
## BETWEEN KYM L. WORTHY (JUDGE)
## SEAN JOHN COMBS (ARTIST)
## & DERRICK LEE CARDELLO-SMITH
## WAITER-BARTENDER-HOSPITALITY)

## CORE AGREEMENT FACTORS

1. Sean Combs, Music Producer and Business Person and owner of BAD BOY RECORDS INCORPORATED AND CORPORATION will refrain from any State or Federal Criminal Activities from 1997 through 2027, as agreed in the 11 page multiple persons agreement to confidentiality with all persons present.

2. Derrick Lee Cardello-Smith, Waiter-Bartender-Hospitality Employee of Fishbones Kitchen in the Greektown Section of Detroit, does hereby agree to not follow through on the Physical or Sexual Assault committed upon His person in June 1997 at the Hotel in Adrian, Michigan and agrees to allow the Full Investment of his $150,000.00 to remain in Bad Boy Records Corporation for the 10 to 30 years as he agreed to with Mr. Combs in the Early Part of January 1997.

Cardello-Smith agrees to have the Murder Case of self-defense, in which The Unnamed Assailant will in fact be vacated and removed from the court records by My Office and Staff and Cardello-Smith will instead, be placed in prison for multiple Criminal Sexual Assault Charges by our female staff and Cardello-Smith will not Speak about the events of June 15, 1997 or June 16, 1997. Upon full compliance all Charges that will be removed and vacated upon the end of term agreement with all persons.

Cardello-Smith's Entire Family will continue to be protected and safe and will not be harmed by Sean Combs, The Detroit Police Department nor any member of our organization and he will remain in prison under Judgments Of Sentence from Harvey F. Tennen until the Agreements are fulfilled.

3. I, Kym L. Worthy, Judge of the Detroit Recorders Court and Former Assistant Prosecutor hereby agree to - MAINTAIN THE RAPE KIT FROM CARDELLO-SMITH AND SEAN COMBS, CLOTHING, ALL MATERIAL, WITNESS STATEMENTS AND OTHER MATTERS During the period of Incarceration of Derrick Lee Cardello-Smith, this Rape Kit will remain within my control apart from the other rape Kits that are in our Warehouse, it is to ensure that the Persons involved all hold our tongues and do our parts to remain cooperative with Mr. Combs and in the Interest of our Organization and interest of other Wayne County Officials and Law Enforcement partners who have invested into Bad Boy Records.

As Judge, I will oversee the Continued rescheduling of the Homicide involving Cardello-Smith and Three Men at the Movie Theater where they attacked him and he was stabbed and he killed one, the goal is to ensure that no one does work or research for locating the actual Homicide File that Exonerates Cardello-Smith and Video of the three men attacking Cardello-Smith and his Female Companion in 1997 and will ensure that the Michigan Prison System has him listed for Multiple Sex Crimes that he did not do and then, I will "Correct" the Judgment of Sentence so that it will reflect Homicide and get him released upon completion of the agreement for all persons involved.

I agree to allow my $150,000.00 (One-Hundred fifty Thousand Dollars) remain within the control of Sean Combs-Bad Boy Records Owner and Founder for interest and silence on our Michigan Properties and LA Properties.

I Agree to Keep the Homicide file closed and not prosecute but to place Cardello-Smith in State Prison to protect his entire family and his money and he agrees to not speak abut the

1.

rape and beating upon him by Sean Combs and Sean Combs to Stop Sexually Abusing and Sexually Assaulting Young or Federal Charges and agrees to Stop Sexually Abusing Teenage Girls and Women and Boy and Men, and no long participate in Sexual Slavery.

All persons agree and swear to this on the date of September AUGUST 18, 1997 to uphold the full terms of this agreement that is Public and the 11 page agreement not made public.

*[signature]*      *[signature]*

8/8/97      *Clarence Lee Cardello Smith*

*Rebecca Rutherford* 8/8/97
Notary Public

Rebecca Rutherford
Notary Public - State of Michigan
County of Wayne
My Commission Expires 5-23-1998
Acting in the County of Wayne

2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs.

   Defendant,
_____/

Case No 5:24-12647

Hon. Judith Levy

PROOF OF SERVICE

i swear and declare that I mailed one copy of these pleadings to the Attorney of Record, David Fink at his address of record by First Class Mail on 12-22-24 with all postage paid in full for delivery to said persons.

Thank you,

12-22-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49

Derrick Lee Cardello-Smith<br>
#267009<br>
E.C. Brooks Correctional Facility<br>
2500 S. Sheridan Drive<br>
Muskegon, MI 49444<br>
<br>
12-22-24

Office of the Clerk
United States District Court
Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

    Re: Derrick Lee Cardello-Smith vs Sean Combs
    Case No 5:24-cv-12647

Dear Clerk:

Enclosed for filing in the above cause the following documents:
1. NOTICE OP SUBMISSION OF OFFER OF PROOF CONTRACTUAL AGREEMENT BETWEEN DEFENDANT SEAN COMBS, KYM L. WORTHY JUDGE) AND PLAINTIFF CARDELLO-SMITH AS TO THE RAPE OF PLAINTIFF BY DEFENDANT SEAN COMB AND THE COVER UP BY JUDGE KYM WORTHY, NOW WAYNE COUNTY PROSECUTOR NOTARIZED AND DATED JANUARY 3, 1997 BETWEEN ALL PARTIES OF KYM WORTHY, SEAN COMBS AND PLAINTIFF..
2. PROO OF SERVICE.

Please place this matter on the Court record and notify me when you have it docketed.

Thank you for your time in this matter.

*/s/ Derrick Lee Cardello-Smith*                                 12-22-24





**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-22-24
Case No 5:24-12647

GRAND RAPIDS MI 493
23 DEC 2024 PM 3 L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Management Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

48226-271839

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019

RECEIVED
DEC 23 2024
6:59 AM