UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE

DEC 27 2024

U.S DISTRICT COURT
EASTERN MiCHIGAN

DERRICK LEE CARDELLO-SMITH, #267009,
  Plaintiff,

Vs

SEAN COMBS,
_____/

Case No 24-12647
HONORABLE JUDITH E. LEVY

## NOTICE OF INTENT TO SEEK RESTRAINING ORDER AGAINST DAVID FINK-ATTORNEY FOR DEFENDANT COMBS TO STOP MR. FINK FROM THREATENING THIS PLAINTIFF ABOUT PLAINTIFFS ACCESS TO THE COURT FOR CASE FILINGS AGAINST DEFENDANT

   Please be advised that on 12-19-24, I, Derrick Lee Cardello-Smith had a Legal Visit with Mr. David Fink-Attorney for Defendant Sean Combs, at which time, this man stated that he would DO EVERYTHING HE CAN TO STOP ME FROM TELLING THE TRUTH AND FROM BEING ABLE TO GET THE TRUTH HEARD IN COURT ABOUT HIS CLIENT SEAN COMBS and that he does not want me to be able to FILE ANYTHING ELSE IN THE COURT BECAUSE THE TRUTH SHOULD NOT BE HEARD and that MR. FINK ONLY WANTS TO BE ABLE TO GET THE CASE DISMISSED WITHOUT ANY DAMAGE DONE TO HIS CLIENT ANYMORE.
   Mr. Fink has taken a unique step to say that he will be filing documents in this Court WITHIN THE NEXT FEW DAYS that will see to HAVE ME BE PREVENTED FROM GETTING THE TRUTH TOLD TO THIS COURT and that he would do so for his own hatred of me and NOT WANT THE TRUTH OF HIS CLIENT BEING HEARD ANYMORE BECAUSE HE "KNOWS HIS CLIENT IS GUILTY AND HE WILL SEE TO HAVE ME "RESTRICTED FROM FILING ANY DOCUMENTS AND HE HATES THE FACT THAT I AM BETTER THEN HE IS WHILE I AM IN PRISON...

This man should not be allowed to use his ATTORNEY STATUS TO MAKE THREATS FROM GETTING THE TRUTH HEARD AND TOLD.

I believe that he is going to be filing something in this court soon and it will be to silence me, BUT I WILL NOT BE SILENCED AND I WILL BE FILING OTHER DOCUMENTS VERIFYING HIS CLIENT IS A LIAR AND VERIFYING THAT THE PERSON OF KYM WORTHY COVERED UP THIS CRIME THAT WAS COMMITTED UPON ME.

I JUST NEED THE COURT TO KNOW WHAT HAPPENED.
Thank you for your time.

/s/ Derrick Lee Cardello-Smith
Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-19-24

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-19-24

Case No  24-cv-12647

GRAND RAPIDS MI 493
23 DEC 2024 PM 2 L

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019

RECEIVED
DEC 23 2024
6:59 AM