UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
JAN 0 2 2025
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,
   Plaintiff

Vs'

   Defendant,
_____/

Case No 5:24-12647
Hon. Judith levy

NOTICE OF SUBMISSION OF
PLAINTIFFS RECEIPT SHOWING $150,000.00 DEPOSIT BY PLAINTIFF INTO BAD BOY RECORD
FOR 49% PERCENT OF BAD BOY RECORDS IN 1997 ONLY TO BE PAID
IF DEFENDANT INVOLVED HIMSELF IN ANY FURTHER
STATE OR FEDERAL CRIMES AFTER RAPING PLAINTIFF

   Plaintiff hereby presents this Offer of Proof to verify and show that the Plaintiff did in fact invest $150,000.00 into bad boy records in 1997 and the terms of the agreement, which have been violated by the Defendant.
   This proof is what the Defendants Lawyer, David Fink and Erika Wolfe (Wolff) have been saying never happened, and in fact, it did happen in 1997 and the agreement shows that the Defendant and their lawyers have lied many many times.

   The Plaintiff has shown without any doubt the claims of this Plaintiff and that The Defendant worked with Now Prosecutor and then Judge Kym Worthy to cover up the crime committed upon this Plaintiff by Defendants and the document verifies that even though it is almost 30 years old, it is still a legally binding document which the Defendant has in fact violated by committing crimes and as such, it must be admitted into the record.

Thank you for your time in this matter.



(1)

Respectfully Yours, December 22, 2024

*signature*

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

(2)

# Bad Boy Records Label and Company

Recording Studios and Company
New York, New York 10019-524

## INVOICE

**TO:** Mr. Derrick Lee Cardello-Smith (Hospitality)
19246 Hoyt
Detroit, Michigan 48205

January 3, 1997   Transaction No. 97-1090108   Investment Business Service   Detroit, Michigan

| Purpose | Description | Investment | Total Amount |
|---|---|---|---|
| | Personal Investment of Monetary total into the Bad Boy Records Label, Corporation, Holdings, Developments, Artists, Records, Shares, Stocks, Future Projects, Real Estate, Properties, Homes, Contracts, Agents, Production, Film, Music, Art, Any Future Holdings, Items, Singers, Words, All Savings, Holdings, Checking and Financial Conducted in the Name is Sean Combs, In the name of Sean John Combs, attached to, with or a part of any entity, company, partnership, trade, or Ventures that are conducted in any way in the Name of Sean Combs or Bad Boy Records of the Name, Likeness, Image of Bad Boy Records, to Start in the Year of JANUARY 1997 through the Terms of JANUARY 2007, JANUARY 2017 and JANUARY 2027 for 10, 20 and ending of the 30 YEARS TIME, with the Moneys received from Citizen and Private Investor and Waiter/Person of DERRICK LEE CARDELLO-SMITH, of the City of Detroit and Employed at Fishbones in the City of Detroit, State of Michigan shall be allowed to WITHDRAW FROM THIS AGREEMENT AT 10 (TEN)--20(TWENTY) or 30(THIRTY) YEARS TIME and Sean Combs Agrees to Refrain from Any further State or Federal Criminal Behaviors & Derrick Lee Cardello-Smith will be entitled to the total of 49% (Forty-Nine) Percent) of all Holdings Gross, Net, worth of ALL BAD BOY RECORDS LABEL, INC., CORPORATION & HOLDINGS, and Release of Cardello-Smith from Bad Boy LLC | $150,000.00 | $150,000.00 |

Marcus Ashford
Notary Public-State of Michigan
County of Wayne
My Commission Expires on 7/19/1998
Acting in the County of Wayne

Derrick Lee Cardello Smith
1-3-97

**Terms:**

ABOVE

Sub Total   $150,000.00
Tax                  0.00
Recording Deal
Grand Total  $150,000.00

# CONTRACTUAL AGREEMENT BETWEEN KYM L. WORTHY (JUDGE) SEAN JOHN COMBS (ARTIST) & DERRICK LEE CARDELLO-SMITH WAITER-BARTENDER-HOSPITALITY)

## CORE AGREEMENT FACTORS

1. Sean Combs, Music Producer and Business Person and owner of BAD BOY RECORDS INCORPORATED AND CORPORATION will refrain from any State of Federal Criminal Activities from 1997 through 2027, as agreed in the 11 page multiple persons agreement to confidentiality with all persons present.

2. Derrick Lee Cardello-Smith, Waiter-Bartender-Hospitality Employee of Fishbones Kitchen in the Greektown Section of Detroit, does hereby agree to not follow through on the Physical or Sexual Assault committed upon His person in June 1997 at the Hotel in Adrian, Michigan and agrees to allow the Full Investment of his $150,000.00 to remain in Bad Boy Records Corporation for the 10 to 30 years as he agreed to with Mr. Combs in the Early Part of January 1997.

Cardello-Smith agrees to have the Murder Case of self-defense in which The Unnamed Assailant will in fact be vacated and removed from the court records by My Office and Staff and Cardello-Smith will instead be placed in prison for multiple Criminal Sexual Assault Charges by our female staff and Cardello-Smith will not Speak about the events of June 15, 1997 or June 16, 1997. Upon full compliance all Charges that will be removed and vacated upon the end of term agreement with all persons.

Cardello-Smith's Entire Family will continue to be protected and safe and will not be harmed by Sean Combs, The Detroit Police Department nor any member of our organization and he will remain in prison under Judgments Of Sentence from Harvey F. Tennen until the Agreements are fulfilled.

3. I, Kym L. Worthy, Judge of the Detroit Recorders Court and Former Assistant Prosecutor hereby agree to MAINTAIN THE RAPE KIT FROM CARDELLO-SMITH AND SEAN COMBS, CLOTHING, ALL MATERIAL, WITNESS STATEMENTS AND OTHER MATTERS During the period of Incarceration of Derrick Lee Cardello-Smith this Rape Kit will remain within my control apart from the other rape Kits that are in our Warehouse, it is to ensure that the Persons involved all hold our tongues and do our parts to remain cooperative with Mr. Combs and in the interest of our Organization and interest of other Wayne County Officials and Law Enforcement partners who have invested into Bad Boy Records.

As Judge, I will oversee the Continued rescheduling of the Homicide involving Cardello-Smith and Three Men at the Movie Theater where they attacked him and he was stabbed and he killed one, the goal is to ensure that no one does work or research for locating the actual Homicide File that Exonerates Cardello-Smith and Video of the three men attacking Cardello-Smith and his Female Companion in 1997 and will ensure that the Michigan Prison System has him listed for Multiple Sex Crimes that he did not do and then, I will "Correct" the Judgment of Sentence so that it will reflect Homicide and get him released upon completion of the agreement for all persons involved.

I agree to allow my $150,000.00 (One-Hundred fifty Thousand Dollars) remain within the control of Sean Combs-Bad Boy Records Owner and Founder for interest and silence on our Michigan Properties and LA Properties.

I Agree to Keep the Homicide file closed and not prosecute but to place Cardello-Smith in State Prison to protect his entire family and his money and he agrees to not speak abut the

1.

rape and beating upon her by Coah Epiphany and assaulting Young or Federal Charges and agrees to Stop Sexually Abusing and Sexually Assaulting Teenage Girls and Women and Boy and Men, and no long participate in Sexual Slavery.

All persons agree and swear to this on the date of September AUGUST 18, 1997 to uphold the full terms of this agreement that is Public and the 11 page agreement not made public.

_[signatures]_

8/3/97

Cornett Lee Cardello Smith

Rebecca Rutherford 8/3/97
Notary Public

Rebecca Rutherford
Notary Public - State of Michigan
County of Wayne
My Commission Expires 5-23-1998
Acting in the County of Wayne

2.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-23-24
Case No 5:24-12647

U.S. MARSHALS

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Management Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226



ZIP 49444
02 4W
0000386111DEC 23 2024
US POSTAGE $002.04