4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION




DERRICK LEE CARDELLO-SMITH,
Plaintiff

Case No 5:24-12647

Vs

Honorable Judith E. Levy

Defendant,
______________________/

NOTICE OF SUBMISSION OF 1997 CONTRACTUAL AGREEMENT BETWEEN SEAN COMBS, KYM WORTHY (JUDGE) (NOW WAYNE COUNTY PROSECUTOR) AND PLAINTIFF AGREEING TO THE 3 CORE TERMS AT THE HEART OF THE CASE AT BAR AS PROOF OF PLAINTIFFS CLAIMS

Plaintiff, Derrick Lee Cardello-Smith, hereby provides this Court with the Following documents:

1: 2 PAGE CONTRACTUAL AGREEMENT FROM 1997 WITH SEAN COMBS, KYM L. WORTHY AND PLAINTIFF.

2. IT CLEARLY DETAILS THE PLAINTIFF GOES TO PRISON FOR RAPES THAT WERE NOT COMMITTED BY PLAINTIFF, IT SHOWS THAT THE JUDGE KYM WORTHY KEPT THE RAPE KIT HERSELF AND IN HER OWN CUSTODY REGARDING DEFENDANTS SEXUAL ASSAULT OF PLAINTIFF BY DEFENDANT, it shows the cover-UP BY DEFENDANT ANDKYM L. WORTHY TO ENSURE THAT THE PLAINTIFF REMAINS IN CUSTODY ON RAPES THAT WERE NOT COMMITTED BY PLAINTIFF.

3. It shows that the Defendant and Kym Worthy hid the OriginalSelf-Defense Crime of Homicide that plaintiff originally came to prison for and they hid for many years to cover up the fact that these men targeted the Plaintiff and Plaintiff killed one and injured the remaining 2, and they implicated Sean combs and Kym Worthy.

4. This Contractual agreement shows that the Plaintiff has been ensuring



the protection of his family for the past 27 years, to ensure that Plaintiffs Mother and Sisters were safe.

This contractual agreement has been legally possessed by the plaintiff and the Defendant for decades and it is now in the custody of the Court.

Please place this Matter on the record.

Thank you.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

12-23-24

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Room 564
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v. Sean Combs
Case No 5:24-12647

Dear Clerk:

Enclosed for filing in the above cause are documents I am asking to be placed on the Court record.

1. Contractual Agreement between combs and Plaintiff from 1997.

2. 3 Person Agreement with Defendant, Kym Worthy and Plaintiff in1997 Notarized.

3. Proof of Service--bottom of Cover Letter.

Thank you for your time in this matter.

Respectfully Yours,

Derrick Lee Cardello-Smith




Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 12-23-24
Case No 5:24-12647

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Management Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

U.S. MARSHALS