UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE Lardello-Smith
  Plaintiff,

-v-                                    File # 24-12647
                                       Hon. Judith Levy
SEAN Combs,
  Defendant

_____/

## NOTICE OF INTENT TO FILE ~~AASE~~ ANSWERS TO THE Defendants Documents Served upon Plaintiff on 12-27-24 By U.S. Mail at the Prison.

Plaintiff Lardello-Smith, Hereby Notifies This Court That Plaintiff intends to File Responses to the Defendants Motions and Answers That were provided to the Plaintiff on 12-27-24 in the U.S. Mail at The Prison Plaintiff is Located at and states Responses will Be Filed to The Following Pleadings:

(1)

1- Defendants Reply Brief In Support of his Motion To Dismiss, 2- Defendants Response To Plaintiffs Motion For Permission To File An Interlocutory Appeal, 3- Defendants Motion For Sanctions- 4- Defendants Response In Opposition to Plaintiffs Motion For Leave To File Corrected, updated And timely Copy of THE Plaintiffs Answer To THE Defendants Motion To Dismiss.

Plaintiff was Provided all of the Above Papers and Pleadings on 12-27-24 and will Prepare the Responses to this Court— Please Expect them soon. As I have to use Prison Law Library and U.S. Mail For Delivery and Prep of My Documents.

Thank You,
Derrick Lee C. Smith
267009
2500 S. Sheridan Drive
Muskegon, MI 49226

Proof of Mailing
On 12-31-24 I mailed one copy of this to David Fink- By U.S. Mail To His Address.

D.L.C.S.

(2.)

Case 5:24-cv-12647-JEL-KGA ECF No. 84, PageID.1672 Filed 01/08/25 Page 3 of 3

GRAND RAPIDS MI 493
3 JAN 2025 PM 5 L

Clerk - U.S. District Court
Room 564
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit MI 48226

48226-271839

NAME: Derrick Lee Cardello-Smith
Number: #267009
Address: 2500 S. Sheridan Drive
Address: Muskegon MI 49444

Mailed on 12-31-24
5:24-1264 7

RECEIVED
JAN 03 2025
9 34 AM