UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff,
Vs
SEAN COMBS
   Defendant,
_____/

case No 5:24-12647
Hon. Judith Levy

PLAINTIFFS STATEMENT THAT THIS CASE IS SOLELY
ABOUT THE DEFENDANT RAPING THE PLAINTIFF AND
THE COVER-UP BY HIS ASSOCIATES TO HIDE
HIS RAPE OF PLAINTIFF AND NOT THE
BREACH OF CONTRACT COMPANION CASE OF 24-12737

  Please be advised that the Plaintiff submits to this court that there are currently 2 cases pending in this Courts Jurisdiction and only 1 was actually filed by the Plaintiff in this court.. The Court has this case right now because the Defendants brought it to deprive this Plaintiff of the Lower Court Justice that Plaintiff received for being raped by Defendant Combs, and then, Plaintiff filed the Other Breach of Contract because the amount of money involved was critical and the Defendant has in fact violated the terms of the Contract by interfering with my investment and yet, the Court may misinterpret the differing cases when This case before This Court is solely a RAPE CASE and that is what is before this court, and it was not brought by this Plaintiff, it was led here by the defendants.

  Therefore, Plaintiff asks this Court to review this case as a RAPE CASE CLAIM and COVER UP by named officials involved in the case.

Thank you for your time in this matter.

Respectfully Yours,

/s/ Derrick Lee Cardello-Smith

Mr. Derrick Lee Cardello-Smith
#267009
e.c. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

1-2-25



FILED
JAN 08 2025
CLERK'S OFFICE
DETROIT

GRAND RAPIDS MI 493
3 JAN 2025 PM 5 L

Clerk of the Court
United States District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

Mr. Derrick Lee Cardello-Smith
NAME: #267009
Number: E.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Address: Muskegon, MI 49444

Mailed on 1-2-25

Case #5:24-12647

48226-271639