UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Derrick Lee Cardello-Smith,

                Plaintiff,      Case No. 24-cv-12647

v.                                 Judith E. Levy
                                     United States District Judge
Sean Combs,

                                  Mag. Judge Kimberly G. Altman
                Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                              KINIKIA D. ESSIX
                                              CLERK OF THE COURT

                              By:   s/William Barkholz
                                             DEPUTY COURT CLERK

Date: January 22, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE