UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

JAN 2 3 2025

CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,#267009,
   Plaintiff,

Case No 5:24-12647

Vs

Hon. Judith Levy

SEAN COMBS,
   Defendant,

_____/

### PLAINTIFFS STATEMENT THAT DEFENDANT SEAN COMBS IS AN ADMITTED LIAR AND ON PUBLIC RECORD WHEN HE SAID THAT HE DID NOT BEAT CASSANDRA "CASSIE" VENTURA AND THEN VIDEO SHOWS HIM BEATING HER IN A HOTEL & HE ADMITTING HE BEAT HER ON VIDEO

    Plaintiff Derrick Lee Cardello-Smith hereby provides to this Court and States to this Court that the Defendants Lawyers are representing an admitted Liar, and a Proven Liar in Sean Combs, when he stated that he 'Did not beat Cassie" and then the video appear in which he did beat her and is seen beating her and then he himself comes out and says that he beat her.

    These are the Statements and actions of a Liar and a Person who has a history of Prior Admissions should be taken for that which he is, a LIAR and he stated that he did not rape this Plaintiff is another LIE and as such, he should be taken for his word, that of a LIAR as this Plaintiff is

1

directly accusing him of being, a LIAR and using his own words as support for his lies, and when he denies that he raped this Plaintiff, it is all based on LIES and he knows it and his lawyers know it, but they are only concerned with making money to represent their client, they know he is lying and he is a liar and they know he beat Cassie and he Raped me, and he should pay for this act and his actions, all the way around.

I directly state that Sean Combs is a Liar and he lied on this Plaintiff and he Lied on Cassie and he is always going to lie and so are his lawyers, they are paid liars for bringing this case to to Federal Court and should be treated as such, LIAR as they are and as he is.

Thank you for your time in this statement.

12-27-24

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Daniel Lee Lardello-Smith
#2267009
E.C. Brooks Corr. Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 1-2-25

Clerks of The Court
U.S. District Court
Theodore Levin U.S. Courthouse
Case Processing Section
231 W. Lafayette Blvd — Room 564
Detroit, MI 48226



US POSTAGE <!--PITNEY BOWES-->

ZIP 49444 $ 002.87°
02 4W
0000386111 JAN 07 2025