UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

_vs                                                        Case # 5:24-12647

SEAN COMBS,                                                Hon. Judith E. Levy
    Defendant,
_____/

PLAINTIFFS SUBMISSION OF AFFIDAVIT VERIFYING
BUSINESS TRANSACTION OF SEAN COMBS AND PLAINTIFF
DERRICK LEE CARDELLO-SMITH DID IN FACT TAKE PLACE IN
JANUARY 1997 AND LEGALLY BINDING TRANSACTION OF BOTH PARTIES
WHERE PLAINTIFF PROVIDED SEAN COMBS WITH $150,000.00 IN
EXCHANGE FOR 49% (FORTY-NINE PERCENT) OF BAD BOY RECORDS

    Plaintiff Cardello-Smith hereby submits to this Court the New Notarized Affidavit of MARCUS ASHFORD verifying and confirming that he oversaw and witnessed the JANUARY 3, 1997 TRANSACTION OF Plaintiff Cardello-Smith and Sean Combs.

    Plaintiff submits this affidavit as proof of the Parties History and Actions in this matter and RXXXXXXXXX Plaintiff Intends to call Marcus Ashford to the Stand if this Court will allow this matter to proceed to trial and plaintiff asks this Court to enter this matter on the record.

Thank you for your time.

_/s/ Derrick Lee C. Smith_                                  1-16-25
Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444


FILED
CLERK'S OFFICE

JAN 24 2025

U.S DISTRICT COURT
EASTERN MICHIGAN

State of Michigan)
                 )ss
County of Wayne  )

## AFFIDAVIT OF MARCUS ASHFORD

I swear and declare that on Janaury 3, 1997, I witnessed a Business transaction between the following persons:
MR. DERRICK LEE CARDELLO-SMITH
and
MR. SEAN JOHN COMBS

1. the purpose of my involvement was to confirm and make a Legal transaction of the terms of $150,000.00 to be given to MR. SEAN JOHN COMBS by MR. DERRICK LEE CARDELLO-SMITH.

2. the person of MR. SEAN COMBS agreed to GRANT the person of MR. DERRICK LEE CARDELLO-SMITH a total of 49% (Forty-Nine Percent) towards ALL FUTURE HOLDINGS OF BAD BOY RECORDS and ventures detailed within the JANUARY 3, 1997 agreement for TRANSACTION NO 97-1090108 and this transaction was in fact a LEGAL CONTRACT-FINANCIAL AGREEMENT and TRANSACTION to take place from JANUARY 3, 1997 throuighout JANUARY 1, 2027 (JANUARY 3, 1997 throughout JANUARY 1, 2027) and I attended and oversaw this meeting of 10 young men with Mr. Cardello-Smith being one who sought a receipt for said agreement and I will in fact appear to testify to the INVOICE signed by SEAN COMBS and DERRICK LEE CARDELLO-SMITH for the terms that both parties agreed upon and I can and will attest that this agreement did take place and it is real and legal and is a TRUE DOCUMENT that I witnessed and Made Legally Binding and I will testify truthfully to Notarizing the Document that is Submitted on the Court Docket and Record in the State and in the Federal Court.

## AFFIRMATION

I swaer and declare that the agreement with all persons named and the events herein above did take place and are true real and accurate and I will attest to these events in a Court of Law.

_____
Marcus Ashford-Witness

01-14-25
DATED

[Notary stamp: SEAN D. FLEMING, Notary Public-State of Michigan, County of Oakland, My Commission Expires June 8, 2029, Acting in the County of Wayne, 1-14-25]

Derrick Lee Cardello-Smith #267009c
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

1-16-25

Office of the Clerk
Case Processing E
US District Court
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith
File # 5:24-12647

Dear Clerk:

Enclosed for the above case, find the following document

1. AFFIDAVIT OF MARCUS ASHFORD VERYFYING THE JANUARY 1997 BUSINESS TRANSACTION OF SEAN COMBS AND CARDELLO-SMITH WHERE THE PLAINTIFF GAVE DEFENDANT $150,000.00 IN EXCAHNGE FOR $49% OF THE BAD BOYS RECORD LABEL.

Thank you for your time in this matter.

Derrick Lee Cardello-Smith

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 1-16-25

Case #5:24-12647



GRAND RAPIDS MI 493
17 JAN 2025 PM 6 L

Clerk of the Court
United States District COurt
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

48226-271839