POOR QUALITY ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff,

Vs

SEAN COMBS
   Defendant,
_____/

FILED
CLERK'S OFFICE

JAN 3 1 2025

U.S. DISTRICT COURT
EASTERN MICHIGAN

Case No 24-12647

Honorable Judith E. Levy

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Derrick Lee Cardello-Smith seeks Leave to File an Amended Complaint and states the factors contained within the Motion for Leave to File the Amended Complaint and seeks said relief sought in the attached motion.

Thank you for your time.

*/s/ Derrick Lee Cardello-Smith*
Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff,

Vs                                                     Case No 24-12647

SEAN COMBS                                Honorable Judith E. Levy
   Defendant,
_____/

## PROOF OF SERVICE

I swear and declare that on January 15, 2025, I mailed one copy of this pleading to the defendants at their address of record by means of US Mail with all postage paid in full.

Thank you.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009-C-608
**Address:** E.C. Brooks Correctional Facility
**Address:** 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 1-15-25
Case No 25-12647



GRAND RAPIDS MI 493
27 JAN 2025 PM 3 L
U.S. MARSHALS

Office of the Clerk
United States District Court
Case Processing Section-Room 564
Theodore Levin US Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

48226-277758