UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff,

Vs

SEAN COMBS
   Defendant,
_____/

FILED
CLERK'S OFFICE
JAN 3 1 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

Case No 24-12647

Honorable Judith E. Levy

MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Derrick Lee Cardello-Smith, in the above cause and hereby moves this Court to allow the Plaintiff to AMEND THE COMPLAINT and states the following factors as grounds detailing why the Complaint should be Amended.

1. The Plaintiff has recently been treated through the Michigan Department of Corrections Mental Health Care Program.
2. Plaintiff has discovered many different acts committed upon the plaintiff by the defendant, not just through the Initial June 1997 Sexual Assault, but others.
3. Plaintiff has been given the Therapy to Discover these Factors and it was done through extensive psychological therapy that recently has been diagnosed by the Therapist, Psychiatrist after years of sessions in the MDOC.
4. Plaintiff has been finally Cured of the Insanity that occurred as a result of the Attacks by Defendant Combs and through said Counseling, and other factors, Plaintiff has in fact been able to have Stability to these actions, that result in this plaintiff having to seek an amended complaint in this court.
5. Plaintiff has been provided with documentation that shows the defendants have in fact fraudulently concealed the Other sexual assaults and actions that will be described within the amended complaint and it requires this Plaintiff to bring this Courts attention to the amended Complaint.
6. Plaintiff States that the Defendants have Adamently Stated many times that the 'Defendant has Not been Served the Complaint" See every document they filed in this court, and since the Complaint has 'not been Served' then the Plaintiff enjoys the Respectful Request of asking this Court to GRANT THE PLAINTIFF ONE OPPORTUNITY TO AMEND THE COMPLAINT.
7. the Court has not rendered a decision in this matter as of today, and it will in no way effect the outcome of the case by allowing this Plaintiff the opportunity to Amend the Complaint, and based on the grounds contained within the newly discovered issues, plaintiff in fact can provide the meeting of the Statute of Limitations and will base it on DISCOVERY AND INSANITY BEING CURED as well as THE RETALIATORY THREATS BEING MADE AS A BASIS FOR THIS PLAINTIFF NOT BEING ABLE TO FILE THE COMPLAINT PRIOR TO DEFENDANT COMBS HOME BEING RAIDED.

As such, plaintiff will also mail to the Court the Actual Amended Complaint this Plaintiff wishes to file in this court wen Plaintiff can attend the Law Library to make it happen, as an initial matter, Plaintiff is mailing this to this Court to notify the Court of the Plaintiffs Recent Therapy And Psychiatric Success with being


(1)

Cured of the Insanity that has led to the discovery of the rape and Other Acts committed upon this Plaintiff by Defendant and the MDOC's Bureau of Mental Health Care will in fact Support this finding as it was JUST DIAGNOSED ON TUESDAY JANUARY 14, 2025 resulting in the action now being taken by this Plaintiff on the Motion to Amend the Complaint.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this court will allow the Plaintiff under Federal Rules of Civil Procedure the opportunity to AMEND THE COMPLAINT based on the reasons set herein and in the forthcoming Complaint, if Leave is Granted in this matter, and any other relief it deems necessary and appropriate.

Thank you for your time in this matter.

*[signature]*

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

(2)

#267009-C-608

Derrick Lee Cardello-Smith
#267009-C-608
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

January 15, 2025

Office of the Clerk
United States District Court
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v. Sean Combs
Case No 24-12647

Dear Clerk:

Enclosed for filing in the above cause, please find the following documents for placement on Judge Judith Levy's Docket.

1. Motion for Leave to File a Motion to Amend Complaint
2. Motion to Amend Complaint
3. Proof of Service
4. Invocation of the Prison MailBox Rule.

Thank you for your time in this matter.

respectfully Yours,

Derrick Lee Cardello-Smith

NOTICE OF MAILBOX RULE FILING
AND THREATS BY P.C. JONES and OFFICER FIERRO TO DELAY LEGAL MAIL

Plaintiff Derrick Lee Cardello-Smith hereby invokes the MAILBOX RULE as that the Plaintiff is mailing the MOTION TO AMEND by US Mail and submitting in the prison outgoing legal mail system of the Prison Mail Box and plaintiff states that this is Done to Ensure the Court gets it on time and that Officers Fierro & Jones have stated that they will DELAY and WITHHOLD Mail from getting to the court PRIOR TO TRANSFERRING ME OUT OF E.C. BROOKS CORRECTIONAL FACILITY or having RUM BREIGHE (BREIGE) or R. MARTIN, C. KING, D. MILLER and other Staff transfer me out within the next 2 weeks while they BRING A PRISONER INTO LRF WHO NEEDS PROTECTION and they can then LEGALLY INTERFERE WITH MY MANY COURT CASES..So I am making this Court aware that I am placing this in the US Mail and it is considered FILED on this date of January 15, 2025 and it must be considered by the court prior to any further actions by either party.
Thank you. Derrick Lee Cardello-Smith

267009
1-15-25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
   Plaintiff,

Vs

Case No 24-12647

SEAN COMBS
   Defendant,
_____/

Honorable Judith E. Levy

PROOF OF SERVICE

I swear and declare that on January 15, 2025, I mailed one copy of this pleading to the defendants at their address of record by means of US Mail with all postage paid in full.

Thank you.

Mr. Derrick Lee Cardello-Smith
#267009
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444




NAME: Mr. Darrick Lee Cardello-Smith
Number: #267009-C-608
Address: L.C. Brooks Correctional Facility
Address: 2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 1-15-25
Case No 25-12647

GRAND RAPIDS MI 493
27 JAN 2025 PM 3 L
U.S. MARSHALS

Office of the Clerk
United States District Court
Case Processing Section-Room 564
Theodore Levin US Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

48226-277758