

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

FEB 1 2 2025

CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

Vs

SEAN COMBS,
    Defendant,
_____/

Case No 24-12647
Honorable Judith E. Levy

### PLAINTIFFS NOTICE OF INTENT TO FILE
### A MOTION TO ALTER AND/OR AMEND THE JUDGMENT
### AND MOTION FOR RECONSIDERATION OF THE
### COURTS JANUARY 22, 2025 ORDERS

   Please take notice that the Plaintiff Derrick Lee Cardello-Smith will in fact
file a MOTION FOR RECONSIDERATION AND ALTER/AMEND THE JUDGMENT that his court
entered on January 22, 2025 in the above case because there are still many
unresolved motions that are on the court record and unresolved issues this
Court has left without being adjudicated.

I have received this Courts Order entered on January 22, 2025 in the US mail on
the date of January 31, 2025 and there are many factors that have been
unresolved in this case and as a result, I am going to be filing the necessary
documents as I am allowed to within the allotted Federal Rules of Civil
Procedure.

   3. Please place this Notice of Intent to File a Motion to Alter/Amend the
Judgement and A Motion for Reconsideration within the time limits allowed under
Federal Rules of Civil Procedure.

Thank you for your time in this matter..

Respectfully Yours,                                          2-4-25

Mr. Derrick Lee Cardello-Smith
#267009
Ionia bellamy Creek Corretcional Facility
1722 W. Bluewater Highwey
Ionia, MI 48846

(1)

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

February 4, 2025

Office of the Clerk
US District Court
Theodore Levin US Courthouse
231 W. Lafayette blvd-Room 564
Detroit, MI 48226

   Re: Derrick Lee Cardello-Smith vs. Sean Combs
     Case No 24-12647

Dear Clerk-
Enclosed for filing in the above cause, the Plaintiffs Notice of Intent to file a
Motion to Alter/Amend the January 22, 2024 Order Granting the Defendants Motion to
Dismiss.

Please place this matter on the court docket.

Respectfully Yours,

Derrick Lee Cardello-Smith

NAME: Mr. Derrick Lea Cardello-Smith
#267009-7-105T
Number: Ionia Bellamy Creek Correctional Facility
Address: 1727 W. Bluewater Highway
Address 1727 W. Bluewater Highway
Ionia, MI 48846

Mailed on 2-4-25

Case #24-1264-7

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

48226382718 C052

GRAND RAPIDS MI 493

5 FEB 2025   PM 5  L

★ U S A ★ F O R E V E R ★

Office of the Clerk
United States District Court
Theodore Levin US Courthouse-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

