(5)



POOR QUALITY ORIGINAL



FILED
FEB 27 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

vs                                                  Case no 24-12647

SEAN COMBS,                                         Honorable Juith E. Levy
    Defendant,
_____/

### PLAINTIFFS MOTION FOR A PROHIBITORY INJUNCTION TO ENJOIN DEFENDANT SEAN COMBS AND PRESIDENT DONALD J. TRUMP FROM ISSUING A PARDON OR COMMUTATION TO THE DEFENDANT FOR THE $50,000,000.00 (FIFTY-MILLION DOLLARS) BEING NEGOTIATED AS THE PLAINTIFF IS IN PRISON BECAUSE OF DEAN COMBS AND IF PLAINTIFF CANNOT BE RELEASED THEN NEITHER SHOULD THE DEFENDANT BE RELEASED FROM FEDERAL CUSTODY EITHER

   Plaintiff Cardello-Smith hereby now brings this Motion for a PROHIBITORY INJUNCTION to stop all current negotiations between the Defendant and President Donald J Trump and in which the Defendant and Mr. Trump are literally preparing to have the Department of Justice Dismiss the Charges and/or Have the Defendant be issued a Full Pardon and/or Commutation by the President and in exchange for it, the following is taking place.
   1. The Defendant Sean Combs, through his Criminal Attorney Mark Agifilo, and the parties of Steven Bannon, and Rudy Guiliani, and Kym L. Worthy, have agreed to conduct the hearings and negotiations for the Pardon and/or Commutation being issued.
   2. Defendant Sean Combs has agreed in October and November to Drop his Motion for Bail.
   3. To no longer seek to be released on bail for the Fifty Million Dollars that he sought for the Bail and in fact to Use that Fifty Million Dollars to Give it directly to Donald J Trump, President of the United States, through Multiple Parties and Persons, and Most dircetly, Mark Agifilo, Rudy Guliani, Steve Bannon and Ky. L. Worthy.
   4  Plaintiff states that the Defendant did in fact violate this Plaintiffs Civil Rights, when he raped this Plaintiff and he went even further when he had the Wayne County Prosecutor Cover up the Sexual Assault of this Plaintiff and Place the Plaintiff in state prison for Crimes that the Plaintiff did not do.
   5  Plaintiff states that he is now using his Money to literally PURCHASE A COMMUTATION AND OR PARDON to HELP HIMSELF YET AGAIN ESCAPE JUSTICE.
   5  Plaintiff states that if the Plaintiff cannot be released from State Prison because of Defendants Role with others Played in getting the Plaintiff placed in Prison, then the Defendant should not be allowed to further Obstruct Justice by buying his way out--IF SEAN COMBS WANTS OUT OF PRISON, THEN HE SHOULD BE FORCED TO ADMIT HIS ROLE IN PLACING THIS PLAINTIFF IN PRISON FOR CRIMES THE PLAINTIFF DID NOT DO.
   6. Plaintiff further states that he has already used his money once before to Obstruct Justice when he Paid a Juror to Find him Not Guilty at his Trial in New

1

York, and he is astonishingly doing it again, and if there is no barrier in place now, he will succeed in it agian.

7. Plaintiff states that a prohibitory injunction will in fact ensure that this does not take place by allowing the President to use his Executive Clemency Powers under to help the Defendant, especially by paying money for it, this is the perfect definition of Quid Pro Quo.

8. Plaintiff states that the Defendant has been working steadfastly with Mr. Trump on getting this done and it is an action that should not be allowed to continue to take place because it completely violates this Plaintiffs Due Process Rights and most certainly, IT IS NOT AN OFFICIAL ACT, and as that it is not an official act, it should not be allowed to proceed further

9 Plaintiff States that the Power to Commute Sentences and the Power to Direct the U.S. Department of Justice to Order the U.S Attorney for the Southern District of New York to Dismiss the Criminal Charges is Solely within the Power of the President and is an Official Act.

9 However, Paying for that to be done is an UNOFFICIAL ACT, and it should not be allowed to proceed any further, and the Court has the full authority and jurisdiction to issue a PROHIBITORY INJUNCTION TO ENJOIN THE DEFENDANT AND HIS ASSOCIATES AND THE PRESIDENT OF THE UNITED STATES FROM ACTING ON THIS PROCEDURE.

10 Plaintiff states that the Defendant Placed this Plaintiff in state Prison to get the Plaintiff out of the Way, and he is trying to escape his responsibilities at this time by getting the Office of the resident of the United States Donald Trump to Dismiss the Charges and that itself is a Serious Offense and can be and will be supported by the documents and testimony to be offered, if this Court grants the Temporary Prohibitory Injunction from happening and proceeding.

11. Plaintiff was placed in prison by Corrupt Wayne County Officials working Directly for Defendant Sean Combs, as has been admitted to in the Affidavit of Assistant Wayne County Prosecutor Suzette Samuels, and her employer Kym L. Worthy for the purpose of Covering up this Plaintiffs Rape by the Defendant Sean Combs and the Breach of Contract Claim that his Plaintiff has a Legal Right to Acquire 49% of All Holdings of Sean Combs LLC, bad Boy Records LLC and Plaintiff states that the Defendant did this act of placing the Plaintiff in State Prison by having His Own Sex Trafficking Victims Lie and Say that this Plaintiff Sexually Assaulted hem and did so to keep this Plaintiff Quiet and cover up the rape that Sean Combs Did upon the Plaintiff.

Plaintiff therefore states that there is no basis for the Continuing Continuation of the Transactional Process and to ensure that Mr. Donald J. Trump does not exercise his Clemency Power of the Executive to help Defendant Sean Combs Avoid Justice by Paying the fifty Million Dollars he intends to pay for this matter and to help further his criminal activity of Killing People and Framing this Plaintiff and buying off Prosecutors and Jurors the way he has always done and has done in this case.

Plaintiff states that IF THE PLAINTIFF HAD TO REMAIN IN CUSTODY FOR CRIMES THAT THE PLAINTIFF DID NOT DO BY HAVING HIS EMPLOYEES THE WAYNE COUNTY PROSECUTOR AND DETROIT POLICE DEPARTMENT FOLLOW HIS ORDERS, THEN HE SHOULD NOT BE ALLOWED TO GET OUT BY PAYING HIS WAY OUT.

this is very simple, the Prohibitory Injunction will allow the True Aspect of Justice to play out in New York and not have it be usurped, the way it has been with Mayor Eric Adams and the DOJ's actions in making sure that the Charges are dropped on a case where they could get conviction, and as is being sought to be done, in Defendant Sean Combs ase, where they most assuredly will get MULTIPLE CONVICTIONS unless, Sean Combs is allowed to BY HIS WAY OUT OF IT, the WAY HE

BOUGHT THE CONVICTION OF THIS PLAINTIFF for Crimes the Plaintiff did not do, and a Prohibitory Injunction will in fact ensure that it does not proceed any further and this Plaintiffs Due Process Rights are not Further violated by the Defendants actions yet again, and it will ensure that Justice is meted out fairly and effectively in Court, most importantly, WHILE THIS CASE GOES THROUGH THE APPELLATE PROCESS DIRECTLY SEEKING RELIEF FROM THIS DISTRICT COURTS DENIALS OF THE CLAIMS PRESENTED BY PLAINTIFF

## RELIEF SOUGHT

Wherefore, Plaintiff prays this Court will GRANT A PROHIBITORY INJUNCTION TO ENJOIN THE DEFENDANT SEAN COMBS and PRESIDENT DONALD J. TRUMP FROM ORDERING THE DEPARTMENT OF JUSTICE FROM DISMISSING THE CRIMINAL CHARGES, CONDUCTING A COMMUTATION, OR GRANTING A PARDON AND STOPPING ALL FINANCIAL TRANSACTIONS OF THE DEFENDANT SEEKING TO PURCHASE HIS FREEDOM FROM PRESIDENT DONALD J. TRUMP, and grant any further relief this courts deems necessary and appropriate.

Respectfully Yours,                                              2-2?-25

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

3.

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

02-23-25

Office of the Clerk
United States District Court
Case Processing Section
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

    re: Derrick Lee Cardello-Smith v. Sean Combs
    Case No 24-12647

Dear Clerk:

    enclosed for processing in the above case, the documents I am asking are placed on the Court record in this case

Proof of Service has been made by placing the pleadings in the US mail on the dater of this Matter

Thank you for your time

Respectfully Yours,

Mr Derrick Lee Cardello-Smith

NAME: Mr. Derrick Lee Gardello-Smith
Number: #267009
Address: Ionia Bellamy Creek Correctional Facility
Address: 1727 W. Bluewater Highway
Ionia, MI 48846

mailed on 2-23-25
Case 24-12647

48226-271839

GRAND RAPIDS MI 493
24 FEB 2025 PM 2 L

U.S. MARSHAL Detroit

Clerk of the court
U.S. District Court-Eastern
Case Processing Section-Room 564
231 Lafayette blvd
Detroit, MI 48226