UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

vs

SEAN COMBS,
    Defendant,
_____/

FILED
FEB 27 2025
CLERK'S OFFICE
DETROIT

Case no 24-12647

HONORABLE Judith E. Levy

PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION
AND ORDER TO STAY ENFORCEMENT OF THE JUDGEMENT
OF THE DISTRICT COURT WHILE PLAINTIFF AND COURT
RESOLVES THE ISSUES OF THE AMENDED COMPLAINT FILING

Now comes the Plaintiff, Dxerrick Lee Cardello-Smith in the above cause in hereby move sthis Court to Stay Enforcement of the District Court's Order denying the Plaintiffs Motion to Amend and Submits the following factors as to why the Court should enter said order of the court denying the Motion to amend and states the following factors.

1. This Court has said that the Plaintiff has failed to Properly Send the Proposed Amended Complaint.

2. Plaintiff did mail it under separate cover by placing it in the US Mail.

3. Plaintiff has received information that staff at the Ernest C. Brooks Correctional facility has intentionally withheld that mail and stopped it from getting to the Court.

4. Plaintiff did place it in the hands of the MDOC Prison staff for mailing to this Court and it was intercepted by the staff at LRF/Ernest C. Brooks.

5. Plaintiff still maintains that the issue of being transferred from the Facility and other events resulted in the mailing it it being thwarted by the MDOC and it should not be held against this Plaintiff.

6. Plaintiff will present the factors to this Court in the Amended complaint


(1)

and asks for this Court to Stay the Enforcement of said Order denying the Plaintiffs motion to Amend and will detail it upon this Court receiving the Proposed Amended motion.

7. Plaintiff was the victim of Officer Juan Fierro, Officer Kyle Nuttall, Officer B. Jones, and Officer J. Fager intentionally taking this plaintiff out of the LRF Prison facility in Muskegon and not allowing the Plaintiff to secure his own typewriter and legal documents for this transfer and these men each interfered with this Plaintiffs access to this Court Simply 'Because they could" and 'Because Plaintiff Sued these officers in another legal matter.

8. Plaintiff submits to this Court that the MDOC has violated this Plaintiffs ability and right to present all claims to this Court and they have stated that they will only allow the Release of the Amended Complaint upon the Court Ordering them to release it.

10. this leaves Plaintiff with no choice except to process this Matter here and to present the original amended complaint for the grounds stated within it

11. Plaintiff also states that the Plaintiff has been apprised of other factors since the filing of the Motion to Amend the Complaint in way of the Assistant Wayne County Prosecutor Suzette Samuels has admitted that she has in fact worked for Kym Worthy and directly for Sean Combs and admitted to actions that support this Plaintiffs original claims of a cover up to hide the Plaintiffs Sexual Assault by the defendant Sean Combs, and this is admitted by way of an affidavit that this Plaintiff was provided with from Attorney Samuels and has been mailed to this court by the Plaintiff.

12. This Affidavit was mailed by the Plaintiff to this Court and it has also been E-Filed to the Court by Assistant Prosecutor Suzette Samuels and it should be on the court record and it greatly affects the outcomes of this entire court proceeding.

13. Plaintiff states that this court has had fraud committed upon it by the Defendant and Plaintiff is correct when plaintiff stated that rape and cover-up occurred and the Affidavit supports it because it shows the FULL DETAILED REACH OF DEFENDANT SEAN COMBS and it shows the full authority and crimes that have been committed by the Defendant upon this Plaintiff and his allies involved it it.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this Court stays Enforcement of the Motion to Amend



Complaint, and grant any further relief it deems necessary and appropriate.

Respectfully Yours,

*[signature]*　　　　　　　　　　　　　　　　　　　　　　2-22-25

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, MI 48846

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

2-23-25

Office of the Clerk
United States District Court
Case Processing Section
theodore Levin US Courthouse
231 W. Lafayette blvd
Detroit, MI 48226

re: Derrick Lee Cardello-Smith v. Sean Combs
Case No 24-12647

Dear Clerk:

Enclosed for processing in the above case, the documents I am asking are placed on the Court record in this case.

Proof of Service has been made by placing the pleadings in the US mail on the dater of this Matter.

Thank you for your time.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** Ionia Bellamy Creek Correctional Facility
**Address:** 1727 W. Bluewater Highway
Ionia, MI 48846

mailed on 2-23-25
Case 24-12647

GRAND RAPIDS MI 493
24 FEB 2025 PM 1 L

U.S. MARSHALS

48226-271639

Clerk of the court
U.S. District Court-Eastern
Case Processing Section-Room 564
231 W. Lafayette blvd
Detroit, MI 48226

USA ★ FOREVER