UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
     Plaintiff,

vs                                                                Case no 24-12647

SEAN COMBS,                                             HONORABLE JUDITH E. LEVY
     Defendant,
_____/

PLAINTIFFS SUBMISSION OF AFFIDAVIT OF SEX TRAFFICKING VICTIM
ANDREA BOMARITTO FORCED TO FILE A FALSE
RAPE CHARGE ON PLAINTIFF TO GET PLAINTIFF OUT
OF THE WAY FOR SEAN COMBS CRIMINAL ENTERPRISE
TO CONTINUE OPERATING IN DETROIT, MICHIGAN

    Now comes the Plaintiff Derrick Lee Cardello-Smith in the above cause and hereby submits this Affidavit of Andrea Bomaritto admitting to being a sex trafficking victim of Sean Combs to lie and get Plaintiff Cardello-Smith out of the way for the Continued Operations of the Defendant Sean Combs Criminal Enterprise operating in Detroit, MI by bringing a false rape charge against Plaintiff.

Thank you

*[signature]*
Derrick Lee Cardello-Smith
#267009
IBC-1727 W. Bluewater highway
Ionia, MI 48846

2-20-25

FILED
MAR 0 4 2025
CLERK'S OFFICE
DETROIT

State of Michigan)
                 )ss
County of Oakland

## AFFIDAVIT OF ANDREA BOMARITTO
## AS TO MY FALSE CHARGE OF RAPE ON ORDERS OF SEAN COMBS

My name is Andrea Bomaritto. I state the following is true and I will attest to them in an open court of law be it criminal or civil:

1. I am the Criminal Complainant in the Case of People of the State of Michigan vs Derrick Lee Cardello-Smith, 2008-000639-01-FC.

2. I state that I provided testimony that is in fact false.

3. I Lied under oath in the 36th District Court and in the Wayne County Circuit Court when I said that Derrick Lee Cardello-Smith #267009 Kidnapped me and Sexually Assaulted me.

3. The purpose of my false testimony in January 2008 and June 2008 is because--A. I was paid by Suzette Samuels, assistant Prosecutor for Wayne County to Lie, B--I was paid $10,000.00 To say Cardello-Smith Kidnaped and raped me, C--I was given this Money from Kym l. Worthy, Wayne County Prosecutor, David Cobb, Sgt. Detroit Police Department.

4. I worked directly for Sean Combs of Bad Boy Records and I was actually a Young Victim of Sean Combs and he sexually assaulted me used me sexually for trade with other officials in Detroit, Michigan and throughout other counties in Michigan and Forced me to lie and say that Derrick Lee Cardello-Smith Sexually Assaulted me when he did not.

5. Suzette Samuels, and Kym l. Worthy of the Wayne county Prosecutors Office paid me to Lie and paid my Sister to lie and say that Derrick Lee Cardello-Smith Sexually Assaulted us both and each individually when this is not true and is based on a terrible amount of lies. I will speak this truth because he is innocent and should not be in prison.

6. I was paid directly by Sean combs of Bad boy Records in November 2007 to bring false Rape Charges against Co-Bad Boy and Bartender Derrick lee Cardello-Smith #267009 and It was on orders of Sean Combs, Kym l. Worthy. the Chief Wayne County Prosecutor, Suzette Samuels, Assistant Wayne County Prosecutor, and many other officials in Law Enforcement throughout the Red Parts of Detroit

7. The purpose for this false charge by me, was to Get Derrick out of the Way of Sean Combs, David Cobb, Kym Worthy, and other people because Derrick refused to Commit a Murder for David Cobb, and he actually saved my sister and I and another lady that night.

Mrs. Andrea Bomaritto
13157 Rosedale Street
Southgate, MI 48195
Tel (586)-754-8759
A.Bomaritto.@G.Mail

[Notary stamp: SEAN D. FLEMING, Notary Public-State of Michigan, County of Oakland, My Commission Expires June 8, 2029, Acting in the County of Oakland]

On February 17, 2025, Andrea Bomaritto, did appear before and being deposed and Sworn to the above.

Notary Public   02-17-2025

Derrick Lee Cardello Smith
#267009-7-105 TOP
IBC - 1727 W. Bluewater Highway
Ionia, MI 48846

Clerk - U.S. District Court                    2/28/24
231 W. Lafayette Blvd
Room 564
Detroit, Michigan 48226
RE: Derrick Lee Cardello Smith - v - Sean Combs
     Case 24-12647

Dear Clerk -
— Enclosed are Documents I ask to
— Be Placed on The Court Docket -

Thank You -

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

Mailed on 2-28-25
Case 24-12647

RECEIVED
MAR - 4 2025
CLERKS OFFICE
DETROIT

GRAND RAPIDS MI 493
27 FEB 2025 PM 2 L

Clerk of the Court
U.S. District Court-Eastern
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

4822632794 0052