FILED
MAR - 4 2025
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

vs

SEAN COMBS,
    Defendant,
_____/

POOR QUALITY ORIGINAL

Case no 24-12647

HONORABLE Judith E. Levy

## PLAINTIFFS STATEMENT THAT THESE EVENTS ARE TRUE AND IS NOT A FRIVOLOUS CLAIM AND NOT IN VIOLATION OF ANY COURT ORDER OR WARNING AGAINST THE PLAINTIFF AS THAT IT CAN ALL BE PROVEN BY TESTIMONY AND WITNESSES UPON THIS COURTS CHOOSING

Plaintiff hereby states the following:
1  Defendants Lawyers and Defendant Sought Sanctions against this Plaintiff.
2  Plaintiff received this Courts Instructions to not file any frivolous documents
3  Plaintiff has complied and will comply with this Courts orders and warnings.
4  Plaintiff has not filed anything frivolous.
5  Plaintiff states that the claims within are true and real, and cannot be disputed by the Defendants because the Plaintiff has witnesses and documents to support it.
6  Plaintiff offers the Court the Sworn Affidavit of Assistant Wayne County Prosecutor Suzette Samuels herself, stating that  She Works for Sean Combs" that "She prosecuted the Plaintiff on orders of Sean Combs, , She Did it on Orders of "Kym Worthy", "She Did it help Cover up the Rape of this Plaintiff by Defendant Sean Combs", "The Sexual Assault Victims in my Criminal Case are in fact Sexual Assault Victims of Sean Combs who testified Falsely that Plaintiff raped them", That "Sean Combs ordered me to be placed in prison to Cover-Up the Personal Injury Claims sought by the Plaintiff against Defendant" and that "Plaintiff did make a Deposit of $150,000.00 in 1997 for an investment into Bad Boy Records as Plaintiff was 1 of 10 young black men that invested in Bad Boy Records in 1997 and Plaintiff was the one smart enough to get a Receipt", and Plaintiff states that the Affidavit is self-explanatory and is from Suzette Samunels herself.
    Plaintiff states that this Court must honor the Due Process Rights of this Plaintiff because the Court has had a Fraud Committed upon it by the Defendant and his Lawyers and it is proven in the Affidavit and it is why this Plaintiff states that every document and ever statement made by the Plaintiff in this Case is real and true and accurate and it is something that is rooted in TRUTH AND NOT FORGED DOCUMENTS as the Defendants and the Court has alleged in the order dismissing the case, all this court has to do is get Suzette Samsuls to come in and testify and it will be proven.

    Plaintiff therefore states that in the interest of Justice and fairness, this Court must treat the document as real and true because they are real and true and

...cause and Plaintiff can, in fact, state a claim

Thank you for your time in this matter and I hope to hear from you soon

Respectfully Yours,

*[signature]*                                                                                    2-23-25

Mr. Derrick Lee Cardell-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

2

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

02-23-25

Office of the Clerk
United States District Court
Case Processing Section
theodore Levin US Courthouse
231 W. Lafayette blvd
Detroit, MI 48226

    re: Derrick Lee Cardello-Smith v. Sean Combs
    case No 24-12647

Dear Clerk:

    enclosed for processing in the above case, the documents I am asking are placed on the Court record in this case.

Proof of Service has been made by placing the pleadings in the US mail on the date of this Matter.

Thank you for your time.

Respectfully Yours

/s/ Derrick Lee Cardello-Smith
Mr. Derrick Lee Cardello-Smith



GRAND RAPIDS MI 493
24 FEB 2025 PM 2 L

Clerk - U.S. District Court
Theodore Levin U.S. Courthouse
Case Processing Section - Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

NAME: Derrick Smith
Number: 219009-T-16
Address: 7727 W. Wavery Hwy Ionia
Address: Ionia, MI 48846

Mailed on 2/23/25

RECEIVED
MAR 4 2025
CLERK'S OFFICE
DETROIT