8

Derrick Lee Cardello-Smith
#267009-7-105 Top
BC-1727 W. Bluewater Highway
Ionia, MI 48846

2/27/25

FILED
MAR - 4 2025
CLERK'S OFFICE
DETROIT

POOR QUALITY ORIGINAL

Clerk-U.S.District
Court-EASTERN District
231 W. haFayette Blvd
Detroit, MI 48226
RE: Derrick Smith-v-Sean Combs
     Case 24-12647

Dear Clerk-
     Please Place THE Following Documents
On THE record For My ForThcoming Rule 60
Motion-(AFFidavits)
     Thank You

State of Michigan)
                 )ss
County of Oakland)

### AFFIDAVIT OF ANDREA BOMARITTO
#### AS TO MY FALSE CHARGE OF RAPE ON ORDERS OF SEAN COMBS

My name is Andrea Bomaritto. I state the following is true and I will attest to them in an open court of law be it criminal or civil:

1. I am the Criminal Complainant in the Case of People of the State of Michigan vs Derrick Lee Cardello-Smith, 2008-008639-01-FC.

2. I state that I provided testimony that is in fact false.

3. I Lied under oath in the 36th District Court and in the Wayne County Circuit Court when I said that Derrick Lee Cardello-Smith #267009 Kidnapped me and Sexually Assaulted me.

3. The purpose of my false testimony in January 2008 and June 2008 is because--A. I was paid by Suzette Samuels, assistant Prosecutor for Wayne County to Lie, B--I was paid $10,000.00 To say Cardello-Smith Kidnaped and raped me, C--I was given this Money from Kym 1. Worthy, Wayne County Prosecutor, David Cobb, Sgt. Detroit Police Department.

4. I worked directly for Sean Combs of Bad Boy Records and I was actually a Young Victim of Sean Combs and he sexually assaulted me used me sexually for trade with other officials in Detroit, Michigan and throughout other counties in Michigan and Forced me to lie and say that Derrick Lee Cardello-Smith Sexually Assaulted me when he did not.

5. Suzette Samuels, and Kym 1. Worthy of the Wayne county Prosecutors Office paid me to Lie and paid my Sister to lie and say that Derrick Lee Cardello-Smith Sexually Assaulted us both and each individually when this is not true and is based on a terrible amount of lies. I will speak this truth because he is innocent and should not be in prison.

6. I was paid directly by Sean combs of Bad boy Records in November 2007 to bring false Rape Charges against Co-Bad Boy and Bartender Derrick lee Cardello-Smith #267009 and It was on orders of Sean Combs, Kym 1. Worthy, the Chief Wayne County Prosecutor, Suzette Samuels, Assistant Wayne County Prosecutor, and many other officials in Law Enforcement throughout the Bad Parts of Detroit

7. The purpose for this false charge by me, was to Get Derrick out of the Way of Sean Combs, David Cobb, Kym Worthy, and other people because Derrick refused to Commit a Murder for David Cobb, and he actually saved my sister and I and another lady that night

SEAN D. FLEMING
Notary Public-State of Michigan
County of Oakland
My Commission Expires June 8, 2029
Acting in the County of Oakland

Mrs. Andrea Bomaritto
13157 Rosedale Street
Southgate, MI 48195
Tel (586)-754-8759
A.Bomaritto.@G.Mail

On February 17, 2025, Andrea Bomaritto, did appear before and being deposed and Sworn to the above.

Notary Public      02-17-2025

# AFFIDAVIT

THE STATE OF MICHIGAN )
)                                    BEFORE ME, the undersigned authority in and for
COUNTY OF __OAKLAND__ )

Said County, State of Michigan, this day personally came and appeared _____

     SUZETTE SAMUELS P51796 -Assistant Wayne County Prosecutor

to me well known, and who, after being by me duly sworn, did depose and say

     My name is Suzette Samuels. Bar # P51796. I am a Lawyer and Assistant
Prosecuting Attorney for the Wayne County Prosecutors Office in Detroit, Michigan,
County of Wayne, State of Michigan.

     I prosecuted Mr. Derrick Lee Cardello-Smith in the Criminal Case of People of
the State of Michigan v. Derrick Lee Cardello-Smith, Case No 2008-008639-01-FC
during the criminal proceedings of January 1, 2008 through October 31, 2008.

     I worked directly for the Immediate Persons of Kym L. Worthy, Wayne County
Prosecutor, and for Mr. Sean John Combs, a/k/a/ P. Diddy, a/k/a/ Puff Daddy and
Brother Love, Owner and Founder of Bad Boy Records.

     1. The Office of the Wayne County Prosecutor has framed Mr. Derrick Lee
Cardello-Smith for the Crimes of Criminal Sexual Conduct beginning in 1997, in
2008 and again in 2019 while he was incarcerated.
     2. The Person who directed these Prosecutions were and still are, Mr. Sean
John Combs, Musician, Music Mogul, Artist, Owner and Founder of Bad Boy Records
and Kym L. Worthy, Current Wayne County Prosecutor.
     3. Mr. Sean Combs and Kym L. Worthy ordered the Detroit Police Department's
9th Precinct (Northeastern District) to Arrest, and Frame Derrick Lee Cardello-
Smith for Multiple Rapes that he did not commit.
     4. Mr. Sean John Combs and Kym L. Worthy directed me to use my Powers and
Office as the Assistant Wayne County Prosecutor, to Falsely 'Charge' and 'Convict'
Mr. Derrick Lee Cardello-Smith with 6 Counts of Criminal Sexual Conduct and 2
Counts of Kidnapping, which I did out of fear of my life and which I did because I
was paid to do so, in this and many other cases, totalling 128 Black Male citizens

Further affiant sayeth not.

                    /s/Affiant Suzette Damuels P51796                    EXHIBIT
                                                                          #1

Sworn to and subscribed before me, this the ____10TH____ day of February, 2025

EXHIBIT   _Earl Flemme_
#1     Notary Public

_Oakland_____ County, _Michigan_____

1.

of Detroit, Saginaw, Flint and other Counties of Michigan that were investors in Bad Boy Records prior to 1997.

5. Mr. Combs Ordered Kym L. Worthy, to Prosecute Cardello-Smith for the Crimes and to keep him in prison for these crimes, after Mr. Combs had taken a $150,000.00 investment from Cardello-Smith in early January 1997 and Mr. Cardello-Smith demanded a Notarized receipt with 'Mr. Marcus Ashford' overseeing the Notary Services.

6. Mr. Combs and my Boss Kym Worthy have framed Cardello-Smith to cover up the Rape of Cardello-Smith by Mr. Combs in 1997, and while Cardello-Smith was serving as Mr. Combs Bartender throughout 1996 and 1997.

7. Mr. Combs Sent 3 men to kill Cardello-Smith in 1997 while he and a female companion were exiting a Detroit Movie Theatre Cardello-Smith Was stabbed in his right Arm while defending himself and killed the Knife-wielding assailant.

8. Mr. Cardello-Smith was placed under arrest for Second-Degree Murder, this murder was then hidden and it led to Cardello-Smith being sent to prison for Multiple Counts of Criminal Sexual Conduct. Crimes of which he is innocent of.

9. I worked with the 1997 Assistent Prosecutor, under Michael Duggan, and then Judge Kym L. Worthy, Mr. Michael Duggan, current Detroit Mayor, and other officials to cover up the crime, and I played a key role with Detroit Police Officers, Mr. Sean John Combs (Diddy) who was Personally involved, and other members of Wayne County, and current High-ranking Wayne County Government Officials to Hide the Homicide and to Unlawfully place Cardello-Smith in the Custody of the Michigan Department of Corrections for crimes of Sexual Misconduct (Rape) and Kidnapping, all of which he is innocent of.

10. Mr. Sean Combs was always personally involved and directed these meetings, in order to cover up the rape he Committed upon Cardello-Smith, and to ensure that Cardello-Smith never collected on his rightful claim to 49% (Forty-nine Percent of Bad boy Records and holdings) based upon his lead role in the investments of money into bad boy records in 1997.

Mr. Sean Combs, and Kym L. Worthy both paid Cash directly to Mr. Vincent Smother, a Contract Killer, Patricia Penman, Detective in Detroit and Dearborn, Michigan, David Cobb. Detroit Police Department Sergeant (deceased), Carli Carpenter, Tina Bommarito, Andrea Bommarito, and others to Kidnap, and attempt to Kill, Mr. Derrick Lee Cardello-Smith in 2008, only to fail, and then decided to use the same people, to frame Cardello-Smith for Rapes that he did not do.

12. Carli Carpenter, Sisters Tina and Andrea Bommarito are Sexual Assault and Sexual Slavery Victims of Mr. Sean Combs, Wayne County Officials, Kym L. Worthy and Part of a Crime Ring and Criminal enterprise throughout the State of Michigan.

13. I paid $5,000.00 to a 36th District Court Judge to Secure an Arrest warrant for Cardello-Smith in January 2008.

14. I paid $5,000.00 to Judge Willie Lipscomb, 36th District Court Detroit Judge to Falsely determine that there was enough evidence to make Cardello-Smith Stand Trial in the Wayne County Circuit Court at the Probable Cause Conference Hearing and he was therefore Bound Over for Trial.

I paid $10,000.00 to Judge Daniel P. Ryan, 3rd Circuit Court Judge of Wayne County to Grant all of my motions in Circuit Court and secure a Conviction of Cardello-Smith by way of Denying every motion that Cardello-Smith was entitled to be given, resulting in his plea of No Contest.

15. I paid $4,300.00 to Judge Thomas Cameron of 3rd Circuit Court to Deny Cardello-Smith's Post-Conviction motions, even though he was entitled to the relief he was entitled to, and they were denied.

16. I paid Judge Bridget Mary Hathaway, Third Circuit Court Judge of of Wayne

County, $23,000.00 dollars from January 2019 throughout February 1, 2025 to Deny all of Cardello-Smith's rightful motions that he was entitled to be granted.

16. I performed the transactions of these monetary handovers on the orders of Kym L. Worthy and Sean John Combs and I complied fully with these orders of the 2 persons named because they have their hands deep into the elected and appointed workers in the County of Wayne, city of Detroit and other areas of Michigan.

18. Mr. Cobb committed Suicide in 2008 when Cardello-Smith was going to call him as a witness in his criminal case at trial, but it was not Suicide, it was Murder, ordered by Sean combs and Kym L. Worthy, he passed 2 days before Cardello-Smith's trial was to begin, resulting in Cardello-Smith entering a no-Contest plea.

19. every Document in the Cases Cardello-Smith Filed against Sean Combs, is Real, accurate and True, as that I have the same copies of those documents and I have have had the documents for many years, and Kym Worthy has them too.

20. Mr. Combs used Kym Worthy, who used Detroit Police Officer Patrick Jackman and another Detroit Police Officer, to work with 2 Los Angeles Police Officers to Execute Mr. Tupac Shakur and Mr. Marion Knight on Direct Orders of Mr. Sean Combs. This is all proven by Documents contained in the Case of Derrick Lee Cardello-Smith v. Sean Combs, Case # 24-12647 U.S. District Court Eastern District of Michigan, and the companion case of Cardello-Smith v. Sean Combs, Kym L. Worthy et al, case No 24-12737 U.S. District Court Eastern District of Michigan. I state that those documents are TRUE and REAL and NOT FORGED and Cardello-Smith Stands by them, and So do I because I have the exact same copies of those documents and Kym Worthy does as well.

21. The office of the Wayne County Prosecutor has Destroyed all Homicide files beginning in 1995 through 2003, and this was done to hide the Homicide Derrick Lee Cardello-Smith Originally Committed in Self-Defense and to Frame Cardello-Smith for said crimes he is in fact innocent of.

22. I currently have Video footage of Cardello-Smith defending himself in the parking lot in 1997, I have Video of Cardello-Smith being framed for Multiple rapes at the Direction of Mr. Sean Combs and Ms. Kym L. Worthy.

23. I have Video of Mr. Sean Combs rape victims being coerced and forced to testify falsely that Cardello-Smith committed horrific acts of Rape against them, when it was actually Sean combs Raping them and beating them and forcing them to do it, along with other Wayne County Officials and Members of Law Enforcement.

24. I have Documents that Support all of Mr. Cardello-Smiths Claims that he was Threatened by Sean Combs that if he went through with the Sexual Assault Charges on Combs, that Cardello-Smith's Family and friends lives would be threatened.

25. Mr. Cardello-Smith submitted a Report from William Proctor in 2024 that shows the Hitman Vincent Smothers had killed many people and Kym Worthy provide Mr. Smothers with a 'Sweetheart of a Deal' and in exchange for his assistance with Murders on Sean Combs Orders, our office honored that deal.

26. Mr. Cardello-Smith did not commit any rapes and all the evidence that was to be presented at trials, was in fact manufactured, false and simply did not exist, and it was all done at the orders of Kym L. Worthy and Sean Combs, to get revenge upon a Former Bad Boy member, derrick Lee Cardello-Smith.

27. I acted Contrary to Laws and every Ethical Rule and I violated Mr. Cardello-Smith's Due Process rights every step of the way.

28. I paid Bridget Mary Hathaway a total of 10,000.00 in March 2024 to deny any of Cardello-Smith's Motions or Successive motions for relief from Judgment of Sentence. I told her that Kym L. Worthy had said that Cardello-Smith has an Affidavit from Tina Bommarito that he is using to get the 'factual Basis of his Plea" withdrawn and I asked her to Ignore this Evidence in the denial, and she did, and it was done because Sean Combs Ordered it to be done and Kym Worthy

ordered it to be done.

29. On January 29, 2025 Judge Bridget M. Hathaway issued an order denying Mr. Cardello-Smith's Successive Motion for relief from Judgement and did not address the recantation of Tina Bommarito as she was paid to not address.

30. Judge Bridget M. Hathaway is also overseeing the Case of Carli Carpenter in People of the State of Michigan v. Derrick Lee Cardello-Smith 2019-000756-01-FC and she has been paid to issue another decision on that case that will completely avoid any of the recantations of Carli Carpenter who lied and was paid to lie by Patricia Penman and I that Cardello-Smith raped her.

31. Judge Bridget M. Hathaway has completely earned her money by entering decisions against Cardello-Smith that shows that she will not allow the recantation Affidavits to be placed on the Court Record because to do so, would mean that she has accepted Bribes to deny relief to an innocent man.

32. The Office of the Wayne County Prosecutor, under Kym L. Worthy and the Office of the Wayne County Circuit Court, under Judges Daniel Ryan, Thomas Cameron and Bridget M. Hathaway are directly working for Sean John Combs, a/k/a/ P. Diddy and I am a direct employee of Sean "Diddy" Combs, and I framed Cardello-Smith for rapes he did not do, by using Victims of Sean Combs to Frame Cardello-Smith, and it was all done for the sole purpose of keeping Cardello-Smith in Prison and not allowing him to be able to get a hold of his money that he is entitled to.

33. Mr. Sean Combs and Kym L. Worthy's reach extends to Other Law offices, Lawyers, Prosecutors, Law Enforcement, State Judges, State Appeals Judges, Federal Judges, at the Trial and Appellate Level, and it is a reach that I am now sick and tired of having leading me, which has led me to this release of the truth.

34. I work directly for Sean Combs and Kym Worthy does too, and I framed Cardello-Smith #267009 and Kym Worthy framed Cardello-Smith, Numerous Michigan Judges in every level of court has been paid in some way or another to deny Cardello-Smith his release from custody, because "We wanted Cardello-Smith to look like a Serial Sexual Offender' and he is not, but we succeeded in it, and it was wrong, the man is innocent and I am guilty of Framing him and So are my Bosses, Kym Worthy and Sean Combs.

Any person who says that this is False, or that this is not a Legally Binding Statement is Lying themselves, it is made in my Official Capacity while I am still an employee of the Wayne County Prosecutors Office and As a Citizen in my Individual Capacity that was bribed and did bribe to frame an innocent man, Cardello-Smith on orders of Kym L. Worthy and Sean Combs.

I will attest to these facts because they are true and real and what has happened to Cardello-Smith is a Tragedy and a Miscarriage of Justice and his No Contest Plea should be Withdrawn and this Matter allowed to go to Jury Trial or the Charges against him Dismissed in their entirety.

I framed Cardello-Smith for the worst crimes imaginable and he is innocent and I acted on orders of Sean Combs to do this because of Cardello-Smith's inside knowledge as to how Bad boy Records was built, how Sean Combs operates and who he is man, Cardello-Smith is a Good Man and Sean Combs is a Bad Boy, I acted against the Law, and hide behind my immunity and protections afforded me by Kym Worthy. This is Wrong and it must be corrected.

The Office of the Wayne County Prosecutor will deny this, But I will not deny it, I am Guilty, Sean Combs is Guilty, Kym Worthy is guilty, the Detroit Police Department if Guilty, Officer David Cobb is guilty, Tina bommarrito is guilty, Carli Carpenter is Guilty, Andrea Bommarito is guilty, and the only person who is innocent of anything criminal is Cardello-Smith MDOC #267009.

I state that I am a direct employee of Sean Combs and while I am in my office, I framed Derrick Lee Cardello-Smith and other men who I prosecuted, and I did so on the orders of Sean Combs, and it was to Hide 2 things--1, Sean Combs Sexual Assault of Derrick Lee Cardello-Smith and, 2, To Stop Cardello-Smith from Collecting on his Rightful entitled to the Contractual Agreement Reached between himself and Sean Combs for $150,000.00 (One Hundred-Fifty Thousand Dollars) in exchange for 49% (Forty-Nine Percent) of All of the Holdings of Sean Combs, and it was also to hide and cover up the facts that Tupac Shakur was Murdered on Orders of Sean Combs and Kym L. Worthy helped to effect said Murders and, also the Attempted Murder of Suge Knight in 1996, and to cover up multiple crimes that our office and Sean Combs is a part of and All to Keep Cardello-Smith #267009 Silent as an Original Member and Investor of bad Boy Records and Cardello-Smith's Personal Insight into Sean Combs and his empire.

## DECLARATION

I swear and declare under the penalty of perjury that the above events described herein are true, real, accurate and based on my own, personal knowledge, information and belief and anything contrary to these events are in fact they themselves false as that I make then freely, truly and knowing that I am subject to perjury, the events happened and I will testify to that in State or Federal Court if called upon to do so, voluntarily or by subpoena.

Dated; February 10, 2025

Suzette Samuels P51796
Assistant Wayne County Prosecutor
Wayne County Prosecutors Office
Detroit Justice Center
5300-09 Russell Street
Detroit, MI 48226

Signature of notary Public

SEAN D. FLEMING
Notary Public-State of Michigan
County of Oakland
My Commission Expires June 8, 2029
Acting in the County of Oakland

5



Derrick oc Cardello-Smith
267007 IBC
1727 W. Bluewater Highway
Ionia, MI 48846

Mailed on - 2-28-25
Case 24-12647

US POSTAGE ~PITNEY BOWES
ZIP 48846 $ 000.97⁰
02 7W
0008038260 FEB 28 2025

GRAND RAPIDS MI
26 FEB 2025 PM 5 L
FIRST CLASS

Clerk-US District
Court-Eastern
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
MAR - 4 2025
CLERK'S OFFICE
DETROIT

48226-270099