UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

vs

POOR QUALITY ORIGINAL

Case no 24-12647

SEAN COMBS,
    Defendant,

HONORABLE JUDITH E. LEVY

_____/

PLAINTIFFS SUBMISSION OF AFFIDAVIT OF SEX TRAFFICKING VICTIM
ANDREA BOMARITTO FORCED TO FILE A FALSE
RAPE CHARGE ON PLAINTIFF TO GET PLAINTIFF OUT
OF THE WAY FOR SEAN COMBS CRIMINAL ENTERPRISE
TO CONTINUE OPERATING IN DETROIT, MICHIGAN

    Now comes the Plaintiff Derrick Lee Cardello-Smith in the above cause and hereby submits this Affidavit of Andrea Bomaritto admitting to being a sex trafficking victim of Sean Combs to lie and get Plaintiff Cardello-Smith out of the way for the Continued Operations of the Defendant Sean Combs Criminal Enterprise operating in Detroit, MI by bringing a false rape charge against Plaintiff.

Thank you.

/s/ Derrick Lee Cardello-Smith

Derrick Lee Cardello-Smith
#267009
IBC-1727 W. Bluewater highway
Ionia, MI 48846

2-28-25

FILED
CLERK'S OFFICE
MAR 10 2025
DISTRICT COURT
MICHIGAN

State of Michigan)
                 )ss
County of Oakland

## AFFIDAVIT OF ANDREA BOMARITTO
### AS TO MY FALSE CHARGE OF RAPE ON ORDERS OF SEAN COMBS

My name is Andrea Bomaritto. I state the following is true and I will attest to them in an open court of law be it criminal or civil:

1. I am the Criminal Complainant in the Case of People of the State of Michigan vs Derrick Lee Cardello-Smith, 2008-008639-01-FC.

2. I state that I provided testimony that is in fact false.

3. I Lied under oath in the 36th District Court and in the Wayne County Circuit Court when I said that Derrick Lee Cardello-Smith #267009 Kidnapped me and Sexually Assaulted me.

3. The purpose of my false testimony in January 2008 and June 2008 is because--A. I was paid by Suzette Samuels, assistant Prosecutor for Wayne County to Lie, B--I was paid $10,000.00 To say Cardello-Smith Kidnaped and raped me, C--I was given this Money from Kym l. Worthy, Wayne County Prosecutor, David Cobb, Sgt. Detroit Police Department.

4. I worked directly for Sean Combs of Bad Boy Records and I was actually a Young Victim of Sean Combs and he sexually assaulted me used me sexually for trade with other officials in Detroit, Michigan and throughout other counties in Michigan and Forced me to lie and say that Derrick Lee Cardello-Smith Sexually Assaulted me when he did not.

5. Suzette Samuels, and Kym l. Worthy of the Wayne county Prosecutors Office paid me to Lie and paid my Sister to lie and say that Derrick Lee Cardello-Smith Sexually Assaulted us both and each individually when this is not true and is based on a terrible amount of lies. I will speak this truth because he is innocent and should not be in prison.

6. I was paid directly by Sean combs of Bad boy Records in November 2007 to bring false Rape Charges against Co-Bad Boy and Bartender Derrick lee Cardello-Smith #267009 and It was on orders of Sean Combs, Kym l. Worthy. the Chief Wayne County Prosecutor, Suzette Samuels, Assistant Wayne County Prosecutor, and many other officials in Law Enforcement throughout the Bad Parts of Detroit.

7. The purpose for this false charge by me, was to Get Derrick out of the Way of Sean Combs, David Cobb, Kym Worthy, and other people because Derrick refused to Commit a Murder for David Cobb, and he actually saved my sister and I and another lady that night.

Mrs. Andrea Bomaritto
13157 Rosedale Street
Southgate, MI 48195
Tel (586)-754-8759
A.Bomaritto.@G.Mail

On February 17, 2025, Andrea Bomaritto, did appear before and being deposed and Sworn to the above.

Notary Public   02-17-2025

Derrick Lee Cardello-Smith
#267009
IBC-1727 W. Bluewater Highway
Ionia, MI 48846

3=3=25

Office of the Clerk
US District Court
EDOM
Thedore Lavin us CourtHouse
231 W. Lafayette Blvd
Detroit, MI 48226

    Re: Derrick Lee Cardello-Smith vs. Sean Combs, et al
    Case No 24-12647

Dear Clerk:

    Enclosed for filing in the above cause are documents that I am asking are placed on the Court record for processing in this matter.

Thank you for your time.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** IBC-1727 W Bluewater Highway
**Address:** Ionia, MI 48846

Mailed on 3-3-25

Case 24-12737

RECEIVED
MAR 10 2025
CLERK'S OFFICE
DETROIT

GRAND RAPIDS MI 493
4 MAR 2025 PM 6 L

Office of the Clerk
Clerk of the Court
U.S. District Court
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

U.S. MARSHALS

46226$2777 C052