UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derrick Lee Cardello–Smith,

            Plaintiff(s),

v.                                                          Case No. 5:24–cv–12647–JEL–KGA
                                                            Hon. Judith E. Levy

Sean Combs,

            Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

    United States Court of Appeals for the Sixth Circuit
    Potter Stewart U.S. Courthouse
    100 East Fifth Street, Fifth Floor
    Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on March 17, 2025.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ D. Peruski
     Deputy Clerk

Dated:   March 17, 2025