# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Derrick Lee Cardello-Smith
    Plaintiff,

v.

Sean Combs, a/k/a/ P. Diddy,

    Defendant

Case No. 5:24-12647

Hon. Judith E. Levy

Mag. Judge David R. Grand

---

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that **Kristoffer Butler**, Assistant Attorney Corporation Counsel, enters an appearance for *Amici* Kym Worthy, Patricia Penman, and Suzette Samuels. Please forward copies of all correspondence and court filings to Kristoffer Butler at the address identified below.

    Respectfully submitted,

BY: /s/ *Kristoffer Butler*
    **Kristoffer Butler (P84282)**
    Assistant Corporation Counsel
    Wayne County Corporation Counsel
    *Attorney for Wayne County Defendants*
    500 Griswold, 30th Floor
    Detroit, Michigan 48226
    Kbutler1@waynecountymi.gov
    (313) 224-6682

DATE: April 14, 2025

2

**CERTIFICATE OF SERVICE**

      I certify that on April 14, 2025, I filed a copy of the foregoing with the Clerk of the Court via the court's electronic filing system, which will send notice to all parties.

DATE: April 14, 2025                          /s/ *Rachelle LaCroix*
                                                         Rachelle LaCroix, Paralegal