UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
APR 2 1 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH
   Plaintiff,

Vs

SEAN COMBS,
   Defendant,
_____/

Case No 5:24-12647
Honorable Judith E. Levy

### PLAINTIFFS MOTION AND DEMAND FOR THE COURT TO CALL IN ALL OF PLAINTIFFS AND DEFENDANTS WITNESSES WHO SIGNED THE AFFIDAVITS TO VERIFY THE CONTENTS OF ALL AFFIDAVITS UNDER OATH IN A COURT OF LAW TO VERIFY AFFIDAVITS

   Plaintiff, Derrick Lee Cardello-Smith, now moves this Court, to enter an order directing the Witnesses who completed the affidavits to come and appear in this court to provide testimony as to their truthfulness and states the following grounds.
   1. The Affidavits Submitted by the Plaintiff and the Defendant are all claiming different positions.
   2. Plaintiff has presented affidavits confirming that there has been extensive cover-ups by the defendant and his associates to hide the rape committed upon this Plaintiff by Defendant.
   3. Plaintiff has submitted evidence that the Police, Prosecutors and Defendant Sean Combs have all worked to ensure the plaintiffs Rape is hidden.
   4. Defendants have denied these claims raised by the Witnesses.
   5. Plaintiff stands by the Affidavits and the Contents of the witnesses who authored them.
   6. Plaintiff states that his Court can clear up all of these matters by having NICOLE RABIOR (SANISTAJ), SUZETTE SAMUELS, VINCENT SMOTHERS, JOSE ORTIZ, KYM L. WORTHY, TINA BOMMARITO, ANDREA BOMMARITO and other witnesses come in on ZOOM, or IN COURT APPEARANCE and testify under oath as to the truthfulness of the Affidavits.
   7. Plaintiff states that the Actions of the Defendant and Defense Counsel has all been based on lies and false affidavits presented to this court only to take away from the truth of the Plaintiffs Witnesses and it must be allowed to be cleared up in court.

   The only way to do that effectively is to have each witness appear under oath and verbally tell this court as to if the factors and contents of the affidavits are true or not true, and that is what the plaintiff seeks to have done in this case.

### RELIEF SOUGHT
   Wherefore, Plaintiff prays this Court will enter an order to GRANT Plaintiffs Motion to have the witnesses appear in court to attest to the truth in the affidavits submitted by Plaintiff and grant any further relief

this court deems as necessary and appropriate.

April 7, 2025

Respectfully yours,

Derrick Lee Cardello-Smith
#267))9
Ionia Bellamy Creek Correctional Facility
1727 W. Bluewater Highway
Ionia, MI 48846

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, MI 48846

Mailed on April 7, 2025
Case No 5:24-12647


RECEIVED
APR 21 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Office of the Clerk
United States Court of Appeals
Theodore Levin US Courthouse
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226


FIRST-CLASS
US POSTAGE ~ PITNEY BOWES
ZIP 48846
02 7W
0000038260 APR 08
$ 002.3