UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE

APR 2 5 2025

U.S DISTRICT COURT
EASTERN MICHIGAN

DERRICK LEE CARDELLO-SMITH
     Plaintiff,

Vs

SEAN COMBS,
     Defendant,
_____/

Case no 5:24-12647
Honorable Judith E. Levy

## PLAINTIFF'S NOTICE TO THE COURT THAT WITNESS NICOLE RABIOR (SANISTAJ) DETROIT POLICE DEPARTMENT EMPLOYEE CONDUCTED A ZOOM-POLY-COM VIDEO-CONFERENCE WITH PLAINTIFF ON MARCH 27, 2025 STATING THAT DEFENDANT SEAN COMBS AND ASSOCIATES HAVE FORCED HER TO RECANT HER EARLIER AFFIDAVIT

Please be advised that the Plaintiff, Derrick Lee Cardello-Smith, hereby states to this Court and provides notice to this court that the on March 27, 2025, the following Zoom-Poly'lom-Video-Conference occurred between the Plaintiff and Witness Nicole Rabior (Sanistaj) of the Detroit Police Department occurred and that the following communications and issues were discussed between Both Plaintiff and Witness Nicole Rabior (Sanistaj):
  1. That on March 26, 2025, Defendant Sean Combs Combined Lawyers Mark Agifilo and David Fink, at 03;00 instructed her of the following (1) She had better recant her testimony that Sean Combs And Kym Worthy Paid her to frame this Plaintiff; (b) that Sean Combs did rape this Plaintiff; (c) that the Defendants will produce, through counsel David Fink, a False and Forged Affidavit recanting the previous affidavit Nicole rabior Submitted, (d) **that the Affidavit will be submitted within the next 10 days by Defendants Attorney of record David Fink**, and that it is false and in fact, Nicole Rabior would testify to the truth of the affidavit and that the affidavit she submitted on March 5, 2025 is the real accurate version of events and that if the Defendants Attorney David Fink uses forged documents, she will not be the one who signed it and she will testify to the one executed on March 5, 2025 as being real, true and authentice, (e) that David Fink knows that his Client Sean Combs has paid many people to hide and cover up his rape and he is lying and she will attest to the factors when and if called to this Court.

  Plaintiff states that this court Must be made aware of these events and is presenting these events to the Court upon the immediate knowledge of these events taking place and Plaintiff states that this Court must be made aware of these events because it shows the continued effects that have taken place by the Defendant, His Associates and his lawyers actions to present false information to the court to subvert justice that has been and is proven by this Plaintiff against their client because they only care about money and do not care about, the fact this this Plaintiff was Sexually Assaulted BRUTALLY by Defendant Combs and is still being violated everyday

by their lawyers and his clients denials.

Plaintiff now asks this Court to enter this statement on the record and to not be followed by the defendants actions and forthcoming forged documents that they will be submitting.

Thank you for your time in this matter.                    March 27, 2025

Respectfully Yours,

Derrick Lee Cardello-Smith
#267009
Plaintiff
1727 W. Bluewater Highway
Ionia, MI 48846

2.

Derrick Lee Cardello-Smith
#267033
IBC-1727 W. Bluewater Highway
Ionia, MI 48846

April 7, 2025

Office of the Clerk
US States District Court
Theodore Levin US Courthouse

231 W. Lafayette Blvd
Detroit, MI 48226

    Re: Derrick Lee Cardello-Smith v. Mr. Macauley Et al
    Case No 2:25-cv-19754

Dear Clerk:
    Enclosed for filing in the above cause the following documents for
Judge Goldsmith's Docket:
    1. PLAINTIFFS NOTICE TO THE COURT THAT WITNESS NICOLE RABIOR
(SANISTAJ) DETROIT POLICE DEPARTMENT EMPLOYEE CONDUCTED A ZOOM-POLY-COM
VIDEO-CONFERENCE WITH PLAINTIFF ON MARCH 27, 2025 STATING THAT DEFENDANT
SEAN COMES AND ASSOCIATES HAVE FORCED HER TO RECANT HER EARLIER
RECANTATION AFFIDAIVT.
    2. PROOF OF SERVICE at bottom of page.
y of these pleadings to the Attorney of Record on 4-19-25 by First Class
Mail.

Thank you for your attention and time to this matter.

Mr. Derrick Lee Cardello-Smith

PROOF OF SERVICE
    I swear that on March 27, 2025, I mailed one copy of this pleading to
the Respondents at their address of record with all postage paid in full.

_____
Mr. Derrick Lee Cardello-Smith

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: Ionia Bellamy Creek Correctional Facility
Address: 1727 W. Bluewater Highway
Ionia, MI 48846

Mailed on 3-27-25

Case No 2:25-cv-10754

RECEIVED
APR 25 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-270099

GRAND RAPIDS MI 493
23 APR 2025 AM 5 L

U.S. MARSHALS

★ USA ★ FOREVER ★

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
Case Proceeding Section—Room 564
231 W. Lafayette Blvd
Detroit, MI 48226