UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
MAY 20 2025
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009
    Plaintiff,

Vs

Case No 2:25-cv-12647
Honorable Judith E. Levy
Or Presiding Judge

SEAN COMBS,
    Defendant,
_____/

### MOTION TO IMMEDIATELY REOPEN CASE BASED ON DEFENDANTS USE OF THE MDOC TO REPLACE PLAINTIFFS ORIGINAL DOCUMENTS WITH THEIR OWN FORGED DOCUMENTS AND TO DEPRIVE THIS PLAINTIFF OF THE JUSTICE TO WHICH PLAINTIFF IS ENTITLED TO AND PLAINTIFFS SUBMISSION OF THE TRUE DOCUMENTS ON THE COURT RECORD FOR REVIEW

Plaintiff, Derrick Lee Cardello-Smith, now Demands that this Court immediately reopen this case and to grant a FULL REVIEW on the Plaintiffs Documents that were originally sent but then replaced by the Defendants in their Use of Their Associates Within the MDOC that the Defendants used since this case has been removed to this Court in October 2024 and then REPLACED THE PLAINTIFFS ORIGINAL TRUE DOCUMENTS with their OWN FORGED DOCUMENTS to alter the outcome of the case and to deprive this Plaintiff of the Justice to which the Plaintiff is entitled to and states the following:

1. Plaintiff submitted a Financial Receipt showing that this Plaintiff fully invested money into the Bad Boy Entertainment and Records Company in 1997.
2. Plaintiff was then provided with copies of it from the Lower Trial Court and the Defendants Attorney's with what was purported to be the Documents Plaintiff submitted.
3. The Documents submitted were actually replaced by MDOC Officials who work with Defendant Combs and his Lawyers, and who placed Plaintiff in Segregation to aid and assist them in getting it set aside in September 2024 and have lied to this court and have been lying since day one.
4. Plaintiff submits the TRUE DOCUMENTS that confirm everything and supports this Plaintiffs claims and Plaintiff Demands the Court Immediately reopen the case and conduct further proceedings.

### RELIEF SOUGHT

Wherefore, plaintiff DEMAND the court Reopen the case and place the TRUE DOCUMENT ON THE RECORD immediately and to grant a full review of the True documents submitted by Plaintiff, and whatever relief necessary.

Thank you.

Derrick Lee Cardello-Smith 267009
1576 W. Bluewater Highway
Ionia, MI 48846

# Bad Boy Entertainment, Epic, Inc.

1710 Broadway, F12
New York, New York 10019-US

## INVOICE

**TO:** Derrick Lee Cardello-Smith (Hospitality)
19246 Hoyt
Detroit, Michigan 48205

January 3, 1997   Transaction No. 97-1090108   Investment Business Service   Detroit, Michigan

| Purpose | Description   #5 of 10   Private Investors | Investment | Total Amount |
|---|---|---|---|
| TERMS Offset losses of Bad Boy Ent. due to the success of DEATH ROW RECORDS | Private Investment of Monetary Funds from party above for as Investor #5 of 10 Private Investors named as the Holder DERRICK LEE CARDELLO-SMITH. Sean Combs, Owner and CO-founder of BAD BOY ENTERTAINMENT, privately and apart from the Entity of EPIC RECORDS and SONY RECORDS. The following terms are agreed: SEAN COMBS- Accepts Cardello-Smith's Investment of cash INTO BAD BOY ENTERTAINMENT in the amount of: **$150,000.00** (One-Hundred Fifty Thousand Dollars) As 5 of 10 Private Investors of the 10 individuals Cash investments of $150,000.00 each for the full amount of 1,500,000.00 (1.5million dollars) for The rights to 49% of all future holdings, sales, recordings, contracts, properties, homes, titles, the Future recording artists, prospective artists, all of the FILM, MUSIC, APPAREL, BEVERAGES, & ALL BUSINESS AGREEMENTS, LABELS, LLC, And shares of BAD BOY ENTERTAINMENT, to be recouped and recovered by Investors or the #5 investor, DERRICK LEE CARDELLO-SMITH. Cardello-Smith's 1 provision is SEAN COMBS must refrain from any STATE or FEDERAL CHARGES and will not Pursue any Illegal Actions against Cardello-Smith- a violation of this Provision allows Cardello-Smith the 49% as a minority Shareholder and investor of BAD BOY ENTERTAINMENT in 2007, 2017, 2027 & RELEASE FROM BAD BOY ENTERTAINMENT AND TO recover funds used to save Bad Boy Entertainment | $150,000.00 | $150,000.00 |

Terms:                       Sub Total **$150,000.00**
                             Tax     Unreported as loan
                             Grand Total: **$150,000.00**

[--------------------------------------------------------------------------------]

Subscribed and Sworn before me on this 7th day of January 1997 in the City of Detroit, Michigan, County of Wayne.

_Sean Combs_ 01-03-97
SEAN COMBS
a/k/a/ Puff Daddy
Bad boy Entertainment and Co-Founder

_Derrick Lee Cardello-Smith_ 1-3-97
Derrick Lee Cardello-Smith
Investor
19246 Hoyt
Detroit, Michigan 48205

_Marcus Ashford_ January 3, 1997
Notary Public
My commission expires on 1-15-2000

[--------------------------------------------------------------------------------]

MARCUS ASHFORD
Notary Public, State of Michiigan
County of Wayne
My commission Expires Janurt 15,2000
Acting in the County of Wayne

Derrick Lee Cardello-Smith
#267009
Ionia MAximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

May 14, 2025

Clerk of teh Court
US District Court-Eastern
D231 W. Lafayette Blvd
Detroit, MI 48226

    Re: Derrick Lee Cardello-Smith vs Sean Combs
    Case No 2:2cv-12647

Dear Clerk:
    Enclosed for filing in the above cause is ONE COPY OF THE PLAINTIFFS DEMAND FOR THE CAE TO BE RE-OPENED and THE SUBMISSION OF THE TRUE FINANCIAL AGREEMENT SHOWING A DEPOSIT OF $150,000.00 and NOT TEH FORGED ONES THE DEFENDANTS MAINTAINED AS PLAINTIFFS.

Thank you for your time.

_____
Derrick Lee Cardello-Smith

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 5-14-25
5:24-12647

Clerk of the Court
United States District Court
231 W. Lafayette Blvd
Room 564
Detroit, MI 48226

48226-271639

RECEIVED
MAY 20 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

GRAND RAPIDS MI 493
15 MAY 2025 PM 6 L

USA FOREVER

© USPS 2019
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Envelope FSC C137131