# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

DERRICK LEE CARDELLO-SMITH,

                Plaintiff,

    v.

SEAN COMBS,

                Defendant.

Case No. 5:24-cv-12647

Hon. Judith E. Levy

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, I caused to be served a copy of Defendant's Omnibus Response in Opposition to Plaintiff's Additional Post-Judgment Motions [ECF Nos. 146, 148, 149, 150, 152] (ECF No. 153) which was filed using the Court's electronic filing system, upon the Plaintiff Derrick Lee Cardello-Smith via USPS first-class mail to the following address:

Derrick Lee Cardello-Smith
267009
Bellamy Creek Correctional Facility
1727 Bluewater Hwy.
Ionia, MI 48846

FINK BRESSACK

By:  /s/ *David H. Fink*
David H. Fink (P28235)
Nathan J. Fink (P75185)
David A. Bergh (P83696)
Calder A.L. Burgam (P87203)
*Attorneys for Defendant*

38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com
dbergh@finkbressack.com
cburgam@finkbressack.com