3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**



**JUN 0 6 2025**

CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, #267009
Plaintiff

Vs

**Case No 5:24-cv-12647**
**Honorable Judith E. Levy**

SEAN COMBS,
Defendant,
_____/

**OFFER OF PROOF #1 CONFIRMING**
**THE DETROIT POLICE DEPARTMENT**
**CONDUCTED A REPORT DETAILING**
**THE SEXUAL ASSAULT OF PLAINTIFF**
**IN JUNE 1997 & FRAUDULENT CONCEALMENT**
**BY WAYNE COUNTY GOVERNMENT OFFICIALS**

Plaintiff submits to this court the Following Offer of Proof confirming that the Detroit Police Department did in fact conduct a Criminal Investigation and Authorize a Warrant for the Arrest and Criminal Prosecution of SEAN J. COMBS, also known as P. Diddy.

The enclosed police report confirms the entire list of details that the Plaintiff has described throughout the entire length of this and previous proceedings confirming that there has been rape, cover-up, and concealment of the crimes by the very people charged with ensuring that the case is prosecuted and yet, it was not done.

Kym L. Worthy, Chief Wayne County Prosecutor was a judge at that time and was actually provided the complete rape kit and all evidence proving this rape took place in Adrian, Michigan and it was covered up by Wayne County Officials, with various law enforcement backgrounds, and done so to conceal the rape of this plaintiff by Sean Diddy Combs.

Detective Patricia Penman and others were involved as detailed in the Police Report.

The Staff member who provided this document to the proper channels and legal areas, who shall remain anonymous at this time are employed directly within the Wayne County Law Enforcement Division and will attest to its authenticity upon the time for said witness testimony being needed.

Sgt. Patrick Jackman conducted this Police Report in 1997 and it confirms the actual Sexual Assault and Cover up by the Named people listed within the police report.

This is submitted as Plaintiff Offer of Proof #1.

Please process this matter in accordance with Federal Rules of Civil procedure Governing Evidence and Procedure.

Thank you.

June 1, 2025

Derrick Lee Cardello-Smith, #267009
Plaintiff in Pro Per
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

**STATE OF MICHIGAN**

**COMPLAINT**
FELONY

1997722163

**36TH DISTRICT COURT DETROIT**
3rd Judicial Circuit

Case No 1997722163

The People of the State of Michigan

-vs-

SEAN J. COMBS, A/K/A. PUFFY, Musician,
Artis, Talent Booker, Founder of Bad Boy Inc.

Offense Information
Police Agency/Report No
19997722163.

Date of Offense(s)
06/15/97
Place of Offense(s)

First Location-Hotel, Adrian, Michigan (Rape/Assault/Weapon/Sexual Assault/Unlawful imprisonment/Possession of a Weapon/AWDW
Secondary Location-Detroit Police Department-Crime Lab-Warehouse, Back Parking Lot Sector- Detroit, Michigan, Wayne County

Complainant or Victim
DERRICK LEE CARDELLO-SMITH
Complaining Witness
SERGEANT PATRICK JACKMAN

STATE OF MICHIGAN, COUNTY OF WAYNE
The Complaining witness says that on the date and location stated above, the defendant, contrary to law,
**COUNT 1: CRIMINAL SEXUAL CONDUCT-FIRST DEGREE (Multiple Variables)**
did engage in sexual penetration, to-wit; penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following
circumstances(s), during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or
fashioned in a manner to lead the victim to reasonably believe it to be a weapon, and /or defendant effected sexual penetration through
force or coercion and the victim personally sustained personal injury, contrary to MCL 750.520b [750.520B]
FELONY: life or any number of years upon conviction.
**COUNT 2:  CONSPIRACY TO CONCEAL EVIDENCE OF CRIME,  OBSTRUCTION OF JUSTICE THROUGH INTIMIDATION,
PAYMENT,  EXTORTION TO FALSIFY REPORTS OF  CRIME , TRANSPORTATION OF EVIDENCE FROM ONE LOCATION TO A
SECONDARY LOCATION, CONSPIRACY TO AID WITH THE CONCEALMENT OF CRIME WITH OTHER LAW ENFORCEMENT
OFFICIALS IN THE CITY OF DETROIT, MICHIGAN, COUNTY OF WAYNE, CONTRARY TO MICHIGAN COMPILED LAWS**
did engage in the acts of concealing the evidence of a crime from one location, Adrian, Michigan, by taking evidence o said crime from
the primary location of the hotel in Adrian, Michigan to the Aiders and Abettors in the City of Detroit, Michigan ,County of Wayne, by
providing the parties, persons of Patricia Penman, Dearborn Police Department, Kym L. Worthy, Detroit Recorder's Court Judge, Harvey
F. Tennen, Detroit Recorder's Court Judge, Adrian Police Department Evidence Technicians, Detroit Crime Laboratory Sexual Assault
Kit Technicians, A. Mcniel (Mcneal) Detroit Police Officer, Sean Comb, (Artist), Security Detailed Staff of Sean Combs, Also known as
Puff Daddy of New York. Purpose, to violate Compiled Law and to conceal Sexual Assault of Victim Derrick Lee Cardello-Smith of
Detroit, Michigan, County of Wayne, Date of Birth,  11-01-1972 and to ensure report is conducted to conceal the assault of victim and to
conceal evidence of  criminal activity involving the criminal report that Defendant Sean J. Combs did engage in sexual penetration, to-wit;
penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following circumstances(s), during the commission of the felony
of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in a manner to lead the victim to reasonably
believe it to be a weapon, and /or defendant effected sexual penetration through force or coercion and the victim personally sustained
personal injury, contrary to MCL 750.520b [750.520B]
FELONY: Life, or any number or years upon conviction.
HABITUAL OFFENDER-NOTICE- Lein reveals no prior felony convictions for supplemental increase.
the complaining witness asks that defendant be apprehended and dealt with according to law.

6-25-97

Complaining witness signature

Warrant authorized on 07/01/97 by:

Patrick Jackman B 5489

Patrick Jackman reporting Officer, DPD

Judge/Magistrate/Clerk          Bar no

NAME:
Number:
Address:
Address:

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846.

Mailed on 6-1-25
Case No 5:24-cv-12647

**RECEIVED**
JUN 06 2025
CLERK'S OFFICE
U.S. DISTRICT COURT
48226-277758

GRAND RAPIDS MI 498
3 JUN 2025   PM 5  L

Office of the Clerk
United States District Court-Eastern
theodore Levin US CourtHouse
Case Processing Section-Room 564
231 W. Lafayette Blvd
Detroit, MI 48226

* USA * FOREVER *