UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derrick Lee Cardello–Smith,

                Plaintiff(s),

v.                                        Case No. 5:24–cv–12647–JEL–KGA
                                            Hon. Judith E. Levy

Sean Combs,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion for Preliminary Injunction – #108
    Motion to Stay – #108
    Motion to Vacate – #116
    Motion to Vacate – #117
    Motion for Sanctions – #118
    Motion for Extension of Time to File Answer – #122
    Motion for Extension of Time to File Answer – #123
    Motion for Leave to File – #125
    Motion – #129
    Motion for Leave to File – #137
    Motion – #140
    Motion to Reopen Case – #146
    Motion for Sanctions – #148
    Motion to Disqualify Judge – #149
    Motion for Evidentiary Hearing – #150
    Motion to Vacate – #152
    Motion to Vacate – #156

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy **without** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz  
                                                       Case Manager

Dated:   June 17, 2025