Case No. 25-1246

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: DERRICK LEE CARDELLO-SMITH

    Petitioner

  Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the petitioner has failed to satisfy the following obligation(s):

    The proper fee was not paid by June 2, 2025.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                             **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: June 17, 2025

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/17/2025.

**Case Name:** In re: Derrick Cardello-Smith
**Case Number:** 25-1246

**Docket Text:**
ORDER filed to dismiss for want of prosecution for petitioner's failure to pay fee by 06/02/2025. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Derrick Lee Cardello-Smith
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix