# Exhibit B:
# Affidavit of Andrea Walker

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Derrick Lee Cardello-Smith
    Plaintiff,

v.

Sean Combs, a/k/a/ P. Diddy,

    Defendant

Case No. 2:24-12647

Hon. Judith E. Levy

Mag. Judge David R. Grand

## AFFIDAVIT OF ANDREA WALKER

Andrea Walker states as follows:

1. I have read and reviewed the alleged "Affidavit of Andrea Bommarito" filed by the Plaintiff in this action at ECF No. 117, Page ID.1879.

2. I affirm I did not generate this document.

3. I further affirm that I did not sign these documents.

4. I further affirm that the signature on these documents is not my signature.

5. I further affirm that the contents of the document proffered by Plaintiff are untrue.

6. I changed my legal name from Andrea Bommarito to Andrea Walker in 2014.

In accordance with the provisions of 28 U.S.C. 174, I declare under penalty of perjury, that the foregoing is true and correct.

*Andrea Walker* (signature)

Andrea Walker

*D Verhulst* (signature)
D VERHULST
Notary Public, State of Michigan
County of Macomb
My Commission Expires 03-26-2028
Acting in the County of Oakland

2