<u>NOT RECOMMENDED FOR PUBLICATION</u>

No. 25-1245

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Aug 1, 2025

KELLY L. STEPHENS, Clerk

| | |
|---|---|
| DERRICK LEE CARDELLO-SMITH, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) ON APPEAL FROM THE UNITED |
| v. | ) STATES DISTRICT COURT FOR |
| | ) THE EASTERN DISTRICT OF |
| SEAN COMBS, | ) MICHIGAN |
| | ) |
| Defendant-Appellee. | ) |

O R D E R

Before:  CLAY, McKEAGUE, and THAPAR, Circuit Judges.

This court must examine the basis of its jurisdiction, on its own motion if necessary.  *See Alston v. Advanced Brands & Importing Co*., 494 F.3d 562, 564 (6th Cir. 2007).  Generally, in a civil case where neither the United States, a United States agency, nor a United States officer or employee is a party, a notice of appeal must be filed within 30 days after entry of the judgment or order being appealed.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

The district court dismissed Derrick Lee Cardello-Smith's civil action on January 22, 2025.  A notice of appeal was due to be filed on or before February 21, 2025.  Cardello-Smith's notice of appeal was postmarked on March 12, 2025, and received in the district court March 17, 2025.  On March 27, 2025, we issued an order noting that Cardello-Smith had not moved in the district court for an extension of time to appeal under Federal Rule of Appellate Procedure 4(a)(5) or for reopening of the time to appeal under Federal Rule of Appellate Procedure 4(a)(6).  We advised him that, unless such a motion was filed in and granted by the district court, we would be required

No. 25-1245
- 2 -

to dismiss the appeal.  We therefore directed Cardello-Smith to show cause why the appeal should not be dismissed as untimely.

Cardello-Smith responded that he had submitted a motion for an extension of time to file his notice of appeal in the district court on February 3, 2025.  Our review of the district court's docket revealed that, on April 8, 2025, the district court received two separate motions for an extension of the time to appeal.  The motions appeared to be identical and were both dated February 3, 2025, although neither motion contained a 28 U.S.C. § 1746 declaration of mailing. One motion was postmarked April 2, 2025; the other was postmarked April 3, 2025.

Because these motions remained pending, we remanded the action to the district court for consideration of whether Cardello-Smith's time for filing a notice of appeal should be extended. On remand, the district court determined that Cardello-Smith did not demonstrate that these motions were timely filed or that good cause existed to extend the time to appeal.  The district court therefore denied the motions.

Cardello-Smith's failure to timely file a notice of appeal deprives this court of jurisdiction. Compliance with the filing deadline in § 2107(a) is a mandatory jurisdictional prerequisite that this court may not waive.  *See Hamer v. Neighborhood Hous. Servs. of Chi*., 583 U.S. 17, 19 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

Accordingly, it is ordered that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/01/2025.

**Case Name:**   Derrick Cardello-Smith v. Sean Combs
**Case Number:**   25-1245

**Docket Text:**
ORDER filed : It is ordered that the appeal is DISMISSED. Decision not for publication. No mandate to issue. Eric L. Clay, Circuit Judge; David W. McKeague, Circuit Judge and Amul R. Thapar, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Derrick Lee Cardello-Smith
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. David H. Fink
Mr. Nathan Joshua Fink