UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> FILED
> Aug 1, 2025
> KELLY L. STEPHENS, Clerk

No. 25-1245

DERRICK LEE CARDELLO-SMITH,

    Plaintiff-Appellant,

v.

SEAN COMBS,

    Defendant-Appellee.

Before: CLAY, McKEAGUE, and THAPAR, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk